| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Southern Inyo Healthcare District |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF CALIFORNIA |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Craneware, Inc. 3340 Peachtreet Road NE Suite 850 Atlanta, GA 30326 | | Lawsuit pending in Johnson County District Court | Contingent Unliquidated Disputed | | | Unknown |
| John P. Anderson, M.D. 3033 W Orange Ave Anaheim, CA 92804 | | Lawsuit pending in California Orange County Superior Court | Contingent Unliquidated Disputed | | | Unknown |
| Lee Baron 201 Dominy Road Lone Pine, CA 93545 | | Alleged Breach of Contract | Contingent Unliquidated Disputed | | | Unknown |
| Marlin Leasing Corp. 300 Fellowship Road Mount Laurel, NJ 08054 | | Trade Debt | Contingent Unliquidated Disputed | Unknown | $0.00 | Unknown |
| Optum Bank, Inc. P.O. Box 30516 Salt Lake City, UT 84130-0516 | | Trade Debt | Contingent Unliquidated Disputed | $170,000.00 | Unknown | Unknown |
| Roger Steppe 34890 Grape Avenue Yucaipa, CA 92399 | | Alleged Breach of Contract | Contingent Unliquidated Disputed | | | Unknown |
| Verizon Credit, Inc. 201 N. Frankin Street Suite 3300 Tampa, FL 33602-5813 | | Trade Debt | Contingent Unliquidated Disputed | Unknown | Unknown | Unknown |