| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Southern Inyo Healthcare District** |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF CALIFORNIA** |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| Craneware, Inc. 3340 Peachtreet Road NE Suite 850 Atlanta, GA 30326 | | Lawsuit pending in Johnson County District Court | Contingent Unliquidated Disputed | | | Unknown |
| John P. Anderson, M.D. 3033 W Orange Ave Anaheim, CA 92804 | | Lawsuit pending in California Orange County Superior Court | Contingent Unliquidated Disputed | | | Unknown |
| Lee Baron 201 Dominy Road Lone Pine, CA 93545 | | Alleged Breach of Contract | Contingent Unliquidated Disputed | | | Unknown |
| Marlin Leasing Corp. 300 Fellowship Road Mount Laurel, NJ 08054 | | Trade Debt | Contingent Unliquidated Disputed | Unknown | $0.00 | Unknown |
| Optum Bank, Inc. P.O. Box 30516 Salt Lake City, UT 84130-0516 | | Trade Debt | Contingent Unliquidated Disputed | $170,000.00 | Unknown | Unknown |
| Roger Steppe 34890 Grape Avenue Yucaipa, CA 92399 | | Alleged Breach of Contract | Contingent Unliquidated Disputed | | | Unknown |
| Verizon Credit, Inc. 201 N. Frankin Street Suite 3300 Tampa, FL 33602-5813 | | Trade Debt | Contingent Unliquidated Disputed | Unknown | Unknown | Unknown |