**Fill in this information to identify the case:**

Debtor name: **Southern Inyo Healthcare District**

United States Bankruptcy Court for the: EASTERN DISTRICT OF CALIFORNIA

Case number (if known): 1:16-bk-10015-FEC

☒ Check if this is an amended filing

Official Form 206D
# Schedule D: Creditors Who Have Claims Secured by Property   12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**
- ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
- ☒ Yes. Fill in all of the information below.

### Part 1: List Creditors Who Have Secured Claims

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|

**2.1 General Electric Capital Corporation**
Creditor's Name

800 Long Ridge Rd.
Stamford, CT 06927
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
**November 2012**
Last 4 digits of account number
**7056**

Do multiple creditors have an interest in the same property?
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**One (1) GE Healthcare Proteus X-Ray Xe/A 65 W Radiographic System**

**Describe the lien**
**Non-Purchase Money Security**

Is the creditor an insider or related party?
☒ No
☐ Yes

Is anyone else liable on this claim?
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Amount: **$32,320.26**  Value: **Unknown**

---

**2.2 General Electric Capital Corporation**
Creditor's Name

800 Long Ridge Rd.
Stamford, CT 06927
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
**November 2014**
Last 4 digits of account number
**8321**

**Describe debtor's property that is subject to a lien**
**One (1) GE Healthcare GE Optima CT 660 System and (1) Fisher healthcare Vitros Chemistry System and One (1) GE Healthcare Mobile CT Scanner, etc.**

**Describe the lien**
**Purchase Money Security**

Is the creditor an insider or related party?
☒ No
☐ Yes

Is anyone else liable on this claim?
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Amount: **$32,808.85**  Value: **Unknown**

---

| Debtor | **Southern Inyo Healthcare District** | Case number (if know) | **1:16-bk-10015-FEC** |
|---|---|---|---|
| | Name | | |

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☒ Disputed

---

| 2.3 | **Healthcare Conglamorate Associates** | | |
|---|---|---|---|
| | Creditor's Name | | |

**Describe debtor's property that is subject to a lien**          Unknown          Unknown
**Accounts Receivable and healthcare receivables, including but not limited to private insurance payments, managed care payments, and payments from governmental payors, including Medi-Cal and Medicare.**

**869 N. Cherry Street**
**Tulare, CA 93274**
Creditor's mailing address

**Describe the lien**
**Non-Purchase Money Security**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**January 2016**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.4 | **Healthcare Resource Group, Inc.** | **Describe debtor's property that is subject to a lien** | $209,028.92 | Unknown |
|---|---|---|---|---|
| | Creditor's Name | **All accounts, equipment, inventory, and rents.** | | |

**6571 Altura Blvd.**
**Buena Park, CA 90620**
Creditor's mailing address

**Describe the lien**
**Non-Purchase Money Security**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**July 2015**
**Last 4 digits of account number**
**4638**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☒ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.5 | **Leasing Associates of Barrington, Inc.** | **Describe debtor's property that is subject to a lien** | Unknown | Unknown |
|---|---|---|---|---|

---

| Debtor | **Southern Inyo Healthcare District** | Case number (if know) | **1:16-bk-10015-FEC** |
|---|---|---|---|
| | Name | | |

**2.5** (continued)

Creditor's Name: **One Advia Hematology System**

**220 North River Street**
**Dundee, IL 60118**
Creditor's mailing address

Describe the lien
**Purchase Money Security**

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**October 2015**

Last 4 digits of account number
**9810**

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 | **Marlin Leasing Corp.** | Describe debtor's property that is subject to a lien | $0.00 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | **Trade Debt** | | |

**300 Fellowship Road**
**Mount Laurel, NJ 08054**
Creditor's mailing address

Describe the lien
**Purchase Money Security**

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**October 2010**

Last 4 digits of account number
**9986**

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 | **Optum Bank, Inc.** | Describe debtor's property that is subject to a lien | $1,676,000.00 | Unknown |
|---|---|---|---|---|
| | Creditor's Name | **Real property located at 501 E Locust St., Lone Pine, CA 93545, and all rents arising therefrom; all fixtures** | | |

**2525 Lake Park Boulevard**
**Suite 110**
**Salt Lake City, UT 84120**
Creditor's mailing address

**Office building in which the hospital is located.**

Describe the lien
**Deed of Trust and Non Purchase Money Security Interest**

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**February 2015**

Debtor **Southern Inyo Healthcare District**  
Name

Case number (if know) **1:16-bk-10015-FEC**

**Last 4 digits of account number**
**7501**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.8 | **Siemens Financial Services, Inc.** | **Describe debtor's property that is subject to a lien** | $0.00 | Unknown |
|---|---|---|---|---|

