**Fill in this information to identify the case:**

Debtor name  **Southern Inyo Healthcare District**

United States Bankruptcy Court for the:  EASTERN DISTRICT OF CALIFORNIA

Case number (if known)  **1:16-bk-10015-FEC**

■ Check if this is an amended filing

# Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1.   **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

■ No. Go to Part 2.

☐ Yes. Go to line 2.

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3.   **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

| | | |
|---|---|---|
| **3.1** | Nonpriority creditor's name and mailing address | $188.48 |
| | **121 Medical Inc.**<br>**8100 Wyoming Blvd**<br>**#181**<br>**Albuquerque, NM 87113** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date or dates debt was incurred  **February 2015** | Basis for the claim:  **Business Debt** |
| | Last 4 digits of account number  **d605** | Is the claim subject to offset? ■ No  ☐ Yes |

| | | |
|---|---|---|
| **3.2** | Nonpriority creditor's name and mailing address | $1,511.91 |
| | **Abbot Laboratories**<br>**Nutrition Division**<br>**75 Remittance #1310**<br>**Chicago, IL 60675-1310** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date or dates debt was incurred  **February 2015** | Basis for the claim:  **Business Debt** |
| | Last 4 digits of account number  **3445** | Is the claim subject to offset? ■ No  ☐ Yes |

| | | |
|---|---|---|
| **3.3** | Nonpriority creditor's name and mailing address | $3,168.17 |
| | **ABC Fire Service**<br>**1025 Telegraph Street**<br>**Reno, NV 89502** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date or dates debt was incurred  **November 2015** | Basis for the claim:  **Business Debt** |
| | Last 4 digits of account number | Is the claim subject to offset? ■ No  ☐ Yes |

| | | |
|---|---|---|
| **3.4** | Nonpriority creditor's name and mailing address | $3,627.00 |
| | **Ability Network Inc.**<br>**Department CH 16577**<br>**Palatine, IL 60055-6577** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date or dates debt was incurred  **November 2015** | Basis for the claim:  **Business Debt** |
| | Last 4 digits of account number | Is the claim subject to offset? ■ No  ☐ Yes |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                48132                Best Case Bankruptcy

| Debtor | **Southern Inyo Healthcare District** | Case number (if known) | **1:16-bk-10015-FEC** |
|---|---|---|---|
| | Name | | |

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Advanced Medical Management**
**Carissa Jordan-Contract Support**
**5000 Airport Plaza Drive**
**Suite 150**
**Long Beach, CA 90815**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

**Basis for the claim:** __Medical Provider Agreement__

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$26,171.74** |
|---|---|---|---|

**Adventist Health Inc.**
**Accounting Department**
**P.O. Box 619002**
**Roseville, CA 95661-9002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred __October 2014__

**Basis for the claim:** __Business Debt__

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$722.70** |
|---|---|---|---|

**Aetna**
**151 Farmington Avenue**
**Hartford, CT 06156**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred __July 2014__

**Basis for the claim:** __Business Debt__

Last 4 digits of account number __4152__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,655.00** |
|---|---|---|---|

**AHA**
**P.O. Box 92247**
**Chicago, IL 60675**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred __October 2015__

**Basis for the claim:** __Business Debt__

Last 4 digits of account number __2940__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$655.30** |
|---|---|---|---|

**Alco Sales & Service Co**
**6851 High Grove Blvd.**
**Willowbrook, IL 60527**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred __September 2015__

**Basis for the claim:** __Business Debt__

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,334.22** |
|---|---|---|---|

**Alere No America**
**P.O. Box 846153**
**Boston, MA 22840-6153**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred __August 2015__

**Basis for the claim:** __Business Debt__

Last 4 digits of account number __5970__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$152.17** |
|---|---|---|---|

**Alger Company Inc.**
**320 Flightline Road**
**Leander, TX 78645**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred __August 2015__

**Basis for the claim:** __Business Debt__

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Southern Inyo Healthcare District | | Case number (if known) | 1:16-bk-10015-FEC |
|---|---|---|---|---|
| | Name | | | |

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $18.70 |
|---|---|---|---|
| | **Alpha Fund**<br>**P.O. Box 619084**<br>**Roseville, CA 95661** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred __November 2014__ | Basis for the claim: __Business Debt__ | |
| | Last 4 digits of account number ___ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,500.00 |
|---|---|---|---|
| | **Alpha Fund Workers Comp.**<br>**P.O. Box 619084**<br>**Roseville, CA 95661** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred __January 2016__ | Basis for the claim: __Business Debt__ | |
| | Last 4 digits of account number ___ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,160.00 |
|---|---|---|---|
| | **Altaware, Inc.**<br>**26522 La Alameda #180**<br>**Mission Viejo, CA 92691** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred __October 2015__ | Basis for the claim: __Business Debt__ | |
| | Last 4 digits of account number __9136__ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,555.50 |
|---|---|---|---|
| | **Alturdyne**<br>**660 Steele Street**<br>**El Cajon, CA 92020** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred __October 2015__ | Basis for the claim: __Business Debt__ | |
| | Last 4 digits of account number ___ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $16.00 |
|---|---|---|---|
| | **American Business Machine**<br>**P.O. Box 2737**<br>**Bakersfield, CA 93303-2737** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred __August 2015__ | Basis for the claim: __Business Debt__ | |
| | Last 4 digits of account number ___ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,265.00 |
|---|---|---|---|
| | **American Profeicency Inst.**<br>**Department 9526**<br>**P.O. Box 30516**<br>**Lansing, MI 48909** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred __October 2015__ | Basis for the claim: __Business Debt__ | |
| | Last 4 digits of account number ___ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $370.62 |
|---|---|---|---|
| | **Amerigas**<br>**P.O. Drawer G**<br>**Lone Pine, CA 93545** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred __December 2015__ | Basis for the claim: __Business Debt__ | |
| | Last 4 digits of account number ___ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Southern Inyo Healthcare District** | | Case number (if known) | **1:16-bk-10015-FEC** |
|---|---|---|---|---|
| | Name | | | |

**3.19**

Nonpriority creditor's name and mailing address
**Anderson, Jack R**
**570 Sunset Dr.**
**Lone Pine, CA 93545**

Date or dates debt was incurred   **June 2015**

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

$20.00

**3.20**

Nonpriority creditor's name and mailing address
**Andreas Haack**
**Klixstr 24**
**Berlin, Germany   13403**

Date or dates debt was incurred   **April 2015**

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

$212.00

**3.21**

Nonpriority creditor's name and mailing address
**Andy Werking**
**3353 Bradshaw Road, Suite 210**
**Sacramento, CA 95827**

Date or dates debt was incurred   **November 2015**

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

$11,000.00

**3.22**

Nonpriority creditor's name and mailing address
**Antelope Valley Flue**
**John Corbett DBA**
**P.O. Box 265**
**Rosamond, CA 93560**

Date or dates debt was incurred   **November 2015**

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

$280.00

**3.23**

Nonpriority creditor's name and mailing address
**ANTHEM BC MCM**
**PO BOX 60007**
**LOS ANGELES, CA 90060-0007**

Date or dates debt was incurred ___

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Medical Provider Agreement**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

**3.24**

Nonpriority creditor's name and mailing address
**Anthem Blue Cross**
**Attn: Terry Marinas**
**2121 North California Blvd.**
**Walnut Creek, CA 94596**

Date or dates debt was incurred ___

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Medical Provider Agreement**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

**3.25**

Nonpriority creditor's name and mailing address
**Anthem Blue Cross CA**
**P.O. Box 51011**
**Los Angeles, CA 90051**

Date or dates debt was incurred   **June 2015**

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

$110.74

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Southern Inyo Healthcare District** | | Case number (if known) | **1:16-bk-10015-FEC** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,168.00 |
|---|---|---|---|
| | **Asana Heritage Telemed** | ☐ Contingent | |
| | **5016 Chesebro Road, Suite 200** | ☐ Unliquidated | |
| | **Agoura Hills, CA 91301** | ☐ Disputed | |
| | Date or dates debt was incurred  **November 2015** | Basis for the claim:  **Business Debt** | |
| | Last 4 digits of account number ___ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19,525.09 |
|---|---|---|---|
| | **Aspen Street Architects, Inc.** | ☐ Contingent | |
| | **P.O. Box 370** | ☐ Unliquidated | |
| | **Angels Camp, CA 95222** | ☐ Disputed | |
| | Date or dates debt was incurred  **September 2015** | Basis for the claim:  **Business Debt** | |
| | Last 4 digits of account number ___ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,308.00 |
|---|---|---|---|
| | **ATI** | ☐ Contingent | |
| | **7522 Tyrone Avenue** | ☐ Unliquidated | |
| | **Van Nuys, CA 91405** | ☐ Disputed | |
| | Date or dates debt was incurred  **November 2015** | Basis for the claim:  **Business Debt** | |
| | Last 4 digits of account number ___ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,215.00 |
|---|---|---|---|
| | **BC / BS Federal** | ☐ Contingent | |
| | **P.O. Box 70000** | ☐ Unliquidated | |
| | **Van Nuys, CA 91470** | ☐ Disputed | |
| | Date or dates debt was incurred  **June 2015** | Basis for the claim:  **Business Debt** | |
| | Last 4 digits of account number ___ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **BC LIFE & HEALTH** | ☐ Contingent | |
| | **PO BOX 60007** | ☐ Unliquidated | |
| | **CMSP** | ☐ Disputed | |
| | **LOS ANGELES, CA 90060-0007** | | |
| | Date or dates debt was incurred ___ | Basis for the claim:  **Medical Provider Agreement** | |
| | Last 4 digits of account number ___ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **BC SISC III** | ☐ Contingent | |
| | **PO BOX 80308** | ☐ Unliquidated | |
| | **SALINAS, CA 93912** | ☐ Disputed | |
| | Date or dates debt was incurred ___ | Basis for the claim:  **Medical Provider Agreement** | |
| | Last 4 digits of account number ___ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $116,000.00 |
|---|---|---|---|
| | **Ben Jones** | ☐ Contingent | |
| | **151 S. Lakeview St.** | ☐ Unliquidated | |
| | **Lone Pine, CA 93545** | ■ Disputed | |
| | Date or dates debt was incurred  **2015** | Basis for the claim:  **Business Debt (Wage Claim)** | |
| | Last 4 digits of account number ___ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Southern Inyo Healthcare District** | Case number (if known) | **1:16-bk-10015-FEC** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.33 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$20.00** |
| | **Berguem, Said**<br>**550 Fall Rd.**<br>**P.O. Box 52**<br>**Olancha, CA 93549** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred  **April 2015** | Basis for the claim:  **Business Debt** | |
| | Last 4 digits of account number ___ | Is the claim subject to offset? ☐ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.34 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10.00** |
| | **Bermudez, Lisa**<br>**1445 Birchim Lane**<br>**Bishop, CA 93514** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred  **July 2015** | Basis for the claim:  **Business Debt** | |
| | Last 4 digits of account number ___ | Is the claim subject to offset? ☐ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.35 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| | **Bestway Laundry Solutions**<br>**1035 East Third Street**<br>**Corona, CA 92879** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred  **09/17/2010** | Basis for the claim:  **Business Debt** | |
| | Last 4 digits of account number  **2887** | Is the claim subject to offset? ☐ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.36 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,798.34** |
| | **Beta Healthcare Group**<br>**Finance Department**<br>**1443 Danville Blvd.**<br>**Alamo, CA 94507** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred  **January 2016** | Basis for the claim:  **Business Debt** | |
| | Last 4 digits of account number ___ | Is the claim subject to offset? ☐ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.37 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$596.59** |
| | **Beta Healthcare Group**<br>**1443 Danville Blvd.**<br>**Alamo, CA 94507** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred  **January 2016** | Basis for the claim:  **Business Debt** | |
| | Last 4 digits of account number ___ | Is the claim subject to offset? ☐ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.38 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,043.46** |
| | **Bishop Welding Supply**<br>**180 Short Street**<br>**Bishop, CA 93514** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred  **December 2015** | Basis for the claim:  **Business Debt** | |
| | Last 4 digits of account number ___ | Is the claim subject to offset? ☐ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.39 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$833.27** |
| | **Blue Cross**<br>**21555 Oxnard Street**<br>**Woodland Hills, CA 91367** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred  **July 2014** | Basis for the claim:  **Business Debt** | |
| | Last 4 digits of account number ___ | Is the claim subject to offset? ☐ No ☐ Yes | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | **Southern Inyo Healthcare District** | Case number (if known) | **1:16-bk-10015-FEC** |
|---|---|---|---|
| | Name | | |

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**BLUE CROSS**
**PO BOX 60007**
**HEALTHY FAMILIES**
**LOS ANGELES, CA 90060**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim:  **Medical Provider Agreement**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Blue Cross**
**Attn: Cathy Moseley**
**2121 North California Blvd.**
**Walnut Creek, CA 94596**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim:  **Medical Provider Agreement**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**BLUE CROSS OF ARIZONA**
**5810 WEST BELVERLY LANE**
**Administrative Ent.**
**GLENDALE, AZ 85306-1800**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim:  **Medical Provider Agreement**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**BLUE CROSS OF CA**
**PO BOX 60007**
**2NDARY**
**LOS ANGELES, CA 90060**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim:  **Medical Provider Agreement**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**BLUE CROSS OF CALIFORNIA**
**PO BOX 1999**
**MOTION PICTURE INDUSTRY**
**STUDIO CITY, CA 91614**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim:  **Medical Provider Agreement**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**BLUE CROSS-PERS CHOICE**
**PO BOX 60007**
**PRUDENT BUYER PLAN-SIH**
**LOS ANGELES, CA 90060**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim:  **Medical Provider Agreement**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**BLUE CROSS/BLU SHIELD-FEP**
**PO BOX 70000**
**FEDERAL EMP PROGRAM**
**VAN NUYS, CA 91470**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim:  **Medical Provider Agreement**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Southern Inyo Healthcare District** | | Case number (if known) | **1:16-bk-10015-FEC** |
|---|---|---|---|---|
| | Name | | | |

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **BLUE SHIELD**<br>**PO BOX 1505**<br>**BLUECARD PROGRAM**<br>**RED BLUFF, CA 96080-1505** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred ___ | Basis for the claim:   **Medical Provider Agreement** | |
| | Last 4 digits of account number ___ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,822.85 |
|---|---|---|---|
| | **Blue Shield of CA**<br>**P.O. Box 272540**<br>**Chico, CA 95927-2540** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred  **July 2014** | Basis for the claim:   **Business Debt** | |
| | Last 4 digits of account number ___ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **BLUE SHIELD OF CA**<br>**PO BOX 272540**<br>**CHICO, CA 95912** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred ___ | Basis for the claim:   **Medical Provider Agreement** | |
| | Last 4 digits of account number ___ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **BLUE SHIELD OF CALIFORNIA**<br>**P O BOX 272560**<br>**CHICO, CA 95927-2560** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred ___ | Basis for the claim:   **Medical Provider Agreement** | |
| | Last 4 digits of account number ___ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Blue Shield of California**<br>**Attn: Mary Li**<br>**3300 Zinfandel Drive**<br>**Rancho Cordova, CA 95670** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred ___ | Basis for the claim:   **Medical Provider Agreement** | |
| | Last 4 digits of account number ___ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $199.54 |
|---|---|---|---|
| | **Bobby Pourziaee DPM Inc**<br>**512 W Line Street, Suite A**<br>**Bishop, CA 93514** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred  **September 2015** | Basis for the claim:   **Business Debt** | |
| | Last 4 digits of account number ___ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,993.82 |
|---|---|---|---|
| | **Briggs Corporation**<br>**P.O. Box 1355**<br>**Des Moines, IA 50305-1355** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred  **August 2015** | Basis for the claim:   **Business Debt** | |
| | Last 4 digits of account number ___ | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | **Southern Inyo Healthcare District** | Case number (if known) | **1:16-bk-10015-FEC** |
|---|---|---|---|
| | Name | | |

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$55.00** |
|---|---|---|---|

**Bryon Dittman**
**810 First Street**
**Rochester, PA 15074**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred **December 2015**

Last 4 digits of account number ___

Basis for the claim: **Business Debt**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,043.43** |
|---|---|---|---|

**BSC Supply**
**200 Fifth Avenue, Suite 3020**
**Waltham, MA 02451**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred **November 2015**

Last 4 digits of account number ___

Basis for the claim: **Business Debt**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$325.47** |
|---|---|---|---|

**By Referral Labels Inc**
**10372 Ashton Avenue**
**Los Angeles, CA 90024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred **May 2015**

Last 4 digits of account number ___

Basis for the claim: **Business Debt**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$7,350.00** |
|---|---|---|---|

**CA Broadband Cooperative**
**Department  LA  #24227**
**Pasadena, CA 91185**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred **November 2015**

Last 4 digits of account number ___

Basis for the claim: **Business Debt**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,000.00** |
|---|---|---|---|

**CA Critical Access**
**Hospital Network**
**1215 K Street, #800**
**Sacramento, CA 95814**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred **January 2015**

Last 4 digits of account number ___

Basis for the claim: **Business Debt**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$12,054.00** |
|---|---|---|---|

**CA Hospital Assoc**
**Accounting Department**
**1215 K Street, Suite 800**
**Sacramento, CA 95814**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred **June 2015**

Last 4 digits of account number ___

Basis for the claim: **Business Debt**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$92.30** |
|---|---|---|---|

**CA ST Disbursement Unit**
**INYO Child Support**
**P.O. Box 989067**
**West Sacramento, CA 95798-9067**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred **December 2015**

Last 4 digits of account number ___

Basis for the claim: **Business Debt**

Is the claim subject to offset? ☒ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | **Southern Inyo Healthcare District** | | Case number *(if known)* | **1:16-bk-10015-FEC** |
|---|---|---|---|---|
| | Name | | | |

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $213.50 |
|---|---|---|---|
| | **CA Valued Trust**<br>**520 E Herndon Avenue**<br>**Fresno, CA 93720** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred  __July 2014__ | Basis for the claim:  __Business Debt__ | |
| | Last 4 digits of account number ___ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $666.00 |
|---|---|---|---|
| | **CAHF**<br>**2201 K Street**<br>**Sacramento, CA 95816** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred  __December 2015__ | Basis for the claim:  __Business Debt__ | |
| | Last 4 digits of account number ___ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,701.00 |
|---|---|---|---|
| | **CAHHS/CHA**<br>**Education/Publ Department**<br>**1215 K Street, Suite 800**<br>**Sacramento, CA 95814** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred  __December 2015__ | Basis for the claim:  __Business Debt__ | |
| | Last 4 digits of account number ___ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **California Broadband Services**<br>**9116 Elk Grove Blvd**<br>**Elk Grove, CA 95624** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred ___ | Basis for the claim:  __Utility__ | |
| | Last 4 digits of account number ___ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|
| | **CALIFORNIA HEALTH & WELLN**<br>**PO BOX 4080**<br>**FARMINGTON, MO 63640-3835** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred ___ | Basis for the claim:  __Medical Provider Agreement__ | |
| | Last 4 digits of account number ___ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $62.34 |
|---|---|---|---|
| | **California Health and Wellness**<br>**1740 Creekside OASKD**<br>**Sacramento, CA 95833** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred  __June 2015__ | Basis for the claim:  __Business Debt__ | |
| | Last 4 digits of account number ___ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|
| | **CALIFORNIA MEDICAL DETACH**<br>**ATTN:  HSHJ-CCD**<br>**PRESIDIO OF MONTEREY, CA 93944-5006** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred ___ | Basis for the claim:  __Medical Provider Agreement__ | |
| | Last 4 digits of account number ___ | Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Southern Inyo Healthcare District** | Case number (if known) | **1:16-bk-10015-FEC** |
|---|---|---|---|
| | Name | | |

| 3.68 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,867.50 |
|---|---|---|---|

**California Valued Trust**
**P.O. Box 45018**
**Fresno, CA 93718**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred __April 2015__

Basis for the claim:  __Business Debt__

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.69 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,217.20 |
|---|---|---|---|

**Canon Financial Services**
**14904 Collections Center Drive**
**Chicago, IL 60693**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred __December 2015__

Basis for the claim:  __Business Debt__

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.70 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $14,953.19 |
|---|---|---|---|

**Cardinal Health Medical**
**Products and Service**
**P.O. Box 100316**
**Pasadena, CA 91189-0316**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred __July 2015__

Basis for the claim:  __Business Debt__

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.71 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $12,993.53 |
|---|---|---|---|

**Cardinal Health RX 411**
**c/o Bank of America**
**P.O. Box 56412**
**Los Angeles, CA 90074**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred __July 2015__

Basis for the claim:  __Business Debt__

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.72 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $4,018.98 |
|---|---|---|---|

**Carefusion**
**25565 Network  Place**
**Chicago, IL 60673-1255**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred __November 2015__

Basis for the claim:  __Business Debt__

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.73 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $140.93 |
|---|---|---|---|

**Carstens**
**P.O. Box 99110**
**Chicago, IL 60693**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred __September 2015__

Basis for the claim:  __Business Debt__

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.74 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,134.00 |
|---|---|---|---|

**CBI Craigsbook Inc**
**P.O. Box 1764**
**Bishop, CA 93515**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred __July 2015__

Basis for the claim:  __Business Debt__

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | **Southern Inyo Healthcare District** | | Case number (if known) | **1:16-bk-10015-FEC** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.75 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $8,132.52 |
|---|---|---|---|
| | **Celleration Inc**<br>**Department CH 19325**<br>**Palatine, IL 60055-9325** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred __**November 2015**__ | Basis for the claim: __**Business Debt**__ | |
| | Last 4 digits of account number ___ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.76 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $840.00 |
|---|---|---|---|
| | **Cendecon**<br>**P.O. Box 995**<br>**Frazier Park, CA 93225** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred __**August 2015**__ | Basis for the claim: __**Business Debt**__ | |
| | Last 4 digits of account number ___ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.77 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $815.19 |
|---|---|---|---|
| | **Centurion Medical Product**<br>**P.O. Box 842816**<br>**Boston, MA 02284** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred __**March 2015**__ | Basis for the claim: __**Business Debt**__ | |
| | Last 4 digits of account number ___ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.78 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $866.25 |
|---|---|---|---|
| | **Certified Medical Testing**<br>**7600 N. Ingram Avenue, Suite 234**<br>**Fresno, CA 93711** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred __**October 2015**__ | Basis for the claim: __**Business Debt**__ | |
| | Last 4 digits of account number ___ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.79 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $42.00 |
|---|---|---|---|
| | **CG Roxanne**<br>**3346 AR-8**<br>**Norman, AR 71960** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred __**November 2014**__ | Basis for the claim: __**Business Debt**__ | |
| | Last 4 digits of account number ___ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.80 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $5,232.00 |
|---|---|---|---|
| | **CHA**<br>**1215 K Street, Suite 800**<br>**Sacramento, CA 95814** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred __**January 2015**__ | Basis for the claim: __**Business Debt**__ | |
| | Last 4 digits of account number ___ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.81 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|
| | **CHAMPVA**<br>**PO BOX 469064**<br>**DENVER, CO 80246-9064** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred ___ | Basis for the claim: __**Medical Provider Agreement**__ | |
| | Last 4 digits of account number ___ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Southern Inyo Healthcare District** | Case number (if known) | **1:16-bk-10015-FEC** |
|---|---|---|---|
| | Name | | |

---

**3.82** | Nonpriority creditor's name and mailing address

**CHDTP**
**P O BOX 15503**
**E.D.S. FEDERAL CORP**
**SACRAMENTO, CA 95851-1508**

Date or dates debt was incurred ___

Last 4 digits of account number ___

As of the petition filing date, the claim is: Check all that apply.            **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Medical Provider Agreement**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.83** | Nonpriority creditor's name and mailing address

**Chong Luo**
**821 Rainwater Lane**
**Walnut, CA 91789**

Date or dates debt was incurred  **October 2015**

Last 4 digits of account number ___

As of the petition filing date, the claim is: Check all that apply.            **$15,529.56**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.84** | Nonpriority creditor's name and mailing address

**Cianfarano, Sean A**
**651 Share Ave.**
**P. O. Box 159**
**Lone Pine, CA 93545**

Date or dates debt was incurred  **April 2015**

Last 4 digits of account number ___

As of the petition filing date, the claim is: Check all that apply.            **$20.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.85** | Nonpriority creditor's name and mailing address

**Cigna**
**Donella Olsen - Contracts Manager**
**400 Brand Blvd.**
**Suite 300**
**Glendale, CA 91203**

Date or dates debt was incurred ___

Last 4 digits of account number ___

As of the petition filing date, the claim is: Check all that apply.            **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Medical Provider Agreement**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.86** | Nonpriority creditor's name and mailing address

**Cigna Healthcare**
**900 Cottage Grove Road**
**Bloomfield, CT 06002**

Date or dates debt was incurred  **July 2014**

Last 4 digits of account number ___

As of the petition filing date, the claim is: Check all that apply.            **$565.60**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.87** | Nonpriority creditor's name and mailing address

**Coast to Coast Computer**
**4277 Valley Fair Street**
**Simi Valley, CA 93063**

Date or dates debt was incurred  **March 2015**

Last 4 digits of account number ___

As of the petition filing date, the claim is: Check all that apply.            **$259.20**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.88** | Nonpriority creditor's name and mailing address

**Coast to Coast Healthcare**
**P.O. Box 56346**
**Atlanta, GA 30343**

Date or dates debt was incurred  **November 2015**

Last 4 digits of account number ___

As of the petition filing date, the claim is: Check all that apply.            **$223,404.55**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Southern Inyo Healthcare District** | | Case number *(if known)* | **1:16-bk-10015-FEC** |
| --- | --- | --- | --- | --- |
| | Name | | | |

---

**3.89** | Nonpriority creditor's name and mailing address
**Colleen R Wilson**
**151 Alabama  Drive**
**Lone Pine, CA 93545**

Date or dates debt was incurred  **December 2015**

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$911.00**

---

**3.90** | Nonpriority creditor's name and mailing address
**Comprehensive Health Services**
**Attn: Melinda Roxberry-Blankenship**
**10701 Parkridge Blvd.**
**Suite 200**
**Reston, VA 20191**

Date or dates debt was incurred ___

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Medical Provider Agreement**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.91** | Nonpriority creditor's name and mailing address
**Cook Medical Inc**
**22988 Network Place**
**Chicago, IL 60673-1229**

Date or dates debt was incurred  **September 2015**

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$336.09**

---

**3.92** | Nonpriority creditor's name and mailing address
**Covidien**
**P.O. Box  120823**
**Dallas, TX 75312**

Date or dates debt was incurred  **August 2015**

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$9,867.60**

---

**3.93** | Nonpriority creditor's name and mailing address
**Craneware, Inc.**
**3340 Peachtreet Road NE**
**Suite 850**
**Atlanta, GA 30326**

Date or dates debt was incurred  **July 2015**

Last 4 digits of account number  **4309**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Lawsuit pending in Johnson County District Court Listed in SOFA**

Is the claim subject to offset? ■ No  ☐ Yes

**$16,000.00**

---

**3.94** | Nonpriority creditor's name and mailing address
**Crispin, Jean**
**1445 S. Main St.**
**P.O. Box 1026**
**Lone Pine, CA 93545**

Date or dates debt was incurred  **June 2015**

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.95** | Nonpriority creditor's name and mailing address
**CSAC Excess Ins**
**75 Iron Point Cir # 200**
**Folsom, CA 95630**

Date or dates debt was incurred  **June 2015**

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,096.26**

---

| Debtor | **Southern Inyo Healthcare District** | | Case number (if known) | **1:16-bk-10015-FEC** |
|---|---|---|---|---|

Name

| 3.96 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$53,000.00** |
|---|---|---|---|

**CTN**
**2001 P Street, Suite 100**
**Sacramento, CA 95811**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred __April 2015__

Basis for the claim:  __Business Debt__

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.97 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$957.10** |
|---|---|---|---|

**Daily Independent**
**P.O. Box 7**
**Ridgecrest, CA 93555**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred __October 2015__

Basis for the claim:  __Business Debt__

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.98 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$20.00** |
|---|---|---|---|

**Daugherty, Veronica**
**2978 Mesquite Rd**
**Bishop, CA 93514**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred __June 2015__

Basis for the claim:  __Business Debt__

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.99 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$32,400.00** |
|---|---|---|---|

**Dean Vander Wall**
**P.O. Box 189**
**Lone Pine, CA 93545**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred __December 2015__

Basis for the claim:  __Business Debt__

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.100 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$21.60** |
|---|---|---|---|

**Definiti**
**26445 Rancho Pkwy S #A**
**Lake Forest, CA 92630**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred __July 2014__

Basis for the claim:  __Business Debt__

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.101 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,700.00** |
|---|---|---|---|

**Dennis J Schumacher MD**
**P.O. Box 340**
**Big Pine, CA 93513**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred __December 2015__

Basis for the claim:  __Business Debt__

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.102 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$90,000.00** |
|---|---|---|---|

**Dept of Water and Power**
**300 Mandich Lane**
**Bishop, CA 93514**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred __December 2015__

Basis for the claim:  __Utilities__

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Southern Inyo Healthcare District | Case number (if known) | 1:16-bk-10015-FEC |
|---|---|---|---|
| | Name | | |

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $781.00 |
|---|---|---|---|

**Dewey Pest Control**
P.O. Box 7114
Pasadena, CA 91109

Date or dates debt was incurred __August 2015__

Last 4 digits of account number ___

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __Business Debt__

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $240.00 |
|---|---|---|---|

**Diane Cattabriga**
P.O. Box 298
Bishop, CA 93515

Date or dates debt was incurred __December 2015__

Last 4 digits of account number ___

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __Business Debt__

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,559.01 |
|---|---|---|---|

**Direct Supply Healthcare Equip.**
P.O. Box 88201
Milwaukee, WI 53288

Date or dates debt was incurred __August 2015__

Last 4 digits of account number ___

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __Business Debt__

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**DISABILITY EVALUATION DIV**
PO BOX 28937
SIERRA BRANCH/V61
FRESNO, CA 93729-8937

Date or dates debt was incurred ___

Last 4 digits of account number ___

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __Medical Provider Agreement__

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $948.75 |
|---|---|---|---|

**Donna Mcauley Boone**
4822 Alison Lane
Bishop, CA 93514

Date or dates debt was incurred __December 2015__

Last 4 digits of account number ___

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __Business Debt__

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.108 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19,800.00 |
|---|---|---|---|

**Doug Bushell**
63 Hicks Street,  Unit D
Meriden, CT 06450

Date or dates debt was incurred __November 2015__

Last 4 digits of account number ___

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __Business Debt__

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.109 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Dr. Guestravo Velasquez**
c/o Kim L. Anglin
245 E. Olive Ave.
4th Floor
Burbank, CA 91502

Date or dates debt was incurred __2015__

Last 4 digits of account number ___

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim: __Alleged claim for breach of good faith__

Is the claim subject to offset? ☑ No  ☐ Yes

---

| Debtor | **Southern Inyo Healthcare District** | | Case number (if known) | **1:16-bk-10015-FEC** |
|---|---|---|---|---|
| | Name | | | |

---

**3.110** | **Nonpriority creditor's name and mailing address**

**DTSC**
**P.O. Box 1288**
**Sacramento, CA 95812**

Date or dates debt was incurred  **September 2015**

Last 4 digits of account number  ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$332.50**

---

**3.111** | **Nonpriority creditor's name and mailing address**

**Dwaynes Friendly Pharmacy**
**644 West Line Street**
**Bishop, CA 93514**

Date or dates debt was incurred  **October 2015**

Last 4 digits of account number  ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$2,182.68**

---

**3.112** | **Nonpriority creditor's name and mailing address**

**E Sierra Propane #7869**
**104 Sunland  Res Road**
**Bishop, CA 93514**

Date or dates debt was incurred  **December 2015**

Last 4 digits of account number  ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$326.60**

---

**3.113** | **Nonpriority creditor's name and mailing address**

**E Sierra Propane #7870**
**104 Sunland  Res Road**
**Bishop, CA 93514**

Date or dates debt was incurred  **December 2015**

Last 4 digits of account number  ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$844.39**

---

**3.114** | **Nonpriority creditor's name and mailing address**

**Earl W Ferguson**
**1539 N. China Lake, Suite A**
**Ridgecrest, CA 93555**

Date or dates debt was incurred  **October 2015**

Last 4 digits of account number  ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$3,067.85**

---

**3.115** | **Nonpriority creditor's name and mailing address**

**Eastern Sierra Propane**
**104 Sunland Res. Road**
**Bishop, CA 93514**

Date or dates debt was incurred  ___

Last 4 digits of account number  ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utility**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.116** | **Nonpriority creditor's name and mailing address**

**ECRI Institute**
**5200 Butler Pike**
**Plymouth Meeting, PA 19462**

Date or dates debt was incurred  **June 2015**

Last 4 digits of account number  ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| Debtor | **Southern Inyo Healthcare District** | Case number (if known) | **1:16-bk-10015-FEC** |
|---|---|---|---|
| | Name | | |

---

| 3.117 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$340.00** |
|---|---|---|---|

**El Sol de la Sierra**
P.O. Box 507
Bishop, CA 93515

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred __July 2015__

Basis for the claim:  __Business Debt__

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$600.31** |
|---|---|---|---|

**Emergency Medical Product**
25196 Network Place
Chicago, IL 60673

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred __June 2015__

Basis for the claim:  __Business Debt__

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,150.62** |
|---|---|---|---|

**Employment Develop Dept**
P.O. Box 826219
Sacramento, CA 94230

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred __November 2015__

Basis for the claim:  __Business Debt__

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,831.62** |
|---|---|---|---|

**EUF Corp**
P.O. Box 2439
Chino, CA 91708

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred __April 2015__

Basis for the claim:  __Business Debt__

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$945.50** |
|---|---|---|---|

**Everbank Commercial Finance, Inc.**
P.O. Box 911608
Denver, CO 80291

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred __December 2015__

Basis for the claim:  __Business Debt__

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$35.00** |
|---|---|---|---|

**Exact Staff**
21031 Ventura Blvd. #501
Woodland Hills, CA 91364

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred __January 2015__

Basis for the claim:  __Business Debt__

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,250.00** |
|---|---|---|---|

**Fasthealth Corporation**
1001 23rd Avenue, Suite C
Tuscaloosa, AL 35401

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred __December 2015__

Basis for the claim:  __Business Debt__

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Southern Inyo Healthcare District** | Case number *(if known)* | **1:16-bk-10015-FEC** |
|---|---|---|---|
| | Name | | |

---

**3.124** | Nonpriority creditor's name and mailing address
**Fedex**
P.O. Box 7221
Pasadena, CA 91185

Date or dates debt was incurred  **December 2015**

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$183.55**

---

**3.125** | Nonpriority creditor's name and mailing address
**First Financial Corp Lease**
P.O. 87618
Chicago, IL 60680

Date or dates debt was incurred  **May 2015**

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$115,256.82**

---

**3.126** | Nonpriority creditor's name and mailing address
**Fisher Healthcare**
9999 Veterans Memorial Drive
Houston, TX 77038

Date or dates debt was incurred  **November 2014**

Last 4 digits of account number  **9001**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$12,443.46**

---

**3.127** | Nonpriority creditor's name and mailing address
**Focus & Execute**
14029 Point Hills
Draper, UT 84020

Date or dates debt was incurred  **November 2015**

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$2,699.81**

---

**3.128** | Nonpriority creditor's name and mailing address
**Frances Anne Bramhall**
P.O. Box 217
Keeler, CA 93530

Date or dates debt was incurred  **December 2015**

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$345.00**

---

**3.129** | Nonpriority creditor's name and mailing address
**Fusion Medical Staffing**
11506 Nicholas Street, Unit 110
Omaha, NE 68154

Date or dates debt was incurred  **October 2014**

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$9,000.00**

---

**3.130** | Nonpriority creditor's name and mailing address
**Gardners True Value**
P.O. Box 920
Lone Pine, CA 93545

Date or dates debt was incurred  **December 2015**

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$1,521.55**

---

| Debtor | Southern Inyo Healthcare District | Case number (if known) | 1:16-bk-10015-FEC |
|---|---|---|---|
| | Name | | |

---

**3.131** | Nonpriority creditor's name and mailing address
**GE Healthcare Diagnostic Imaging**
c/o Michael B. Bach
DeHaan & Bach, LPA
25 Whitney Drive, Suite 106
Milford, OH 45150

Date or dates debt was incurred   2015

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*                    **$48,440.70**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   Business Debt

Is the claim subject to offset? ■ No ☐ Yes

---

**3.132** | Nonpriority creditor's name and mailing address
**GEHA c/o PMCS**
P.O. Box 4665
Independence, MO 64051

Date or dates debt was incurred   January 2015

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*                    **$86.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   Business Debt

Is the claim subject to offset? ■ No ☐ Yes

---

**3.133** | Nonpriority creditor's name and mailing address
**Global Services PLC**
Corporate Office 3rd Floor
66 Wilson Street
London EC2A 2BT, UK

Date or dates debt was incurred   January 2015

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*                    **$240.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   Business Debt

Is the claim subject to offset? ■ No ☐ Yes

---

**3.134** | Nonpriority creditor's name and mailing address
**Globalstar**
P.O. Box 30519
Los Angeles, CA 90030

Date or dates debt was incurred   July 2015

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*                    **$1,388.21**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   Business Debt

Is the claim subject to offset? ■ No ☐ Yes

---

**3.135** | Nonpriority creditor's name and mailing address
**Godoy Fino, Olivia**
1445 Bircham Ln
Bishop, CA 93514

Date or dates debt was incurred   April 2015

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*                    **$20.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   Business Debt

Is the claim subject to offset? ■ No ☐ Yes

---

**3.136** | Nonpriority creditor's name and mailing address
**GOV'T EMPLOYEES HOSP ASSN**
PO BOX 4665
INDEPENDENCE, MO 64051-4665

Date or dates debt was incurred ___

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*                    **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   Medical Provider Agreement

Is the claim subject to offset? ■ No ☐ Yes

---

**3.137** | Nonpriority creditor's name and mailing address
**Government Employees Health Association**
Attn: Linda McMurray
PO Box 4665
310 NE Mulberry Street
Lee's Summit, MO 64086

Date or dates debt was incurred ___

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*                    **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   Medical Provider Agreement

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | **Southern Inyo Healthcare District** | Case number *(if known)* | **1:16-bk-10015-FEC** |
|---|---|---|---|
| | Name | | |

---

| 3.138 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$501.45** |
|---|---|---|---|

**Hamblins Plumbing**
**P.O. Box 1199**
**Lone Pine, CA 93545**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred  **December 2015**

Basis for the claim:  **Business Debt**

Last 4 digits of account number ___

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.139 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$20.00** |
|---|---|---|---|

**Hampton, Joel**
**P. O. Box 1199**
**Lone Pine, CA 93545**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred  **April 2015**

Basis for the claim:  **Business Debt**

Last 4 digits of account number ___

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.140 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$53.72** |
|---|---|---|---|

**Hardy Diagnostics**
**1430 W McCoy Lane**
**Santa Maria, CA 93455**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred  **August 2015**

Basis for the claim:  **Business Debt**

Last 4 digits of account number ___

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.141 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**HCCA**
**869 N. Cherry Street**
**Tulare, CA 93274**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim:  **Management Company Agreement**

Last 4 digits of account number ___

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.142 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$464.10** |
|---|---|---|---|

**HCPRO**
**P.O. Box 5094**
**Brentwood, TN 37024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred  **April 2015**

Basis for the claim:  **Business Debt**

Last 4 digits of account number ___

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.143 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$194.70** |
|---|---|---|---|

**Health Care Logistics**
**P.O. Box 400**
**Circleville, OH 43113**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred  **July 2015**

Basis for the claim:  **Business Debt**

Last 4 digits of account number ___

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.144 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$188.00** |
|---|---|---|---|

**Health Net**
**21281 Burbank Blvd**
**Woodland Hills, CA 91367**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred  **June 2014**

Basis for the claim:  **Business Debt**

Last 4 digits of account number ___

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Southern Inyo Healthcare District** | Case number (if known) | **1:16-bk-10015-FEC** |
|---|---|---|---|
| | Name | | |

---

**3.145** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Health Net**
**Patrice Holloway - Contract Mgr.**
**7755 Center Avenue**
**Suite 800**
**Huntington Beach, CA 92647**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

**Basis for the claim:** _Medical Provider Agreement_

Last 4 digits of account number ___

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.146** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Health Net**
**Attn: Karen Pham**
**7755 Center Avenue**
**Suite 800**
**Huntington Beach, CA 92647**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

**Basis for the claim:** _Medical Provider Agreement_

Last 4 digits of account number ___

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.147** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,750.00**

**Healthcare Reimbursement**
**2700 Ygnacio Valley, Suite 135**
**Walnut Creek, CA 94598**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred  _February 2015_

**Basis for the claim:** _Business Debt_

Last 4 digits of account number ___

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.148** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,349.34**

**Healthland Inc**
**P.O. Box  856554**
**Trinidad, CA 95570**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred  _October 2015_

**Basis for the claim:** _Business Debt_

Last 4 digits of account number ___

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.149** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,742.09**

**Helmer Scientific**
**P.O. Box 1937, Dept. 30**
**Indianapolis, IN 46206**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred  _April 2015_

**Basis for the claim:** _Business Debt_

Last 4 digits of account number ___

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.150** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,034.69**

**Home Depot Credit Service**
**P.O. Box 183176, Dept. 32**
**Columbus, OH 43218**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred  _July 2015_

**Basis for the claim:** _Business Debt_

Last 4 digits of account number ___

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.151** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Hospira Worldwide Inc**
**75 Remittance Drive, Suite 6136**
**Chicago, IL 60675**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred  _August 2015_

**Basis for the claim:** _Business Debt_

Last 4 digits of account number ___

Is the claim subject to offset? ☑ No  ☐ Yes

---

| Debtor | **Southern Inyo Healthcare District** | Case number *(if known)* | **1:16-bk-10015-FEC** |
|---|---|---|---|
| | Name | | |

---

| 3.152 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,327.00** |
|---|---|---|---|

**Hospital Council**
**North and Central CA**
**515 S. Figueroa, #1300**
**Los Angeles, CA 90071**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred **December 2014**

Basis for the claim: **Business Debt**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.153 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**HUMANA MILITARY HEALTH**
**PO BOX 7032**
**CAMDEN, SC 29020-7032**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: **Medical Provider Agreement**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.154 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**HUMANA MILTARY HEALTHCARE**
**PO BOX 8976**
**TRICARE REGION 13**
**MADISON, WI 53707-8976**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: **Medical Provider Agreement**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.155 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$200.95** |
|---|---|---|---|

**Idville**
**5376 52nd Street, SE**
**Grand Rapids, MI 49512**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred **July 2015**

Basis for the claim: **Business Debt**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.156 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$936.91** |
|---|---|---|---|

**Immucor Inc**
**P.O. Box 102118**
**Atlanta, GA 30368**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred **December 2015**

Basis for the claim: **Business Debt**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.157 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$80.00** |
|---|---|---|---|

**Independence Lions Club**
**P.O. Box 532**
**Independence, CA 93526**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred **October 2015**

Basis for the claim: **Business Debt**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.158 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$13,289.06** |
|---|---|---|---|

**Inetba**
**250 Pilot Road, Suite 300**
**Las Vegas, NV 89119**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred **December 2015**

Basis for the claim: **Business Debt**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Southern Inyo Healthcare District** | Case number *(if known)* | **1:16-bk-10015-FEC** |
|---|---|---|---|
| | Name | | |

---

**3.159**  Nonpriority creditor's name and mailing address
**INTER VALLEY HEALTH PLAN**
**PO BOX 6002**
**PAMONA, CA 91769**

Date or dates debt was incurred ___
Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*  **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Medical Provider Agreement**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.160**  Nonpriority creditor's name and mailing address
**Inyo Co Environmental**
**Health Department**
**P.O. Box 427**
**Independence, CA 93526**

Date or dates debt was incurred  **December 2015**
Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*  **$178.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.161**  Nonpriority creditor's name and mailing address
**Inyo Co Sheriffs Office**
**Civil Division**
**P.O. Box S**
**Independence, CA 93526**

Date or dates debt was incurred  **November 2015**
Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*  **$55.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.162**  Nonpriority creditor's name and mailing address
**Inyo County Water System**
**c/o Wilder Bartow**
**P.O.  Box 1004**
**Independence, CA 93526**

Date or dates debt was incurred  **November 2015**
Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*  **$4,008.97**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.163**  Nonpriority creditor's name and mailing address
**Inyo Register**
**1180 N. Main, Suite 108**
**Bishop, CA 93514**

Date or dates debt was incurred  **November 2015**
Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*  **$664.33**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.164**  Nonpriority creditor's name and mailing address
**J & J Health Care Systems**
**P.O. Box 406663**
**Atlanta, GA 30384**

Date or dates debt was incurred  **December 2015**
Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*  **$6,108.99**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.165**  Nonpriority creditor's name and mailing address
**John P. Anderson, M.D.**
**John P. Anderson, M.D., Inc.**
**3033 W Orange Ave**
**Anaheim, CA 92804**

Date or dates debt was incurred  **October 2015**
Last 4 digits of account number  **7277**

As of the petition filing date, the claim is: *Check all that apply.*  **$14,355.00**
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Lawsuit pending in California Orange County Superior Court**
**Listed in SOFA**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Southern Inyo Healthcare District** | Case number (if known) | **1:16-bk-10015-FEC** |
|---|---|---|---|
| | Name | | |

---

| 3.166 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Johnson and Johnson**
**PO Box 406663**
**Atlanta, GA 30384-6663**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred** ___

Basis for the claim:  **Business Debt**

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.167 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$308.18** |
|---|---|---|---|

**Josephs Market**
**P.O. Box 1090**
**Lone Pine, CA 93545**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred  November 2015**

Basis for the claim:  **Business Debt**

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.168 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Juan Manuel Huerta, III**
**c/o Daniel G. Sheldon, Esq.**
**Scolinos, Sheldon & Nevell**
**301 North Lake Avenue, 7th Floor**
**Pasadena, CA 91101**

■ Contingent
■ Unliquidated
■ Disputed

**Date or dates debt was incurred  2015**

Basis for the claim:  **Alleged claim by a minor**

**Last 4 digits of account number** ___

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.169 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$29,499.98** |
|---|---|---|---|

**JWT & Associates LLC**
**1111 E. Herndon Avenue**
**Suite 211**
**Fresno, CA 93720**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred  December 2015**

Basis for the claim:  **Business Debt**

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.170 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$205.89** |
|---|---|---|---|

**Keith J Andersen**
**P.O. Box 873**
**Bishop, CA 93515**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred  December 2014**

Basis for the claim:  **Business Debt**

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.171 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$111.67** |
|---|---|---|---|

**Kemp, Mandy**
**244 Rosedale**
**Independence, CA 93526**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred  June 2015**

Basis for the claim:  **Business Debt**

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.172 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12,833.33** |
|---|---|---|---|

**Kenneth L Saeger MD**
**Attn: Mindi Osman**
**9788 Wexford Circle**
**Granite Bay, CA 95746**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred  December 2015**

Basis for the claim:  **Business Debt**

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | **Southern Inyo Healthcare District** | Case number (if known) | **1:16-bk-10015-FEC** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.173 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| | **Kenneth L. Saeger MD**<br>**Attn: Mindi Osman**<br>**9788 Wexford Circle**<br>**Granite Bay, CA 95746** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred ___ | Basis for the claim:  **Business Debt** | |
| | Last 4 digits of account number ___ | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.174 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,500.00** |
| | **Kiss - FM**<br>**P.O. Box 757**<br>**Bishop, CA 93515** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred  **November 2015** | Basis for the claim:  **Business Debt** | |
| | Last 4 digits of account number ___ | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.175 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,666.00** |
| | **Kleine, Anita**<br>**c/o Michael Kleine**<br>**302 Farallon Ave.**<br>**Pacifica, CA 94044** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred  **April 2015** | Basis for the claim:  **Business Debt** | |
| | Last 4 digits of account number ___ | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.176 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$768.00** |
| | **KSRW Sierra Wave**<br>**1280 N. Main Street**<br>**Bishop, CA 93514** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred  **March 2015** | Basis for the claim:  **Business Debt** | |
| | Last 4 digits of account number ___ | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.177 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$756.10** |
| | **Labcorp of America**<br>**P.O. Box 12140**<br>**Burlington, NC 27216** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred  **October 2015** | Basis for the claim:  **Business Debt** | |
| | Last 4 digits of account number ___ | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.178 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,713.29** |
| | **Laboratory Specialists**<br>**400 East Clark Avenue, Suite B**<br>**Santa Maria, CA 93455** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred  **November 2015** | Basis for the claim:  **Business Debt** | |
| | Last 4 digits of account number ___ | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.179 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$232.63** |
| | **Labsco**<br>**1951 Bishop Lane, Suite 300**<br>**Louisville, KY 40218** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred  **November 2015** | Basis for the claim:  **Business Debt** | |
| | Last 4 digits of account number ___ | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | **Southern Inyo Healthcare District** | Case number (if known) | **1:16-bk-10015-FEC** |
|---|---|---|---|
| | Name | | |

---

**3.180** | Nonpriority creditor's name and mailing address

**Lambdin, Julie**
**371 W. Bush St.**
**P.O. Box  143**
**Lone Pine, CA 93545**

Date or dates debt was incurred   **November 2014**

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Business Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$10.00**

---

**3.181** | Nonpriority creditor's name and mailing address

**Lamos, Paul**
**625 Alabama Dr.**
**Lone Pine, CA 93545**

Date or dates debt was incurred   **June 2015**

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Business Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$9.61**

---

**3.182** | Nonpriority creditor's name and mailing address

**Landauer Inc**
**P.O. Box 809051**
**Chicago, IL 60680**

Date or dates debt was incurred   **September 2015**

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Business Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$166.92**

---

**3.183** | Nonpriority creditor's name and mailing address

**Lee Baron**
**201 Dominy Road**
**Lone Pine, CA 93545**

Date or dates debt was incurred   **February 2015**

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:   **Alleged Breach of Contract**

Is the claim subject to offset? ☐ No  ■ Yes

**Unknown**

---

**3.184** | Nonpriority creditor's name and mailing address

**Leggett, Beverly L**
**c/o Jaime Brown**
**204 W. Mariposa Ave.**
**Ridgecrest, CA 93555**

Date or dates debt was incurred   **April 2015**

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Business Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$238.00**

---

**3.185** | Nonpriority creditor's name and mailing address

**Leroy Kritz**
**P.O. Box 784**
**Lone Pine, CA 93545**

Date or dates debt was incurred   **October 2015**

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Business Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$80,000.00**

---

**3.186** | Nonpriority creditor's name and mailing address

**Lisa Gorlick**
**1335 Rocking W Drive, #353**
**Bishop, CA 93514**

Date or dates debt was incurred   **September 2015**

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Business Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$2,702.50**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | **Southern Inyo Healthcare District** | Case number (if known) | **1:16-bk-10015-FEC** |
|---|---|---|---|
| | Name | | |

**3.187**

**Nonpriority creditor's name and mailing address**
**Lone Pine Cable**
**P.O. Box 867**
**Lone Pine, CA 93545**

Date or dates debt was incurred ___

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*                                    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Utility__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.188**

**Nonpriority creditor's name and mailing address**
**Lone Pine Chamber of Commerce**
**P.O. Box 749**
**Lone Pine, CA 93545**

Date or dates debt was incurred  __February 2015__

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*                                    **$425.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Business Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.189**

**Nonpriority creditor's name and mailing address**
**Luna, Vianey**
**215 S. Mt. Whitney Dr.**
**P.O. Box 1081**
**Lone Pine, CA 93545**

Date or dates debt was incurred  __April 2015__

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*                                    **$20.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Business Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.190**

**Nonpriority creditor's name and mailing address**
**Mammoth Hospital**
**P.O. Box 100 PMB 700**
**Mammoth Lakes, CA 93546**

Date or dates debt was incurred  __October 2015__

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*                                    **$98,181.13**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Business Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.191**

**Nonpriority creditor's name and mailing address**
**MARINE DIVISION**
**1 MAR DIV**
**ATTN CO AID ST**
**RECON CO HQBN**
**CAMP PENDLETON, CA 92055**

Date or dates debt was incurred ___

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*                                    **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Medical Provider Agreement__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.192**

**Nonpriority creditor's name and mailing address**
**Mary Stewart**
**P.O. Box 240**
**Olancha, CA 93549**

Date or dates debt was incurred  __December 2015__

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*                                    **$850.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Business Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.193**

**Nonpriority creditor's name and mailing address**
**McKesson Medical Surgical**
**P.O. Box 51020**
**Los Angeles, CA 90051**

Date or dates debt was incurred  __September 2015__

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*                                    **$2,118.74**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Business Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | **Southern Inyo Healthcare District** | Case number *(if known)* | **1:16-bk-10015-FEC** |
|---|---|---|---|
| | Name | | |

---

**3.194**

**Nonpriority creditor's name and mailing address**

**Med Pass Inc**

**L3495**
**Columbus, OH 43260**

Date or dates debt was incurred __June 2015__

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __Business Debt__

Is the claim subject to offset? ■ No  ☐ Yes

**$119.50**

---

**3.195**

**Nonpriority creditor's name and mailing address**

**Med-RT LLC**
**834F S. Perry Street, #111**
**Castle Rock, CO 80104**

Date or dates debt was incurred __April 2015__

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __Business Debt__

Is the claim subject to offset? ■ No  ☐ Yes

**$10,800.00**

---

**3.196**

**Nonpriority creditor's name and mailing address**

**Medassets Inc**
**P.O. Box 405652**
**Atlanta, GA 30384**

Date or dates debt was incurred __December 2015__

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __Business Debt__

Is the claim subject to offset? ■ No  ☐ Yes

**$8,640.00**

---

**3.197**

**Nonpriority creditor's name and mailing address**

**MEDI-CAL**
**PO BOX 15600**
**SACRAMENTO, CA 95852**

Date or dates debt was incurred ___

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __Medical Provider Agreement__

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.198**

**Nonpriority creditor's name and mailing address**

**MEDI-CAL L.A. CARE**
**PO BOX 570590**
**TARZANA, CA 91357**

Date or dates debt was incurred ___

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __Medical Provider Agreement__

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.199**

**Nonpriority creditor's name and mailing address**

**MEDICAL FAMILY PACT**
**PO BOX 942732**
**SACRAMENTO, CA 94234-7320**

Date or dates debt was incurred ___

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __Medical Provider Agreement__

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.200**

**Nonpriority creditor's name and mailing address**

**Medical Imaging Consulting, Inc.**
**531 Main Street, #1175**
**El Segundo, CA 90245**

Date or dates debt was incurred __March 2015__

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __Business Debt__

Is the claim subject to offset? ■ No  ☐ Yes

**$2,850.00**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | **Southern Inyo Healthcare District** | | Case number (if known) | **1:16-bk-10015-FEC** |
|---|---|---|---|---|
| | Name | | | |

| 3.201 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Medical Positioning, Inc.**
1717 Washington
Kansas City, MO 64108

Date or dates debt was incurred ___August 2010___

Last 4 digits of account number ___9287___

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  __Business Debt__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.202 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $133,958.42 |
|---|---|---|---|

**Medical Solutions Inc**
9101 Western Avenue, Suite 101
Omaha, NE 68114

Date or dates debt was incurred ___September 2014___

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Business Debt__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.203 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**MEDICARE RAILROAD**
1301 CLAY ST
OAKLAND FED BLD
#392N
OAKLAND, CA 94612

Date or dates debt was incurred ___

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Medical Provider Agreement__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.204 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**MEDICARE/NORIDAIN**
PO BOX 6770
FARGO, ND 58108-6770

Date or dates debt was incurred ___

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Medical Provider Agreement__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.205 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,271.70 |
|---|---|---|---|

**Medtox Diagnostics Inc**
P.O. Box 60575
Charlotte, NC 28260

Date or dates debt was incurred ___September 2015___

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Business Debt__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.206 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $114.25 |
|---|---|---|---|

**Mettler Electronics Corp**
1333 S. Claudina Street
Anaheim, CA 92805

Date or dates debt was incurred ___August 2015___

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Business Debt__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.207 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $185.00 |
|---|---|---|---|

**Micro Technology Inc**
18179 Meadowlark Lane
Lake Oswego, OR 97034

Date or dates debt was incurred ___October 2015___

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Business Debt__

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Southern Inyo Healthcare District** | | Case number (if known) | **1:16-bk-10015-FEC** |
|---|---|---|---|---|
| | Name | | | |

---

**3.208** | Nonpriority creditor's name and mailing address

**Microgenics Corp**
**7055 Collections Ctr**
**Chicago, IL 60693**

Date or dates debt was incurred  **November 2015**

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*                                **$993.50**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.209** | Nonpriority creditor's name and mailing address

**Microsoft Corp**
**P.O. Box 842103**
**Dallas, TX 75282-2103**

Date or dates debt was incurred  **November 2015**

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*                                **$900.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.210** | Nonpriority creditor's name and mailing address

**Mike Perez**
**c/o Brian E. Reed**
**530 West Lancaster Boulevard**
**Lancaster, CA 93534**

Date or dates debt was incurred ___

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*                                **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Alleged Medical Malpractice Claim Listed in SOFA**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.211** | Nonpriority creditor's name and mailing address

**Milton R Jones MD**
**P.O. Box S**
**Lone Pine, CA 93545**

Date or dates debt was incurred  **October 2015**

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*                                **$51,895.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.212** | Nonpriority creditor's name and mailing address

**MIT LLC**
**P.O. Box 39**
**Medford, OR 97501**

Date or dates debt was incurred  **October 2015**

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*                                **$1,175.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.213** | Nonpriority creditor's name and mailing address

**MJL & Associates**
**377 Marina Park Lane**
**Long Beach, CA 90803**

Date or dates debt was incurred  **March 2015**

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*                                **$9,000.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.214** | Nonpriority creditor's name and mailing address

**Model Dairy LLC**
**Dept. 2170**
**Los Angeles, CA 90084**

Date or dates debt was incurred  **July 2015**

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*                                **$3,726.96**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Southern Inyo Healthcare District** | Case number (if known) | **1:16-bk-10015-FEC** |
|---|---|---|---|
| | Name | | |

| 3.215 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,941.80** |
|---|---|---|---|

**Moore Medical LLC**
**P.O. Box 99718**
**Chicago, IL 60696**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred  **August 2015**

Basis for the claim:  **Business Debt**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.216 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**MSP**
**PO BOX 1528**
**AUGUSTA, GA 30903-1528**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim:  **Medical Provider Agreement**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.217 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,201.29** |
|---|---|---|---|

**MXR**
**4444 Viewridge Ave., Suite A**
**San Diego, CA 92123**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred  **October 2015**

Basis for the claim:  **Business Debt**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.218 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$450.00** |
|---|---|---|---|

**NARHC**
**2 East Main Street**
**Fremont, MI 49412**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred  **December 2014**

Basis for the claim:  **Business Debt**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.219 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**NAVAL OFFICE OF MEDICAL**
**PO BOX 886999**
**OFFICER IN CHARGE**
**GREAT LAKES, IL 60088-6999**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim:  **Medical Provider Agreement**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.220 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$15,120.50** |
|---|---|---|---|

**Nave & Cortell LLP**
**4580 E. Thousand Oaks**
**Suite 300**
**Thousand Oaks, CA 91362**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred  **June 2015**

Basis for the claim:  **Legal services**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.221 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$107.48** |
|---|---|---|---|

**Newell, Beverly**
**1172 S. Main St.**
**P.O. Box 609**
**Lone Pine, CA 93545**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred  **April 2015**

Basis for the claim:  **Business Debt**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | **Southern Inyo Healthcare District** | Case number (if known) | **1:16-bk-10015-FEC** |
|---|---|---|---|
| | Name | | |

| 3.222 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $37.42 |
|---|---|---|---|

**Noridian Medicare**
**P.O. Box 6770**
**Fargo, ND 58108-6770**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred __June 2015__

Basis for the claim:  __Business Debt__

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.223 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,362.62 |
|---|---|---|---|

**Northern Inyo Hospital**
**150 Pioneer Lane**
**Bishop, CA 93514**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred __March 2015__

Basis for the claim:  __Business Debt__

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.224 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,888.16 |
|---|---|---|---|

**Novarad Corporation**
**752 E.  1180 S.**
**Suite 200**
**American Fork, UT 84003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred __December 2015__

Basis for the claim:  __Business Debt__

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.225 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $152,500.00 |
|---|---|---|---|

**NRACO Service Corp**
**P.O. Box 1330**
**Nevada City, CA 95959**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred __March 2015__

Basis for the claim:  __Business Debt__

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.226 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,405.32 |
|---|---|---|---|

**Office of Statewide Health Plan (OSHPD)**
**400 R Street, Suite 359**
**Sacramento, CA 95811**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred __June 2015__

Basis for the claim:  __Business Debt__

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.227 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30.00 |
|---|---|---|---|

**Olancha Cartago FD**
**P.O. Box 64**
**Olancha, CA 93549**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred __October 2015__

Basis for the claim:  __Business Debt__

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.228 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,910.20 |
|---|---|---|---|

**Olive, Leonard**
**c/o Joan Olive**
**312 S. Washington**
**Independence, CA 93526**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred __April 2015__

Basis for the claim:  __Business Debt__

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Southern Inyo Healthcare District | Case number (if known) | 1:16-bk-10015-FEC |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| **3.229** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,284.16** |
| | **Omnicell Inc**<br>**P.O. Box 204650**<br>**Dallas, TX 75320** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred __November 2015__ | Basis for the claim: __Business Debt__ | |
| | Last 4 digits of account number ___ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| **3.230** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$49,237.50** |
| | **Onestaff Medical**<br>**11819 Miracle Hills, Suite 101**<br>**Omaha, NE 68154** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred __October 2014__ | Basis for the claim: __Business Debt__ | |
| | Last 4 digits of account number ___ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| **3.231** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$823.24** |
| | **Ossur North America Inc**<br>**P.O. Box 51942**<br>**Los Angeles, CA 90051** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred __July 2015__ | Basis for the claim: __Business Debt__ | |
| | Last 4 digits of account number ___ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| **3.232** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,085.05** |
| | **Overpayment Recovery**<br>**P.O. Box 92420**<br>**Cleveland, OH 44193** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred __September 2014__ | Basis for the claim: __Business Debt__ | |
| | Last 4 digits of account number ___ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| **3.233** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$510.48** |
| | **Pacific Telemanagement**<br>**2001 Crow Canyon Road, Suite 201**<br>**San Ramon, CA 94583** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred __December 2015__ | Basis for the claim: __Business Debt__ | |
| | Last 4 digits of account number ___ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| **3.234** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| | **PACIFICARE**<br>**PO BOX 6006**<br>**ADMIN. SERVICES DIVISION**<br>**CYPRESS, CA 90630-0006** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred ___ | Basis for the claim: __Medical Provider Agreement__ | |
| | Last 4 digits of account number ___ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| **3.235** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$65.93** |
| | **Palmetto GBA, LLC**<br>**P.O. Box 1332**<br>**Augusta, GA 30903-1332** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred __June 2014__ | Basis for the claim: __Business Debt__ | |
| | Last 4 digits of account number ___ | Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **Southern Inyo Healthcare District** | Case number *(if known)* | **1:16-bk-10015-FEC** |
|---|---|---|---|
| | Name | | |

---

**3.236** | **Nonpriority creditor's name and mailing address**
**Patterson Medical**
**P.O. Box 93040**
**Chicago, IL 60673**

Date or dates debt was incurred __June 2015__

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Business Debt__

Is the claim subject to offset? ■ No ☐ Yes

**$1,729.76**

---

**3.237** | **Nonpriority creditor's name and mailing address**
**Petrak & Associates, Inc.**
**2255 Morello Avenue, Suite 201**
**Pleasant Hill, CA 94523**

Date or dates debt was incurred  __December 2015__

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Business Debt__

Is the claim subject to offset? ■ No ☐ Yes

**$16,848.50**

---

**3.238** | **Nonpriority creditor's name and mailing address**
**PGBA**
**P O BOX 870006**
**SURFSIDE BEACH, SC 29587-8706**

Date or dates debt was incurred ___

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Medical Provider Agreement__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.239** | **Nonpriority creditor's name and mailing address**
**Pitney Bowes Global**
**Financial Services**
**P.O. Box 371887**
**Pittsburgh, PA 15250-7887**

Date or dates debt was incurred  __December 2015__

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Business Debt__

Is the claim subject to offset? ■ No ☐ Yes

**$724.70**

---

**3.240** | **Nonpriority creditor's name and mailing address**
**Pitney Bowes Reserve Account**
**P.O. Box 223648**
**Pittsburgh, PA 15250**

Date or dates debt was incurred  __July 2015__

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Business Debt__

Is the claim subject to offset? ■ No ☐ Yes

**$400.00**

---

**3.241** | **Nonpriority creditor's name and mailing address**
**Plumbing Company**
**c/o Lynne M. Sandlin**
**P.O. Box 713**
**Death Valley, CA 92328**

Date or dates debt was incurred ___

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Business Debt__

Is the claim subject to offset? ■ No ☐ Yes

**$425.00**

---

**3.242** | **Nonpriority creditor's name and mailing address**
**Praxair Distribution, Inc.**
**Department LA 21511**
**Pasadena, CA 91185**

Date or dates debt was incurred  __December 2015__

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Business Debt__

Is the claim subject to offset? ■ No ☐ Yes

**$27,748.45**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Southern Inyo Healthcare District** | Case number (if known) | **1:16-bk-10015-FEC** |
|---|---|---|---|
| | Name | | |

---

| 3.243 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,082.66 |

PreEmployment.Com
P.O. Box 491570
Redding, CA 96049

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred   **November 2015**

Basis for the claim:   **Business Debt**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.244 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

PREFERRED IPA OF CA
PO BOX 4449
CHATSWORTH, CA 91313

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim:   **Medical Provider Agreement**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.245 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,462.42 |

Preferred Septic & Disp
1280 N. Main Street, Suite 1
Bishop, CA 93514

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred   **December 2015**

Basis for the claim:   **Business Debt**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.246 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $445,158.16 |

Premier ER Physicians CA
7032 Collection Ctr Drive
Chicago, IL 60693

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred   **August 2015**

Basis for the claim:   **Business Debt**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.247 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $926.51 |

Prithviraj Dharmaraja
High Desert Gastroen
P.O. Box 5988
Lancaster, CA 93539

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred   **June 2015**

Basis for the claim:   **Business Debt**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.248 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $54,129.32 |

Prognosis Innovation Healthcare
805 Walker Street
Houston, TX 77002

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred   **August 2015**

Basis for the claim:   **Business Debt**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.249 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $40.00 |

QTC Medical Group A+
22030 Sherman Way, Suite 118
Canoga Park, CA 91303

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred   **July 2014**

Basis for the claim:   **Business Debt**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | **Southern Inyo Healthcare District** | | Case number (if known) | **1:16-bk-10015-FEC** |
|---|---|---|---|---|
| | Name | | | |

| 3.250 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,065.36 |
|---|---|---|---|

**Quang Dink Vo, Inc.**
**2418 Ulric Street**
**San Diego, CA 92111**

Date or dates debt was incurred __October 2015__

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Business Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.251 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $187.42 |
|---|---|---|---|

**Quill Corp.**
**P.O. Box 37600**
**Philadelphia, PA 19101-0600**

Date or dates debt was incurred __September 2015__

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Business Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.252 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $444.96 |
|---|---|---|---|

**R&D Systems, Inc.**
**Accounts Receivable**
**614 McKinley Pl. NE**
**Minneapolis, MN 55413**

Date or dates debt was incurred __December 2015__

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Business Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.253 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $447.20 |
|---|---|---|---|

**RD's For Healthcare, Inc.**
**1420 W. Kettleman Lane N5**
**Lodi, CA 95242**

Date or dates debt was incurred __December 2015__

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Business Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.254 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $38,984.60 |
|---|---|---|---|

**Readylink Healthcare**
**P.O. Box 1047**
**Thousand Palms, CA 92276**

Date or dates debt was incurred __December 2015__

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Business Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.255 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $949.70 |
|---|---|---|---|

**Recovery Services - United Healthcare**
**P.O. Box 740804**
**Atlanta, GA 30374**

Date or dates debt was incurred __June 2015__

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Business Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.256 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**REGENCE BLUE SHIELD**
**PO BOX 30271**
**SALT LAKE CITY, UT 84130**

Date or dates debt was incurred ___

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Medical Provider Agreement__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Southern Inyo Healthcare District** | Case number (if known) | **1:16-bk-10015-FEC** |
|---|---|---|---|
| | Name | | |

---

**3.257** | Nonpriority creditor's name and mailing address
**Relayhealth, Inc.**
**P.O. Box 98347**
**Chicago, IL 60693**

Date or dates debt was incurred  **November 2015**

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$7,978.85**

---

**3.258** | Nonpriority creditor's name and mailing address
**Relias Learning, LLC**
**Department CH 16894**
**Palatine, IL 60055**

Date or dates debt was incurred  **May 2015**

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$4,078.65**

---

**3.259** | Nonpriority creditor's name and mailing address
**Renaissance Imaging Medical Assoc Inc.**
**P.O. Box 190**
**Simi Valley, CA 93062**

Date or dates debt was incurred  **December 2015**

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$6,715.00**

---

**3.260** | Nonpriority creditor's name and mailing address
**Ringcentral, Inc.**
**Dept. CH 19585**
**Palatine, IL 60055**

Date or dates debt was incurred  **December 2015**

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$23,357.10**

---

**3.261** | Nonpriority creditor's name and mailing address
**Roger Steppe**
**34890 Grape Avenue**
**Yucaipa, CA 92399**

Date or dates debt was incurred  **August 2015**

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.262** | Nonpriority creditor's name and mailing address
**Sandra Sue Spiedel**
**42296 Valley Center**
**Newberry Springs, CA 92365**

Date or dates debt was incurred  **June 2015**

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$486.40**

---

**3.263** | Nonpriority creditor's name and mailing address
**Sanofi Pasteur, Inc.**
**12458 Collections Center Drive**
**Chicago, IL 60693**

Date or dates debt was incurred  **November 2015**

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$6,508.53**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | **Southern Inyo Healthcare District** | Case number (if known) | **1:16-bk-10015-FEC** |
|---|---|---|---|
| | Name | | |

---

**3.264** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$130.00**

**Sarah Waddell**
**121 White Mountain**
**Bishop, CA 93514**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred  **December 2015**

Last 4 digits of account number ___

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.265** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$444.00**

**Satcom Global, Inc.**
**3130 N. Arizona Avenue, Suite 105**
**Chandler, AZ 85225**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred  **December 2015**

Last 4 digits of account number ___

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.266** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,200.00**

**Schulyer House**
**27821 Fremont Court, Unit 8**
**Valencia, CA 91355**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred  **December 2015**

Last 4 digits of account number ___

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.267** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**SECURE HORIZONS**
**PO BOX 52078**
**PHOENIX, AZ 85072-2078**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Last 4 digits of account number ___

Basis for the claim:  **Medical Provider Agreement**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.268** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**SECURE HORIZONS PACIFICARE**
**PO BOX 489**
**CYPRESS, CA 90630-0489**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Last 4 digits of account number ___

Basis for the claim:  **Medical Provider Agreement**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.269** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$35.50**

**Shell**
**Fleet Plus**
**P.O. Box 9001015**
**Louisville, KY 40290**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred  **December 2015**

Last 4 digits of account number ___

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.270** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$128.00**

**Shippert Medical Technol**
**6248 S. Troy Circle, Unit A**
**Englewood, CO 80111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred  **July 2015**

Last 4 digits of account number ___

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| Debtor | **Southern Inyo Healthcare District** | Case number (if known) | **1:16-bk-10015-FEC** |
|---|---|---|---|
| | Name | | |

---

**3.271** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,370.21**

**Siemens Healthcare**
**P.O. Box 121102**
**Dallas, TX 75312**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred  **November 2015**

Basis for the claim:  **Business Debt**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.272** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$400.00**

**Sierra Fire Sprinkler, Inc.**
**P.O. Box 1766**
**Bishop, CA 93515**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred  **October 2015**

Basis for the claim:  **Business Debt**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.273** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,566.00**

**Sierra Reader**
**236 N. Warren Street**
**Bishop, CA 93515**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred  **August 2015**

Basis for the claim:  **Business Debt**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.274** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$445.50**

**Sierra Security Systems, Inc.**
**P.O. Box 1206**
**Bishop, CA 93515**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred  **November 2015**

Basis for the claim:  **Business Debt**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.275** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,914.04**

**SIH Donation Account**
**1239 East Main Street**
**Carbondale, IL 62902**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred  **August 2015**

Basis for the claim:  **Business Debt**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.276** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$194.79**

**SISC**
**2000 K Street**
**Bakersfield, CA 93303-1847**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred  **June 2014**

Basis for the claim:  **Business Debt**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.277** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**SISC III-SECONDARY**
**PO BOX 80308**
**SALINAS, CA 93912**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim:  **Medical Provider Agreement**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Southern Inyo Healthcare District** | Case number (*if known*) | **1:16-bk-10015-FEC** |
|---|---|---|---|
| | Name | | |

---

**3.278**  **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: *Check all that apply.*    **$47,720.42**

**Sotera Wireless, Inc.**
**10020 Huennekens Street**
**San Diego, CA 92121**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred  __June 2014__    Basis for the claim:  __Business Debt__

Last 4 digits of account number ___    Is the claim subject to offset? ■ No ☐ Yes

---

**3.279**  **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: *Check all that apply.*    **$1,701.29**

**SourceOne Healthcare Technologies**
**4444 Viewridge Avenue, #A**
**San Diego, CA 92123**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred  __September 2015__    Basis for the claim:  __Business Debt__

Last 4 digits of account number  __mNo3__    Is the claim subject to offset? ■ No ☐ Yes

---

**3.280**  **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: *Check all that apply.*    **$1,218.00**

**Southeast Publications**
**7676 Peters Road, Suite B**
**Fort Lauderdale, FL 33324-0403**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred  __December 2015__    Basis for the claim:  __Business Debt__

Last 4 digits of account number ___    Is the claim subject to offset? ■ No ☐ Yes

---

**3.281**  **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: *Check all that apply.*    **$4,121.50**

**Staples Credit Plan**
**Dept 00 05075932**
**P.O. Box 183174**
**Columbus, OH 43218**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred  __September 2015__    Basis for the claim:  __Business Debt__

Last 4 digits of account number ___    Is the claim subject to offset? ■ No ☐ Yes

---

**3.282**  **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: *Check all that apply.*    **Unknown**

**STATE OF CALIFORNIA**
**P O BOX 942732**
**DEPARTMENT OF HEALTH SERV**
**SACRAMENTO, CA 94234-7320**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___    Basis for the claim:  __Medical Provider Agreement__

Last 4 digits of account number ___    Is the claim subject to offset? ■ No ☐ Yes

---

**3.283**  **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: *Check all that apply.*    **$94.89**

**Steris Corporation**
**Attn: AR**
**P.O. Box 644063**
**Pittsburgh, PA 15264**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred  __July 2015__    Basis for the claim:  __Business Debt__

Last 4 digits of account number ___    Is the claim subject to offset? ■ No ☐ Yes

---

**3.284**  **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: *Check all that apply.*    **$843.03**

**Streck**
**P.O. Box 45625**
**Omaha, NE 68145**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred  __November 2015__    Basis for the claim:  __Business Debt__

Last 4 digits of account number ___    Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Southern Inyo Healthcare District** | Case number (if known) | **1:16-bk-10015-FEC** |
|---|---|---|---|
| | Name | | |

| 3.285 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,789.36 |
|---|---|---|---|

**T System, Inc.**
Dept. 2537
P.O. Box 122537
Dallas, TX 75312

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred  **December 2015**

Basis for the claim:  **Business Debt**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.286 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $550.00 |
|---|---|---|---|

**Telequality Communication**
3150 Power Inn Road
Sacramento, CA 95826

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred  **December 2015**

Basis for the claim:  **Business Debt**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.287 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $428.76 |
|---|---|---|---|

**Teri Giovanine**
587 Hammond Street
Bishop, CA 93514

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred  **April 2015**

Basis for the claim:  **Business Debt**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.288 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $150.63 |
|---|---|---|---|

**Thomas K. Reid, MD**
157 Pioneer Lane
Bishop, CA 93514

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred  **September 2015**

Basis for the claim:  **Business Debt**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.289 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,212.18 |
|---|---|---|---|

**Thomas Petroleum**
P.O. Box 677289
Dallas, TX 75267

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred  **December 2015**

Basis for the claim:  **Business Debt**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.290 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Thomas Petroleum (Haycock)**
481 E. Line St.
Bishop, CA 93514

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred  ___

Basis for the claim:  **Utility**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.291 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,680.07 |
|---|---|---|---|

**Tiger Direct**
P.O. Box 935313
Atlanta, GA 31193

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred  **August 2015**

Basis for the claim:  **Business Debt**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | **Southern Inyo Healthcare District** | | Case number (if known) | **1:16-bk-10015-FEC** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.292 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**TOIYABE INDIAN HEALTH SVC**
**52 TUSU LANE**
**INDIAN HEALTH SERVICES**
**BISHOP, CA 93514**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim:  **Medical Provider Agreement**

Last 4 digits of account number ___

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.293 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,142.00** |
|---|---|---|---|

**Tosoh Bioscience, Inc.**
**P.O. Box 712415**
**Cincinnati, OH 45271**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred  **December 2015**

Basis for the claim:  **Business Debt**

Last 4 digits of account number ___

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.294 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$335.56** |
|---|---|---|---|

**Tri Anim Health Services**
**25197 Network Place**
**Chicago, IL 60673**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred  **November 2015**

Basis for the claim:  **Business Debt**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.295 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**TRICARE**
**PO BOX 7065**
**CAMDEN, SC 29021-7065**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim:  **Medical Provider Agreement**

Last 4 digits of account number ___

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.296 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**TRICARE WEST REGION**
**PO BOX 7064**
**CAMDEN, SC 29021-7064**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim:  **Medical Provider Agreement**

Last 4 digits of account number ___

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.297 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**TriStar Managed Care**
**Attn: Candice Willis**
**PO Box 10220**
**Santa Ana, CA 92711-1967**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim:  **Medical Provider Agreement**

Last 4 digits of account number ___

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.298 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$8,120.86** |
|---|---|---|---|

**Udaya De Silva, MD**
**P.O. Box 4037**
**Lancaster, CA 93539**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred  **September 2015**

Basis for the claim:  **Business Debt**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Southern Inyo Healthcare District** | Case number (if known) | **1:16-bk-10015-FEC** |
|---|---|---|---|
| | Name | | |

---

| 3.299 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,855.00** |
|---|---|---|---|

**United Blood Services**
**Blood Systems, Inc.**
**P.O. Box 53022**
**Phoenix, AZ 85072**

Date or dates debt was incurred  **September 2015**

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.300 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,893.80** |
|---|---|---|---|

**United Health Care**
**5757 Plaza Drive**
**Concord, CA 94520**

Date or dates debt was incurred  **April 2015**

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.301 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**UNITED HEALTH MILITARY & VETERANS**
**SERVICES, LLC**
**ATTN: REGAN RISTICH**
**2222 W. DUNLAP AVE.**
**PHOENIX, AZ 85021**

Date or dates debt was incurred ___

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Medical Provider Agreement**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.302 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**UNITED HEALTHCARE**
**PO BOX 10066**
**RAILROAD MEDICARE**
**AUGUSTA, GA 30999**

Date or dates debt was incurred ___

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Medical Provider Agreement**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.303 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**United Healthcare**
**Attn: Sherie Lovell**
**8880 Cal Center Drive**
**Suite 300**
**Sacramento, CA 95826**

Date or dates debt was incurred ___

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Medical Provider Agreement**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.304 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**United Healthcare**
**Attn: Corey Kirichkow**
**5757 Place Drive**
**Cypress, CA 90630**

Date or dates debt was incurred ___

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Medical Provider Agreement**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.305 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,245.41** |
|---|---|---|---|

**United healthcare Insurance Company**
**Jay A. Ronning, CDM, UHC**
**185 Asylum Street - 03B**
**Hartford, CT 06103**

Date or dates debt was incurred  **2010-2014**

Last 4 digits of account number  **mNo7**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | Southern Inyo Healthcare District | Case number (if known) | 1:16-bk-10015-FEC |
|---|---|---|---|
| | Name | | |

| 3.306 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $35.09 |
|---|---|---|---|

**United Teacher Association**
**11200 Lakeline Blvd #100**
**Austin, TX 78717**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred  **February 2015**

Basis for the claim:  **Business Debt**

Last 4 digits of account number ___

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.307 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,600.00 |
|---|---|---|---|

**Uptodate**
**95 Sawyer Road**
**Waltham, MA 02453**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred  **April 2015**

Basis for the claim:  **Business Debt**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.308 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $500.00 |
|---|---|---|---|

**Usarad Holdings Inc**
**6278 N. Federal Hwy., Suite 500**
**Fort Lauderdale, FL 33308**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred  **December 2015**

Basis for the claim:  **Business Debt**

Last 4 digits of account number ___

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.309 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,404.58 |
|---|---|---|---|

**Verizon California**
**P.O. Box 920041**
**Dallas, TX 75392**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred  **December 2015**

Basis for the claim:  **Business Debt**

Last 4 digits of account number ___

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.310 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Verizon Credit, Inc.**
**201 N. Frankin Street**
**Suite 3300**
**Tampa, FL 33602-5813**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred  **February 2004**

Basis for the claim:  **Business Debt**

Last 4 digits of account number  **0594**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.311 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**VICTIMS OF CRIME**
**PO BOX 3036**
**STATE BOARD OF CONTROL**
**SACARAMENTO, CA 95812-3036**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim:  **Medical Provider Agreement**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.312 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13.60 |
|---|---|---|---|

**WPS/Tricare**
**P.O. Box 7889**
**Madison, WI 53707-7889**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred  **July 2014**

Basis for the claim:  **Business Debt**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Southern Inyo Healthcare District** | Case number (if known) | 1:16-bk-10015-FEC |
|---|---|---|---|
| | Name | | |

| 3.313 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $115.15 |
|---|---|---|---|

**Zoll Medical Corp**
P.O. Box 27028
New York, NY 10087

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred **May 2015**

Last 4 digits of account number ___

Basis for the claim: **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

### Part 3:    List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | Abbott Diabetes<br>P.O. Box 92679<br>Chicago, IL 60675-2679 | Line **3.2**<br>☐ Not listed. Explain ___ | ___ |
| 4.2 | Beta Healthcare Group<br>Auto/Property Insurance<br>1443 Danville Blvd.<br>Alamo, CA 94507 | Line **3.36**<br>☐ Not listed. Explain ___ | ___ |
| 4.3 | CA ST Disbursement  Unit<br>Child Support Services<br>P.O. Box 989067<br>West Sacramento, CA 95798-9067 | Line **3.60**<br>☐ Not listed. Explain ___ | ___ |
| 4.4 | Craneware Inc.<br>P.O. Box 934241<br>Atlanta, GA 31193 | Line **3.93**<br>☐ Not listed. Explain ___ | ___ |
| 4.5 | CT Corporation System<br>818 West Seventh St.<br>Suite 930<br>Los Angeles, CA 90017 | Line **3.310**<br>☐ Not listed. Explain ___ | ___ |
| 4.6 | Emergency Physicians Medical Group<br>c/o Richard Elliott<br>Legal Investigations Group, LLC<br>3245 Main St., Suite 235-206<br>Frisco, TX 75034 | Line **3.246**<br>☐ Not listed. Explain ___ | **1718** |
| 4.7 | Eric C. Carter<br>114 North Cherry St.<br>Olathe, KS 66061 | Line **3.93**<br>☐ Not listed. Explain ___ | **4309** |
| 4.8 | Greenberg, Grant & Richards, Inc.<br>5858 Westheimer, 5th Floor<br>Houston, TX 77057 | Line **3.293**<br>☐ Not listed. Explain ___ | **6924** |
| 4.9 | Incorp Services, Inc.<br>`5716 Corsa Ave.<br>Suite 110<br>Thousand Oaks, CA 91362-7354 | Line **3.93**<br>☐ Not listed. Explain ___ | **4309** |

| Debtor | **Southern Inyo Healthcare District** | | Case number (if known) | **1:16-bk-10015-FEC** |
|---|---|---|---|---|
| | Name | | | |

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1 0 **James Arlen Stearman** **1235 N Harbor Blvd Ste 200** **Fullerton, CA 92832** | Line **3.165** ☐ Not listed. Explain ____ | **7277** |
| 4.1 1 **Laboratory Specialists International** **4834 Crestwood Court** **Santa Maria, CA 93455** | Line **3.178** ☐ Not listed. Explain ____ | — |
| 4.1 2 **Med Pass** **One Reynolds Way** **Dayton, OH 45430** | Line **3.194** ☐ Not listed. Explain ____ | — |
| 4.1 3 **Pitney Bowes Global Financial Services** **Attn: Box 371887** **500 Ross Street Suite 154-0470** **Pittsburgh, PA 15262-0001** | Line **3.239** ☐ Not listed. Explain ____ | — |
| 4.1 4 **Praxair Distribution** **Attn: Gloria** **2301 SE Creekview** **Ankeny, IA 50021** | Line **3.242** ☐ Not listed. Explain ____ | — |
| 4.1 5 **Sanofi Pasteur, Inc.** **Attn: Chris Ferner** **Discovery Drive** **Swiftwater, PA 18370-0187** | Line **3.263** ☐ Not listed. Explain ____ | **mNo4** |
| 4.1 6 **Sierra Reader** **P.O. Box 507** **Bishop, CA 93515** | Line **3.273** ☐ Not listed. Explain ____ | — |
| 4.1 7 **Telequality Communication** **21232 Gathering Oaks, Suite 107** **San Antonio, TX 78260** | Line **3.286** ☐ Not listed. Explain ____ | — |

**Part 4:**    Total Amounts of the Priority and Nonpriority Unsecured Claims

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ | 2,554,883.25 |
| 5c. Total of Parts 1 and 2 Lines 5a + 5b = 5c. | 5c. | $ | 2,554,883.25 |