**Fill in this information to identify the case:**

Debtor name    **Southern Inyo Healthcare District**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF CALIFORNIA

Case number (if known)    **1:16-bk-10015-FEC**

☒ Check if this is an amended filing

# Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases – SECOND AMENDED

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
☐ No. Check this box and file this form with the debtor's other schedules.   There is nothing else to report on this form.
☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Glucose Meter/Software** | |
| | State the term remaining | **2 years** | **Abbot Laboratories Nutrition Division 75 Remittance #1310 Chicago, IL 60675-1310** |
| | List the contract number of any government contract | | |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Fire Suppression** | |
| | State the term remaining | **N/A** | **ABC Fire Service 1025 Telegraph Street Reno, NV 89502** |
| | List the contract number of any government contract | | |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
| | State the term remaining | **N/A** | **Advanced Medical Management Carissa Jordan-Contract Support 5000 Airport Plaza Drive Suite 150 Long Beach, CA 90815** |
| | List the contract number of any government contract | | |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Workers Compensation Insurance** | |
| | State the term remaining | **6 months** | **Alpha Fund Workers Comp. P.O. Box 619084 Roseville, CA 95661** |
| | List the contract number of any government contract | | |
| 2.5. | State what the contract or | **Firewall Protection for** | **Altaware, Inc.** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1 **Southern Inyo Healthcare District**

First Name          Middle Name          Last Name

Case number *(if known)*    **1:16-bk-10015-FEC**



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| lease is for and the nature of the debtor's interest **Network** | **26522 La Alameda #180**<br>**Mission Viejo, CA 92691** |
| State the term remaining | |
| List the contract number of any government contract | |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest **Medical Provider Agreement** | |
|---|---|---|
| | State the term remaining **N/A** | **ANTHEM BC MCM**<br>**PO BOX 60007**<br>**LOS ANGELES, CA 90060-0007** |
| | List the contract number of any government contract | |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest **Medical Provider Agreement** | |
|---|---|---|
| | State the term remaining **N/A** | **Anthem Blue Cross**<br>**Attn: Terry Marinas**<br>**2121 North California Blvd.**<br>**Walnut Creek, CA 94596** |
| | List the contract number of any government contract | |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest **Hazardous Waste Removal** | |
|---|---|---|
| | State the term remaining **2 years** | **ATI**<br>**7522 Tyrone Avenue**<br>**Van Nuys, CA 91405** |
| | List the contract number of any government contract | |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest **Medical Provider Agreement** | |
|---|---|---|
| | State the term remaining **N/A** | **BC LIFE & HEALTH**<br>**PO BOX 60007**<br>**CMSP**<br>**LOS ANGELES, CA 90060-0007** |
| | List the contract number of any government contract | |

| 2.1 0. | State what the contract or lease is for and the nature of the debtor's interest **Medical Provider Agreement** | |
|---|---|---|
| | State the term remaining **N/A** | **BC SISC III**<br>**PO BOX 80308**<br>**SALINAS, CA 93912** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1   **Southern Inyo Healthcare District**                          Case number *(if known)*   **1:16-bk-10015-FEC**
First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  |  |
|---|---|
| List the contract number of any government contract | |

| | | |
|---|---|---|
| 2.1 1. | State what the contract or lease is for and the nature of the debtor's interest | **Professional Liability** |
| | State the term remaining | **6 months** |
| | List the contract number of any government contract | |

**Beta Healthcare Group
Finance Department
1443 Danville Blvd.
Alamo, CA 94507**

| | | |
|---|---|---|
| 2.1 2. | State what the contract or lease is for and the nature of the debtor's interest | **Auto Liability and Physical Damage Coverage Contract** |
| | State the term remaining | **6 Months** |
| | List the contract number of any government contract | |

**Beta Risk Management Authority
1443 Danville Blvd.
Alamo, CA 94507**

| | | |
|---|---|---|
| 2.1 3. | State what the contract or lease is for and the nature of the debtor's interest | **Directors, Officers, and Trustees Liability Coverage Contract Including Healthcare Entity Coverage** |
| | State the term remaining | **6 months** |
| | List the contract number of any government contract | |

**Beta Risk Management Authority
1443 Danville Blvd.
Alamo, CA 94507**

| | | |
|---|---|---|
| 2.1 4. | State what the contract or lease is for and the nature of the debtor's interest | **Healthcare Entity Comprehensive Liability Contract** |
| | State the term remaining | **6 months** |
| | List the contract number of any government contract | |

**Beta Risk Management Authority
1443 Danville Blvd.
Alamo, CA 94507**

| | | |
|---|---|---|
| 2.1 5. | State what the contract or lease is for and the nature of the debtor's interest | **Mobile Oxygen** |
| | State the term remaining | **11 months** |
| | List the contract number of any government contract | |

**Bishop Welding Supply
180 Short Street
Bishop, CA 93514**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                             Best Case Bankruptcy

Debtor 1   **Southern Inyo Healthcare District**
First Name          Middle Name          Last Name

Case number *(if known)*   **1:16-bk-10015-FEC**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.1 6. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
|---|---|---|---|
| | State the term remaining | **N/A** | **Blue Cross**<br>**Attn: Cathy Moseley**<br>**2121 North California Blvd.**<br>**Walnut Creek, CA 94596** |
| | List the contract number of any government contract | | |

| 2.1 7. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
|---|---|---|---|
| | State the term remaining | **N/A** | **BLUE CROSS**<br>**PO BOX 60007**<br>**HEALTHY FAMILIES**<br>**LOS ANGELES, CA 90060** |
| | List the contract number of any government contract | | |

| 2.1 8. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
|---|---|---|---|
| | State the term remaining | **N/A** | **BLUE CROSS OF ARIZONA**<br>**5810 WEST BELVERLY LANE**<br>**Administrative Ent.**<br>**GLENDALE, AZ 85306-1800** |
| | List the contract number of any government contract | | |

| 2.1 9. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
|---|---|---|---|
| | State the term remaining | **N/A** | **BLUE CROSS OF CA**<br>**PO BOX 60007**<br>**2NDARY**<br>**LOS ANGELES, CA 90060** |
| | List the contract number of any government contract | | |

| 2.2 0. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
|---|---|---|---|
| | State the term remaining | **N/A** | **BLUE CROSS OF CALIFORNIA**<br>**PO BOX 1999**<br>**MOTION PICTURE INDUSTRY**<br>**STUDIO CITY, CA 91614** |
| | List the contract number of any government contract | | |

| 2.2 1. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | **BLUE CROSS-PERS CHOICE**<br>**PO BOX 60007**<br>**PRUDENT BUYER PLAN-SIH** |
|---|---|---|---|

Debtor 1  **Southern Inyo Healthcare District**

First Name          Middle Name          Last Name

Case number *(if known)*  **1:16-bk-10015-FEC**



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  |  |  |
|---|---|---|
|  |  | **LOS ANGELES, CA 90060** |
| State the term remaining | **N/A** |  |
| List the contract number of any government contract |  |  |

| 2.2 2. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** |  |
|---|---|---|---|
|  | State the term remaining | **N/A** | **BLUE CROSS/BLU SHIELD-FEP PO BOX 70000 FEDERAL EMP PROGRAM** |
|  | List the contract number of any government contract |  | **VAN NUYS, CA 91470** |

| 2.2 3. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement Provider Nos. ZZZC1402Z - Acute, Outpatient, SNF & Swing ZZZ92769Z - Pro Fees ZZZS9755Z - Clinic** |  |
|---|---|---|---|
|  | State the term remaining | **N/A** | **BLUE SHIELD PO BOX 1505 BLUECARD PROGRAM** |
|  | List the contract number of any government contract |  | **RED BLUFF, CA 96080-1505** |

| 2.2 4. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** |  |
|---|---|---|---|
|  | State the term remaining | **N/A** | **BLUE SHIELD OF CA PO BOX 272540** |
|  | List the contract number of any government contract |  | **CHICO, CA 95912** |

| 2.2 5. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** |  |
|---|---|---|---|
|  | State the term remaining | **N/A** | **Blue Shield of California Attn: Mary Li 3300 Zinfandel Drive** |
|  | List the contract number of any government contract |  | **Rancho Cordova, CA 95670** |

| 2.2 6. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** |  |
|---|---|---|---|
|  |  |  | **BLUE SHIELD OF CALIFORNIA P O BOX 272560 CHICO, CA 95927-2560** |

Debtor 1  **Southern Inyo Healthcare District**

First Name        Middle Name        Last Name

Case number *(if known)*  **1:16-bk-10015-FEC**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining  **N/A**

List the contract number of any government contract

---

2.2 7.  State what the contract or lease is for and the nature of the debtor's interest  **Medical Provider Agreement**

State the term remaining  **N/A**

List the contract number of any government contract

**CALIFORNIA HEALTH & WELLN
PO BOX 4080
FARMINGTON, MO 63640-3835**

---

2.2 8.  State what the contract or lease is for and the nature of the debtor's interest  **Medical Provider Agreement**

State the term remaining  **N/A**

List the contract number of any government contract

**CALIFORNIA MEDICAL DETACH
ATTN:   HSHJ-CCD
PRESIDIO OF MONTEREY, CA 93944-5006**

---

2.2 9.  State what the contract or lease is for and the nature of the debtor's interest  **Copy Machine Rental**

State the term remaining  **60 months**

List the contract number of any government contract

**Canon Financial Services
14904 Collections Center Drive
Chicago, IL 60693**

---

2.3 0.  State what the contract or lease is for and the nature of the debtor's interest  **Physical Therapy Mist**

State the term remaining  **N/A**

List the contract number of any government contract

**Celleration Inc.
Department CH 19325
Palatine, IL 60055-9325**

---

2.3 1.  State what the contract or lease is for and the nature of the debtor's interest  **Medical Provider Agreement**

State the term remaining  **N/A**

List the contract number of any government contract

**CHAMPVA
PO BOX 469064
DENVER, CO 80246-9064**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1   **Southern Inyo Healthcare District**                         Case number *(if known)*   **1:16-bk-10015-FEC**
_____
First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.3 2. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
|---|---|---|---|
| | State the term remaining | **N/A** | **CHDTP** **P O BOX 15503** **E.D.S. FEDERAL CORP** **SACRAMENTO, CA 95851-1508** |
| | List the contract number of any government contract | | |

| 2.3 3. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
|---|---|---|---|
| | State the term remaining | **N/A** | **Cigna** **Donella Olsen - Contracts Manager** **400 Brand Blvd.** **Suite 300** **Glendale, CA 91203** |
| | List the contract number of any government contract | | |

| 2.3 4. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
|---|---|---|---|
| | State the term remaining | **N/A** | **Comprehensive Health Services** **Attn: Melinda Roxberry-Blankenship** **10701 Parkridge Blvd.** **Suite 200** **Reston, VA 20191** |
| | List the contract number of any government contract | | |

| 2.3 5. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
|---|---|---|---|
| | State the term remaining | **N/A** | **DISABILITY EVALUATION DIV** **PO BOX 28937** **SIERRA BRANCH/V61** **FRESNO, CA 93729-8937** |
| | List the contract number of any government contract | | |

| 2.3 6. | State what the contract or lease is for and the nature of the debtor's interest | **Skilled Nursing Facility Physician** | |
|---|---|---|---|
| | State the term remaining | **6 months** | **Dr. Milton R. Jones** **PO Box S** **Lone Pine, CA 93545** |
| | List the contract number of any government contract | | |

| 2.3 7. | State what the contract or lease is for and the nature | **Acupuncturist Services** | **Dr. Steve Chong Luo** **821 Rainwater Lane** |
|---|---|---|---|

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1 __Southern Inyo Healthcare District_____    Case number *(if known)* __1:16-bk-10015-FEC__

First Name      Middle Name      Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| of the debtor's interest | **Walnut, CA 91789** |
| State the term remaining    **11 months** | |
| List the contract number of any government contract | |

| 2.3 8. | State what the contract or lease is for and the nature of the debtor's interest | **Propane Tanks and Service** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Eastern Sierra Propane**<br>**104 Sunland Res. Road**<br>**Bishop, CA 93514** |

| 2.3 9. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Equipment Purchase Agreement** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Fisher Healthcare**<br>**9999 Veterans Memorial Drive**<br>**Houston, TX 77038** |

| 2.4 0. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment Financing** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **General Electric Capital Corporation**<br>**20225 Watertower Blvd.**<br>**Brookfield, WI 53045** |

| 2.4 1. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** |
|---|---|---|
| | State the term remaining | **N/A** |
| | List the contract number of any government contract | **GOV'T EMPLOYEES HOSP ASSN**<br>**PO BOX 4665**<br>**INDEPENDENCE, MO 64051-4665** |

| 2.4 2. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** |
|---|---|---|
| | State the term remaining | **Government Employees Health Association**<br>**Attn: Linda McMurray**<br>**PO Box 4665**<br>**310 NE Mulberry Street**<br>**Lee's Summit, MO 64086** |

Debtor 1  **Southern Inyo Healthcare District**

First Name          Middle Name          Last Name

Case number (*if known*)  **1:16-bk-10015-FEC**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| List the contract number of any government contract | |

| 2.4 3. | State what the contract or lease is for and the nature of the debtor's interest | **Management Company Agreement** | |
|---|---|---|---|
| | State the term remaining | 5 years | |
| | List the contract number of any government contract | | **HCCA** 869 N. Cherry Street Tulare, CA 93274 |

| 2.4 4. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
|---|---|---|---|
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | **Health Net** Patrice Holloway - Contract Mgr. 7755 Center Avenue Suite 800 Huntington Beach, CA 92647 |

| 2.4 5. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
|---|---|---|---|
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | **Health Net** Attn: Karen Pham 7755 Center Avenue Suite 800 Huntington Beach, CA 92647 |

| 2.4 6. | State what the contract or lease is for and the nature of the debtor's interest | **Security Agreement** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Healthcare Resource Group, Inc.** 6571 Altura Blvd. Buena Park, CA 90620 |

| 2.4 7. | State what the contract or lease is for and the nature of the debtor's interest | **Patient/Financial Database** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Healthland Inc.** P.O. Box  856554 Trinidad, CA 95570 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1    **Southern Inyo Healthcare District**

First Name         Middle Name          Last Name

Case number (*if known*)    **1:16-bk-10015-FEC**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.4 8. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
|---|---|---|---|
| | State the term remaining | **N/A** | |
| | List the contract number of any government contract | | **HUMANA MILITARY HEALTH PO BOX 7032 CAMDEN, SC 29020-7032** |

| 2.4 9. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
|---|---|---|---|
| | State the term remaining | **N/A** | |
| | List the contract number of any government contract | | **HUMANA MILTARY HEALTHCARE PO BOX 8976 TRICARE REGION 13 MADISON, WI 53707-8976** |

| 2.5 0. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
|---|---|---|---|
| | State the term remaining | **N/A** | |
| | List the contract number of any government contract | | **INTER VALLEY HEALTH PLAN PO BOX 6002 PAMONA, CA 91769** |

| 2.5 1. | State what the contract or lease is for and the nature of the debtor's interest | **Laboratory Service Agreement** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Johnson and Johnson PO Box 406663 Atlanta, GA 30384-6663** |

| 2.5 2. | State what the contract or lease is for and the nature of the debtor's interest | **Pathologist Services** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Kenneth L Saeger MD Attn: Mindi Osman 9788 Wexford Circle Granite Bay, CA 95746** |

| 2.5 3. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Equipment Purchase Agreement** | **Laboratory Specialists Int'l 4834 Crestwood Court Santa Maria, CA 93455** |
|---|---|---|---|

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1   **Southern Inyo Healthcare District**
First Name        Middle Name        Last Name

Case number *(if known)*   **1:16-bk-10015-FEC**

   **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining | |
| List the contract number of any government contract | |

---

| 2.5 4. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment Lease Debtor is Lessee** | |
|---|---|---|---|
| | State the term remaining | **57 months** | |
| | List the contract number of any government contract | | **Leasing Associates of Barrington, Inc. 220 North River Street Dundee, IL 60118** |

---

| 2.5 5. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
|---|---|---|---|
| | State the term remaining | **N/A** | **MARINE DIVISION 1 MAR DIV ATTN CO AID ST RECON CO HQBN CAMP PENDLETON, CA 92055** |
| | List the contract number of any government contract | | |

---

| 2.5 6. | State what the contract or lease is for and the nature of the debtor's interest | **Lease No. 001-1260018-001 Debtor is/was Lessee** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Marlin Leasing Corp. 300 Fellowship Road Mount Laurel, NJ 08054** |

---

| 2.5 7. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement Medical Provider Nos. ZZT30388F - Acute ZZT40388F - Outpatient LTCS5527F - LTC MTN01039F - Transportation RHM18511F - Rural Health Clinic** | |
|---|---|---|---|
| | State the term remaining | **N/A** | **MEDI-CAL PO BOX 15600 SACRAMENTO, CA 95852** |
| | List the contract number of any government contract | | |

---

| 2.5 8. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | **MEDI-CAL L.A. CARE PO BOX 570590 TARZANA, CA 91357** |
|---|---|---|---|

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1    **Southern Inyo Healthcare District**                     Case number (*if known*)    **1:16-bk-10015-FEC**

First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  |  |  |
|---|---|---|
| | State the term remaining | **N/A** |
| | List the contract number of any government contract | |

| 2.59. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** |
|---|---|---|
| | State the term remaining | **N/A** |
| | List the contract number of any government contract | **MEDICAL FAMILY PACT**<br>**PO BOX 942732**<br>**SACRAMENTO, CA 94234-7320** |

| 2.60. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** |
|---|---|---|
| | State the term remaining | **N/A** |
| | List the contract number of any government contract | **MEDICARE RAILROAD**<br>**1301 CLAY ST**<br>**OAKLAND FED BLD**<br>**#392N**<br>**OAKLAND, CA 94612** |

| 2.61. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement**<br>**Provider Nos.**<br>**05-1302 Critical Access Acute & Outpatient**<br>**05-Z302 Critical Access Swing Bed**<br>**55-5527 Skilled Nursing**<br>**05-8511 Rural Health Clinic** |
|---|---|---|
| | State the term remaining | **N/A** |
| | List the contract number of any government contract | **MEDICARE/NORIDIAN**<br>**PO BOX 6770**<br>**FARGO, ND 58108-6770** |

| 2.62. | State what the contract or lease is for and the nature of the debtor's interest | **Contract for Email Services** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Microsoft Corp**<br>**P.O. Box 842103**<br>**Dallas, TX 75282-2103** |

| 2.63. | State what the contract or lease is for and the nature | **Medical Provider Agreement** | **MSP**<br>**PO BOX 1528** |
|---|---|---|---|

---

Debtor 1   **Southern Inyo Healthcare District**                          Case number *(if known)*   **1:16-bk-10015-FEC**
     First Name       Middle Name       Last Name

   **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| of the debtor's interest | **AUGUSTA, GA 30903-1528** |
| State the term remaining   **N/A** | |
| List the contract number of any government contract | |

| 2.6 4. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
|---|---|---|---|
| | State the term remaining | **N/A** | **NAVAL OFFICE OF MEDICAL** |
| | | | **PO BOX 886999** |
| | List the contract number of any government contract | | **OFFICER IN CHARGE** |
| | | | **GREAT LAKES, IL 60088-6999** |

| 2.6 5. | State what the contract or lease is for and the nature of the debtor's interest | **SIHD Attorney** | |
|---|---|---|---|
| | State the term remaining | | **Nave & Cortell LLP** |
| | List the contract number of any government contract | | **4580 E. Thousand Oaks** |
| | | | **Suite 300** |
| | | | **Thousand Oaks, CA 91362** |

| 2.6 6. | State what the contract or lease is for and the nature of the debtor's interest | **Radiology PACS** | |
|---|---|---|---|
| | State the term remaining | | **Novarad Corporation** |
| | | | **752 E.   1180 S.** |
| | List the contract number of any government contract | | **Suite 200** |
| | | | **American Fork, UT 84003** |

| 2.6 7. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
|---|---|---|---|
| | State the term remaining | **N/A** | **PACIFICARE** |
| | | | **PO BOX 6006** |
| | List the contract number of any government contract | | **ADMIN. SERVICES DIVISION** |
| | | | **CYPRESS, CA 90630-0006** |

| 2.6 8. | State what the contract or lease is for and the nature of the debtor's interest | **Consulting Agreement** | |
|---|---|---|---|
| | | | **Petrak & Associates, Inc.** |
| | | | **c/o Derek F. Petrak** |
| | | | **2255 Morello Avenue** |
| | State the term remaining | **7 months** | **Suite 201** |
| | | | **Pleasant Hill, CA 94523** |

Debtor 1  **Southern Inyo Healthcare District**                     Case number *(if known)*  **1:16-bk-10015-FEC**
First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| List the contract number of any government contract | |

---

| 2.6 9. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
|---|---|---|---|
| | State the term remaining | **N/A** | |
| | List the contract number of any government contract | | **PGBA P O BOX 870006 SURFSIDE BEACH, SC 29587-8706** |

---

| 2.7 0. | State what the contract or lease is for and the nature of the debtor's interest | **Liquid Nitrogen Service** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Praxair Distribution, Inc. Dept LA 21511 Pasadena, CA 91185** |

---

| 2.7 1. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
|---|---|---|---|
| | State the term remaining | **N/A** | |
| | List the contract number of any government contract | | **PREFERRED IPA OF CA PO BOX 4449 CHATSWORTH, CA 91313** |

---

| 2.7 2. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
|---|---|---|---|
| | State the term remaining | **N/A** | |
| | List the contract number of any government contract | | **REGENCE BLUE SHIELD PO BOX 30271 SALT LAKE CITY, UT 84130** |

---

| 2.7 3. | State what the contract or lease is for and the nature of the debtor's interest | **Patient Claim Clearinghouse** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Relayhealth, Inc. P.O. Box 98347 Chicago, IL 60693** |

---

Debtor 1    **Southern Inyo Healthcare District**                          Case number *(if known)*    **1:16-bk-10015-FEC**

First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.74. | State what the contract or lease is for and the nature of the debtor's interest | **Agreement for Staff Education/online training/in-services Term: 60 months Expiration date: June 12, 2019** | |
|---|---|---|---|
| | State the term remaining | **42 months** | |
| | List the contract number of any government contract | | **Relias Learning, LLC Department CH 16894 Palatine, IL 60055** |

| 2.75. | State what the contract or lease is for and the nature of the debtor's interest | **Radiologist Group** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Renaissance Imaging Medical Assoc Inc. P.O. Box 190 Simi Valley, CA 93062** |

| 2.76. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
|---|---|---|---|
| | State the term remaining | **N/A** | |
| | List the contract number of any government contract | | **SECURE HORIZONS PO BOX 52078 PHOENIX, AZ 85072-2078** |

| 2.77. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
|---|---|---|---|
| | State the term remaining | **N/A** | |
| | List the contract number of any government contract | | **SECURE HORIZONS PACIFICARE PO BOX 489 CYPRESS, CA 90630-0489** |

| 2.78. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment Lease Agreement Debtor is Lessee** | |
|---|---|---|---|
| | State the term remaining | | **Siemens Financial Services, Inc. aka: Siemens Diagnostics Financing Co., 3850 Quadrangle Blvd.** |
| | List the contract number of any government contract | | **MS AFS 466 Orlando, FL 32817** |

| 2.79. | State what the contract or lease is for and the nature of the debtor's interest | **Fire Alarm System** | **Sierra Security Systems, Inc. P. O Box 1206 Bishop, CA 93515** |
|---|---|---|---|

Debtor 1   **Southern Inyo Healthcare District**                    Case number *(if known)*   **1:16-bk-10015-FEC**
          First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining

List the contract number of
any government contract

---

| 2.8 0. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
|---|---|---|---|

State the term remaining   **N/A**

List the contract number of
any government contract

**SISC III-SECONDARY
PO BOX 80308
SALINAS, CA 93912**

---

| 2.8 1. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |

State the term remaining   **N/A**

List the contract number of
any government contract

**STATE OF CALIFORNIA
P O BOX 942732
DEPARTMENT OF HEALTH SERV
SACRAMENTO, CA 94234-7320**

---

| 2.8 2. | State what the contract or lease is for and the nature of the debtor's interest | **Software License** | |

State the term remaining

List the contract number of
any government contract

**T System, Inc.
Dept. 2537
P.O. Box 122537
Dallas, TX 75312**

---

| 2.8 3. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |

State the term remaining   **N/A**

List the contract number of
any government contract

**TOIYABE INDIAN HEALTH SVC
52 TUSU LANE
INDIAN HEALTH SERVICES
BISHOP, CA 93514**

---

| 2.8 4. | State what the contract or lease is for and the nature of the debtor's interest | **Service Contract on Laboratory Equipment** | |

State the term remaining

List the contract number of

**Tosoh Bioscience, Inc.
P.O. Box 712415
Cincinnati, OH 45271**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1 __Southern Inyo Healthcare District__                    Case number (*if known*) __1:16-bk-10015-FEC__
First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| any government contract | |

| | | | |
|---|---|---|---|
| 2.8 5. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
| | State the term remaining | **N/A** | **TRICARE PO BOX 7065 CAMDEN, SC 29021-7065** |
| | List the contract number of any government contract | | |

| | | | |
|---|---|---|---|
| 2.8 6. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
| | State the term remaining | **N/A** | **TRICARE WEST REGION PO BOX 7064 CAMDEN, SC 29021-7064** |
| | List the contract number of any government contract | | |

| | | | |
|---|---|---|---|
| 2.8 7. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
| | State the term remaining | **N/A** | **TriStar Managed Care Attn: Candice Willis PO Box 10220 Santa Ana, CA 92711-1967** |
| | List the contract number of any government contract | | |

| | | | |
|---|---|---|---|
| 2.8 8. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
| | State the term remaining | **3 months** | **UNITED HEALTH MILITARY & VETERANS SERVICES, LLC ATTN: REGAN RISTICH 2222 W. DUNLAP AVE. PHOENIX, AZ 85021** |
| | List the contract number of any government contract | | |

| | | | |
|---|---|---|---|
| 2.8 9. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
| | State the term remaining | **N/A** | **United Healthcare Attn: Corey Kirichkow 5757 Place Drive Cypress, CA 90630** |
| | List the contract number of any government contract | | |

| | | | |
|---|---|---|---|
| 2.9 | State what the contract or | **Medical Provider** | **United Healthcare** |

Official Form 206G                    Schedule G: Executory Contracts and Unexpired Leases                    Page 17 of 18

Debtor 1   **Southern Inyo Healthcare District**

First Name        Middle Name        Last Name

Case number *(if known)*   **1:16-bk-10015-FEC**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | | | |
|---|---|---|---|
| 0. | lease is for and the nature of the debtor's interest | **Agreement** | **Attn: Sherie Lovell** **8880 Cal Center Drive** **Suite 300** **Sacramento, CA 95826** |
| | State the term remaining | **N/A** | |
| | List the contract number of any government contract | | |

| | | | |
|---|---|---|---|
| 2.9 1. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
| | State the term remaining | **N/A** | **UNITED HEALTHCARE** **PO BOX 10066** **RAILROAD MEDICARE** **AUGUSTA, GA 30999** |
| | List the contract number of any government contract | | |

| | | | |
|---|---|---|---|
| 2.9 2. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
| | State the term remaining | **N/A** | **VICTIMS OF CRIME** **PO BOX 3036** **STATE BOARD OF CONTROL** **SACARAMENTO, CA 95812-3036** |
| | List the contract number of any government contract | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy