Ashley M. McDow (245114)
Michael T. Delaney (261714)
**BAKER & HOSTETLER LLP**
11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90025-0509
Telephone:  310.820.8800
Facsimile:  310.820.8859
Email:  amcdow@bakerlaw.com
  mdelaney@bakerlaw.com

Attorneys for Debtor,
SOUTHERN INYO HEALTHCARE DISTRICT

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
### FRESNO DIVISION

| | |
|---|---|
| In re<br><br>SOUTHERN INYO HEALTHCARE DISTRICT,<br><br>Debtor. | Case No.: 1:16-bk-10015-FEC<br><br>Chapter 9<br><br>Doc. No.: BH-011<br><br>**ORDER APPROVING STIPULATION TO ASSUME EXECUTORY CONTRACTS BY AND BETWEEN SOUTHERN INYO HEALTHCARE DISTRICT AND BETA RISK MANAGEMENT AUTHORITY**<br><br>[Stipulation to Assume Executory Contracts by and between Southern Inyo Healthcare District and BETA Risk Management Authority filed contemporaneously] |

The Court having considered the *Stipulation to Assume Executory Contracts* (the "Stipulation") entered into by and between SOUTHERN INYO HEALTHCARE DISTRICT (the "Debtor") and BETA RISK MANAGEMENT AUTHORITY, ~~a copy of which is attached hereto as Exhibit "A"~~ dkt 106-109, finding notice of the Stipulation due and proper, receiving no objection or opposition to the Stipulation, and, after due consideration, finding good and adequate cause therefor,

/ / /

/ / /

RECEIVED March 17, 2016 CLERK, U.S. BANKRUPTCY COURT EASTERN DISTRICT OF CALIFORNIA 0005754967

1     **IT IS HEREBY ORDERED** that the Stipulation is APPROVED in its entirety;

2     **IT IS FURTHER ORDERED** that the Insurance Policies (as defined in the Stipulation) shall be deemed assumed pursuant to sections 365 and 901 of the Bankruptcy Code;

3     **IT IS FURTHER ORDERED** that, to the extent necessary, the Debtor is authorized to pay any amounts necessary to bring current and/or cure any monetary defaults of the Insurance Policies in accordance with the terms of the Stipulation; and

~~IT IS FURTHER ORDERED that the Debtor is authorized to take any and all actions it deems necessary and/or appropriate to effectuate the terms or purpose of the Stipulation without further order of this Court.~~

Dated: Mar 22, 2016

_/s/ Fredrick E. Clement_
Fredrick E. Clement
United States Bankruptcy Judge

- 2 -
STIPULATION TO ASSUME EXECUTORY CONTRACTS - BETA RISK MANAGEMENT AUTHORITY

608370839.1