JOSEPH RODRIGUES
State Long-Term Care Ombudsman
Office of the State Long-Term Care Ombudsman
California Department of Aging
1300 National Drive, Suite 200
Sacramento, California 95834
Telephone: (916)419-7510
Facsimile: (916)928-2503

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION**

| | |
|---|---|
| In re: | Case No. 16-10015-A-9 |
| | Chapter 9 |
| Southern Inyo Healthcare District | |
| | **FOURTH REPORT OF THE PATIENT CARE OMBUDSMAN** |
| Debtor. | (No Hearing Required) |

Pursuant to the order directing the appointment of a Patient Care Ombudsman entered by this court on February 17, 2016, Tracy Hope Davis, the United States Trustee, duly appointed Joseph Rodrigues, the California State Long-Term Care Ombudsman, as the Patient Care Ombudsman in this case.

In compliance with the notice of appointment, the Patient Care Ombudsman is submitting his fourth 60-day report, covering the period of August 6 to October 4, 2016.

Respectfully submitted,

*/s/Joseph Rodrigues*
Joseph Rodrigues
State Long-Term Care Ombudsman

1

**FOURTH REPORT OF THE PATIENT CARE OMBUDSMAN**

Eastern Sierra Area Agency on Aging is the designated Long-Term Care (LTC) Ombudsman Program for Inyo and Mono Counties and is the local representative of the Office of the State LTC Ombudsman. As mandated by the federal Older Americans Act (42 U.S.C. 3058g), LTC Ombudsman representatives identify, investigate and resolve complaints that are made by, or on behalf of residents of LTC facilities that relate to action, inaction or decisions that may adversely affect the health, safety, welfare or rights of residents. Paulette Erwin and Donna Carson are the local Ombudsman representatives assigned to this facility.

Southern Inyo Hospital District is located at 501 E. Locust Street, Lone Pine, California. The California Department of Public Health (CDPH), Licensing and Certification Division, licenses this facility as a Skilled Nursing Facility (SNF). SNFs provide housing, meals, medical care, personal care, social services, and social activities to people who have physical or behavioral conditions that prevent them from living alone.

The following information describes the number of visits made to the facility (complaint and non-complaint related), observations about privacy, food, the general status of the residents, any

complaints made by or on behalf of residents to the LTC Ombudsman Program, and any changes in the census of the facility.

The licensed capacity of the facility is 33, with a current occupancy of 14. The occupancy of the facility slightly fluctuates month to month due to individuals' short term care needs. There is no noted significant change in resident mix, such as the admission of different client groups, younger residents, etc.

Chief Nursing Officer, Colleen Wilson, reports staffing the facility with permanent employees from this rural area continues to be a challenge. Registered Nurse, Michael Floyd, is working as the Director of Nursing of the skilled nursing part of the facility and part-time in the emergency room. The Director of Nursing responsibilities are being shared with Assistant Director of Nursing Rosetta Garza. The CPDH approved Kelly Clark as the Director of Staff Development for the facility. In an effort to recruit local employees, Ms. Clark will be collaborating with Cerro Coso Community College to provide a Certified Nursing Assistant program.

The local Ombudsman Program has not received any complaints involving vendors, utilities, or external support factors that may impact resident care.

The local Ombudsman Program has conducted six visits during this reporting period.  During these visits, the local Ombudsman representative has met with each resident to offer an opportunity to discuss both facility wide and individual complaints.  Several residents indicated they are comfortable and have no complaints.  During this visits the Ombudsman representative educated the residents and facility staff about the benefits of establishing a resident council.  The local Ombudsman program also provided the required mandated reporting training to 55 facility employees.

During these visits, the Ombudsman representative noted the facility appeared to be clean and well maintained.  The temperature in the facility was comfortable for residents.  Residents appeared clean and were appropriately dressed for the time of day.  During each visit, the Ombudsman representative observed fresh water and call buttons within reach of residents.  Menus and Activity calendars were posted and residents reported they are satisfied with their choices.

The Patient Care Ombudsman has no recommendations for the court at this time.

October 4, 2016          */s/Joseph Rodrigues*
                         Joseph Rodrigues
                         State Long-Term Care Ombudsman

4