JOSEPH RODRIGUES
State Long-Term Care Ombudsman
Office of the State Long-Term Care Ombudsman
California Department of Aging
1300 National Drive, Suite 200
Sacramento, California 95834
Telephone: (916)419-7510
Facsimile: (916)928-2503

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**FRESNO DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 16-10015-A-9 |
| | ) | Chapter 9 |
| Southern Inyo Healthcare District | ) | |
| | ) | **SIXTH REPORT OF THE PATIENT CARE OMBUDSMAN** |
| | ) | |
| Debtor. | ) | (No Hearing Required) |

Pursuant to the order directing the appointment of a Patient Care Ombudsman entered by this court on February 17, 2016, Tracy Hope Davis, the United States Trustee, duly appointed Joseph Rodrigues, the California State Long-Term Care Ombudsman, as the Patient Care Ombudsman in this case.

In compliance with the notice of appointment, the Patient Care Ombudsman is submitting his sixth 60-day report, covering the period of December 2, 2016 to January 31, 2017.

Respectfully submitted,

*/s/Joseph Rodrigues*
Joseph Rodrigues
State Long-Term Care Ombudsman

**SIXTH REPORT OF THE PATIENT CARE OMBUDSMAN**

Eastern Sierra Area Agency on Aging is the designated Long-Term Care (LTC) Ombudsman Program for Inyo and Mono Counties and is the local representative of the Office of the State LTC Ombudsman. As mandated by the federal Older Americans Act (42 U.S.C. 3058g), LTC Ombudsman representatives identify, investigate and resolve complaints that are made by, or on behalf of residents of LTC facilities that relate to action, inaction or decisions that may adversely affect the health, safety, welfare or rights of residents. Paulette Erwin is the local Ombudsman representatives assigned to this facility.

Southern Inyo Hospital District is located at 501 E. Locust Street, Lone Pine, California. The California Department of Public Health (CDPH), Licensing and Certification Division, licenses this facility as a Skilled Nursing Facility (SNF). SNFs provide housing, meals, medical care, personal care, social services, and social activities to people who have physical or behavioral conditions that prevent them from living alone.

The following information describes the number of visits made to the facility (complaint and non-complaint related), observations about privacy, food, the general status of the residents, any

complaints made by or on behalf of residents to the LTC Ombudsman Program, and any changes in the census of the facility.

The licensed capacity of the facility is 33, with a current occupancy of 20. There is no noted significant change in resident mix, such as the admission of different client groups, younger residents, etc. Chief Nursing Officer, Colleen Wilson, reports she contacted CDPH to report that the Director of Nursing, Michael Floyd has been reassigned. They will be actively recruiting for a new director of nursing to meet the nursing services requirements. The facility is located in a rural area and has challenges recruiting and retaining qualified, licensed personnel. They continue to utilize traveling staff from Kern County to ensure they have sufficient staffing to meet the needs of the residents.

The local Ombudsman Program has conducted three facility visits during this reporting period unrelated to a complaint. During each visit, the Ombudsman representative observed the facility appeared to be clean with no overwhelming odors. The temperature in the facility was comfortable for residents. Residents appeared clean and were appropriately dressed for the time of year and day.

The local Ombudsman received a total of one case and one complaint. The complaint related to residents not being able to

receive and make phone calls due to the facility phone system not working. The Ombudsman representative addressed the complaint with staff who contacted an out of the area contractor that specializes in internal phone systems. Due to the phone system being outdated, they continue to work on resolving this issue completely. To ensure residents' representatives can contact residents, the facility has provided them with an alternative cell phone number.

The Patient Care Ombudsman has no recommendations for the court at this time.

January 31, 2017

*/s/Joseph Rodrigues*
Joseph Rodrigues
State Long-Term Care Ombudsman