# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
### CIVIL MINUTES

| | | | |
|---|---|---|---|
| **Case Title :** | Southern Inyo Healthcare District | **Case No :**<br>**Date :**<br>**Time :** | 16–10015 – A – 9<br>02/02/2017<br>01:30 |
| **Matter :** | Status Conference – [1] – Chapter 9 Voluntary Petition. All Schedules and Statements filed. (Fee Paid $1717.00) (eFilingID: 5703003) (dnes) | | |
| **Judge :**<br>**Department :** | Fredrick E. Clement<br>A | **Courtroom Deputy :**<br>**Reporter :** | Rosalia Estrada<br>NOT RECORDED |

**APPEARANCES for :**
**Movant(s) :**
None
**Respondent(s) :**
None

STATUS CONFERENCE CONTINUED TO: 4/12/17 at 01:30 PM

The status conference is continued to April 12, 2017, at 1:30 p.m. Not later than 14 days prior to the continued hearing, the debtor shall file a status report.