JOSEPH RODRIGUES
State Long-Term Care Ombudsman
Office of the State Long-Term Care Ombudsman
California Department of Aging
1300 National Drive, Suite 200
Sacramento, California 95834
Telephone: (916)419-7510
Facsimile: (916)928-2503

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**FRESNO DIVISION**

| | |
|---|---|
| In re:<br><br>Southern Inyo Healthcare District<br><br>                                    Debtor. | Case No. 16-10015-A-9<br><br>Chapter 9<br><br>**SEVENTH REPORT OF THE PATIENT CARE OMBUDSMAN**<br><br>(No Hearing Required) |

Pursuant to the order directing the appointment of a Patient Care Ombudsman entered by this court on February 17, 2016, Tracy Hope Davis, the United States Trustee, duly appointed Joseph Rodrigues, the California State Long-Term Care Ombudsman, as the Patient Care Ombudsman in this case.

In compliance with the notice of appointment, the Patient Care Ombudsman is submitting his seventh 60-day report, covering the period of February 1 to March 28, 2017.

March 28, 2017                    Respectfully submitted,


                                  */s/Joseph Rodrigues*
                                  Joseph Rodrigues
                                  State Long-Term Care Ombudsman

1

**SEVENTH REPORT OF THE PATIENT CARE OMBUDSMAN**

Eastern Sierra Area Agency on Aging is the designated Long-Term Care (LTC) Ombudsman Program for Inyo and Mono Counties and is the local representative of the Office of the State LTC Ombudsman. As mandated by the federal Older Americans Act (42 U.S.C. 3058g), LTC Ombudsman representatives identify, investigate and resolve complaints that are made by, or on behalf of residents of LTC facilities that relate to action, inaction or decisions that may adversely affect the health, safety, welfare or rights of residents. Paulette Erwin is the local Ombudsman representative assigned to this facility.

Southern Inyo Hospital District is located at 501 E. Locust Street, Lone Pine, California. The California Department of Public Health (CDPH), Licensing and Certification Division, licenses this facility as a Skilled Nursing Facility (SNF). SNFs provide housing, meals, medical care, personal care, social services, and social activities to people who have physical or behavioral conditions that prevent them from living alone.

The following information describes the number of visits made to the facility (complaint and non-complaint related), observations about privacy, food, the general status of the residents, any

2

complaints made by or on behalf of residents to the LTC Ombudsman Program, and any changes in the census of the facility.

The licensed capacity of the facility is 33, with a current occupancy of 25.  There is no noted significant change in resident mix, such as the admission of different client groups, younger residents, etc.  Chief Nursing Officer, Colleen Wilson, reports they are actively recruiting for a new director of nursing to meet the nursing services requirements.  The facility has hired Jayneann Hinek as the Director of Staff Development and Sharonda Brown as the Associate Administrator.  Retaining qualified licensed personnel continues to be a challenge.

The local Ombudsman Program has not received any concerns involving vendors, utilities, or external support factors that may impact resident care.

The local Ombudsman Program has conducted three facility visits during this reporting period unrelated to a complaint.  During each visit, the Ombudsman representative observed the facility appeared to be clean with no overwhelming odors.  The temperature in the facility was comfortable for residents.  Residents appeared clean and were appropriately dressed for the time of year and day.  Menus and Activity Calendars were posted and residents reported being

satisfied with their choices.  During each visit the Ombudsman representative observed facility staff assisting residents with activities of daily living and several residents participating in activities.

The local Ombudsman Program received a total of one case and one complaint. The complaint during this reporting period was a complaint related to a resident's right to make health care decisions.  The Ombudsman representative met with the resident, resident's family and facility staff to discuss the resident's right to execute an advance health care directive.  Ms. Erwin explained the role of the Ombudsman representative as a witness to the advance care directive and the resident's right to have make future medical decisions.  The resident expressed his wishes and agents were provided copies of the advance health care directive.

The Patient Care Ombudsman has no recommendations for the court at this time.

|  |  |
|---|---|
| March 28, 2017 | */s/Joseph Rodrigues*<br>Joseph Rodrigues<br>State Long-Term Care Ombudsman |