JOSEPH RODRIGUES
State Long-Term Care Ombudsman
Office of the State Long-Term Care Ombudsman
California Department of Aging
1300 National Drive, Suite 200
Sacramento, California 95834
Telephone: (916)419-7510
Facsimile: (916)928-2503

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**FRESNO DIVISION**

| | |
|---|---|
| In re: ) | Case No. 16-10015-A-9 |
| ) | |
| ) | Chapter 9 |
| Southern Inyo Healthcare District ) | |
| ) | **NINTH REPORT OF THE** |
| ) | **PATIENT CARE OMBUDSMAN** |
| ) | |
| ) | |
| Debtor. ) | (No Hearing Required) |

    Pursuant to the order directing the appointment of a Patient Care Ombudsman entered by this court on February 17, 2016, Tracy Hope Davis, the United States Trustee, duly appointed Joseph Rodrigues, the California State Long-Term Care Ombudsman, as the Patient Care Ombudsman in this case.

    In compliance with the notice of appointment, the Patient Care Ombudsman is submitting his ninth 60-day report, covering the period of May 20 to July 12, 2017.

Respectfully submitted,

*/s/Joseph Rodrigues*
Joseph Rodrigues
State Long-Term Care Ombudsman

1

**NINTH REPORT OF THE PATIENT CARE OMBUDSMAN**

Eastern Sierra Area Agency on Aging is the designated Long-Term Care (LTC) Ombudsman Program for Inyo and Mono Counties and is the local representative of the Office of the State LTC Ombudsman. As mandated by the federal Older Americans Act (42 U.S.C. 3058g), LTC Ombudsman representatives identify, investigate and resolve complaints that are made by, or on behalf of residents of LTC facilities that relate to action, inaction or decisions that may adversely affect the health, safety, welfare or rights of residents. Paulette Erwin is the local Ombudsman representative assigned to this facility.

Southern Inyo Hospital District is located at 501 E. Locust Street, Lone Pine, California. The California Department of Public Health (CDPH), Licensing and Certification Division, licenses this facility as a Skilled Nursing Facility (SNF). SNFs provide housing, meals, medical care, personal care, social services, and social activities to people who have physical or behavioral conditions that prevent them from living alone.

The following information describes the number of visits made to the facility (complaint and non-complaint related), observations about privacy, food, the general status of the residents, any

2

complaints made by or on behalf of residents to the LTC Ombudsman

Program, and any changes in the census of the facility.


The licensed capacity of the facility is 33, with a current

occupancy of 22.  There is no noted significant change in resident

mix, such as the admission of different client groups, younger

residents, etc.


The local Ombudsman Program has not received any concerns

involving vendors, utilities, or external support factors that may

impact resident care.


The local Ombudsman Program has conducted three facility visits

during this reporting period unrelated to a complaint.  During each

visit, the Ombudsman representative observed the facility appeared

to be clean with no overwhelming odors.  Residents appeared clean

and were appropriately dressed for the time of year and day.


The local Ombudsman received a total of four cases and four

complaints.  The complaints during this reporting period include the

following.


A complaint related to insufficient funds to operate.  The

Ombudsman representative received a complaint that staff was not

paid on the regular scheduled pay date of Friday, June 16, 2017.
The Ombudsman representative addressed the complaint with Assistant
Administrator Sharondra Brown.  The Assistant Administrator stated
that the facility was unable to make payroll because receivables
that were due on June 14, 2017 were not received in a timely manner.
Ms. Brown further stated staff was paid on Monday, June 19, 2017 and
they are working on improving the timeliness of funding streams.

    A complaint related to residents losing weight due to the
facility not employing a qualified dietitian.  After meeting with
several residents and their families the Ombudsman representative
was unable to verify this complaint.

    A complaint related to the cleanliness of the kitchen area.
The Ombudsman representative inspected the kitchen area on three
visits to the facility and no issues or concerns were identified.
The Ombudsman representative also spoke with the dietary supervisor
and dietary aide who explained procedures for cleaning the kitchen
area.

    A complaint related to a family member slapping a resident.
After the incident, the resident's family discharged the resident
from facility against medical advice.  Later that night, the

resident was readmitted to the facility after being removed from the family's home by law enforcement and adult protective services. The Ombudsman representative is working with the resident and other agencies to resolve this complaint.

The Patient Care Ombudsman has no recommendations for the court at this time.

                                    */s/Joseph Rodrigues*
July 12, 2017                       Joseph Rodrigues
                                    State Long-Term Care Ombudsman