Ashley M. McDow (245114)
Michael T. Delaney (261714)
**BAKER & HOSTETLER LLP**
11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA  90025-0509
Telephone:	310.820.8800
Facsimile:	310.820.8859
Email:	amcdow@bakerlaw.com
	mdelaney@bakerlaw.com

Attorneys for Debtor,
SOUTHERN INYO HEALTHCARE DISTRICT

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

## FRESNO DIVISION

| | |
|---|---|
| In re<br><br>SOUTHERN INYO HEALTHCARE DISTRICT,<br><br>        Debtor. | Case No.: 2016-10015 FEC<br><br>Chapter 9<br><br>Doc. No.: BH-19<br><br>**NOTICE OF HEARING RE ADEQUACY OF FIRST AMENDED DISCLOSURE STATEMENT WITH RESPECT TO THE PLAN FOR THE ADJUSTMENT OF DEBTS OF SOUTHERN INYO HEALTHCARE DISTRICT**<br><br>Hearing:<br>Date:	August 30, 2017<br>Time:	1:30 p.m.<br>Place:	Dept. A, Ctrm. 11<br>	U.S. Bankruptcy Court<br>	2500 Tulare Street<br>	Fresno, CA 93721 |

611073425.1

**TO THE HONORABLE FREDRICK E. CLEMENT, UNITED STATES BANKRUPTCY JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, ALL INTERESTED PARTIES AND/OR THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on August 30, 2017, at 1:30 p.m., or as soon thereafter as the matter may be heard (the "Hearing Date"), in Department A, Courtroom 11, of the United States Bankruptcy Court for the Eastern District of California (the "Court") located at 2500 Tulare Street, Fresno, California 93721, the Honorable Fredrick E. Clement presiding, Southern Inyo Healthcare District (the "District"), the debtor in the above-captioned bankruptcy case, shall move for entry of an order approving the *First Amended Disclosure Statement with respect to the Plan for the Adjustment of Debts of Southern Inyo Healthcare District* (the "Disclosure Statement"), establishing certain deadlines and procedures relating to confirmation of the *First Amended Plan for the Adjustment of Debts of Southern Inyo Healthcare District* (the "Plan"), and authorizing the District to solicit votes with respect to the Plan.

**PLEASE TAKE FURTHER NOTICE** that any objection or opposition to the approval of the Disclosure Statement must be filed with the Court and served on the undersigned no later than fourteen (14) calendar days prior to the Hearing Date (the "Opposition Deadline"). Failure to file and serve a written opposition or objection on or before the Opposition Deadline may be deemed by the Court to be consent to the approval of the Disclosure Statement.

Dated: July 19, 2017

Respectfully submitted,
**BAKER & HOSTETLER LLP**

By: /s/ Michael T. Delaney
     Ashley M. McDow
     Michael T. Delaney

Attorneys for Debtor,
SOUTHERN INYO HEALTHCARE DISTRICT

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

2
NOTICE OF HEARING

611073425.1