Creditor's Name

**aka: Siemens Diagnostics Financing Co.,**
**3850 Quadrangle Blvd.**
**MS AFS 466**
**Orlando, FL 32817**
Creditor's mailing address

**Various labratory equipment.**

Creditor's email address, if known

**Describe the lien**
**Purchase Money Security**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**April 2012**

**Last 4 digits of account number**
**4558**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.9 | **Siemens Healthcare Diagnostics, Inc.** | **Describe debtor's property that is subject to a lien** | Unknown | Unknown |
|---|---|---|---|---|

Creditor's Name

**3850 Quadrangle Blvd.**
**MS AFS 466**
**Orlando, FL 32817**
Creditor's mailing address

**Instrument: CA 530 seria # F3053**

Creditor's email address, if known

**Describe the lien**
**Purchase Money Security**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**May 2012**

**Last 4 digits of account number**
**3419**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| Debtor | **Southern Inyo Healthcare District** | Case number (if know) | **1:16-bk-10015-FEC** |
|---|---|---|---|
| | Name | | |

**2.10** **Thermo Fisher Financial Services Inc.**
Creditor's Name

**Describe debtor's property that is subject to a lien**
**Abbott ISTAT 1 Upgrade from 200 Series**

$408.00    Unknown

**81 Wyman Street**
**Waltham, MA 02454**
Creditor's mailing address

**Describe the lien**
**Purchase Money Security**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**March 2013**
**Last 4 digits of account number**
**7699**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.11** **US Foods, Inc.**
Creditor's Name

**Describe debtor's property that is subject to a lien**
**Accounts, goods, inventory, equipment, fixtures, and vehicles together with the proceeds therefrom.**

$35,539.19    Unknown

**9399 West Higgins Road**
**Suite 500**
**Des Plaines, IL 60018**
Creditor's mailing address

**Describe the lien**
**Purchase Money Security**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**lola.anibaba@usfoods.com**
Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**November 2015**
**Last 4 digits of account number**
**8248**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    **$1,986,105.22**

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Capitol Corporate Services, Inc.**<br>**455 Capitol Mall Complex**<br>**Suite 217**<br>**Sacramento, CA 95814** | Line  **2.10** | |

| Debtor | **Southern Inyo Healthcare District** | Case number (if know) | **1:16-bk-10015-FEC** |
|---|---|---|---|
| | Name | | |

| | | |
|---|---|---|
| **Ever Bank**<br>10 Waterview Blvd<br>Parsippany, NJ 07054 | Line __2.2__ | 7001 |
| **GE Healthcare**<br>P.O. Box 96483<br>Chicago, IL 60693 | Line __2.2__ | |
| **GE Healthcare Fin Service**<br>P.O. Box 641419<br>Pittsburgh, PA 15264 | Line __2.2__ | |
| **GE HFS, LLC**<br>500 W. Monro<br>Chicago, IL 60661 | Line __2.1__ | 8001 |
| **GE HFS, LLC**<br>c/o Lisa M. Peters<br>Omaha Building<br>1650 Farnam Street<br>Omaha, NE 68102-2186 | Line __2.1__ | 8001 |
| **General Electric Capital Corporation**<br>20225 Watertower Blvd.<br>Brookfield, WI 53045 | Line __2.1__ | |
| **General Electric Capital Corporation**<br>P.O. Box 414 W-490<br>Milwaukee, WI 53201 | Line __2.2__ | 4812 |
| **General Electric Capital Corporation**<br>20225 Watertower Blvd.<br>Brookfield, WI 53045 | Line __2.2__ | 7001 |
| **Healthcare Resource Group, Inc.**<br>c/o Mahabir Atwal<br>8101 Aurora Lane<br>Whittier, CA 90605 | Line __2.4__ | |
| **Healthcare Resource Group, Inc.**<br>12610 E. Mirabeau Pkwy<br>Suite 800<br>Spokane, WA 99216 | Line __2.4__ | 4638 |
| **HRG**<br>12610 E. Mirabeau Pky, Suite 800<br>Spokane, WA 99216 | Line __2.4__ | |
| **Marlin Leasing Corp.**<br>P.O. Box 13604<br>Philadelphia, PA 19101 | Line __2.6__ | 0018 |
| **Thermo Fisher Financial**<br>475 Sansome Street, 19th Floor<br>San Francisco, CA 94111 | Line __2.10__ | |
| **US Foods Reno Sierra NV**<br>Dept. 34780<br>P.O. Box 39000<br>San Francisco, CA 94139 | Line __2.11__ | |

Case 16-10015    Filed 02/05/16    Doc 51

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 6 of 6

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy