JOSEPH RODRIGUES
State Long-Term Care Ombudsman
Office of the State Long-Term Care Ombudsman
California Department of Aging
1300 National Drive, Suite 200
Sacramento, California 95834
Telephone: (916)419-7510
Facsimile: (916)928-2503

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**FRESNO DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 16-10015-A-9 |
| | ) | |
| | ) | Chapter 9 |
| Southern Inyo Healthcare District | ) | |
| | ) | **10th REPORT OF THE** |
| | ) | **PATIENT CARE OMBUDSMAN** |
| | ) | |
| | ) | |
| Debtor. | ) | (No Hearing Required) |

    Pursuant to the order directing the appointment of a Patient Care Ombudsman entered by this court on February 17, 2016, Tracy Hope Davis, the United States Trustee, duly appointed Joseph Rodrigues, the California State Long-Term Care Ombudsman, as the Patient Care Ombudsman in this case.

    In compliance with the notice of appointment, the Patient Care Ombudsman is submitting his 10th 60-day report, covering the period of July 13 to September 8, 2017.

                                      Respectfully submitted,

                                  */s/Joseph Rodrigues*
                                  Joseph Rodrigues
                                  State Long-Term Care Ombudsman

1

**10th REPORT OF THE PATIENT CARE OMBUDSMAN**

Eastern Sierra Area Agency on Aging is the designated Long-Term Care (LTC) Ombudsman Program for Inyo and Mono Counties and is the local representative of the Office of the State LTC Ombudsman.  As mandated by the federal Older Americans Act (42 U.S.C. 3058g), LTC Ombudsman representatives identify, investigate and resolve complaints that are made by, or on behalf of residents of LTC facilities that relate to action, inaction or decisions that may adversely affect the health, safety, welfare or rights of residents. Paulette Erwin is the local Ombudsman representatives assigned to this facility.

Southern Inyo Hospital District is located at 501 E. Locust Street, Lone Pine, California. The California Department of Public Health (CDPH), Licensing and Certification Division, licenses this facility as a Skilled Nursing Facility (SNF).  SNFs provide housing, meals, medical care, personal care, social services, and social activities to people who have physical or behavioral conditions that prevent them from living alone.

The following information describes the number of visits made to the facility (complaint and non-complaint related), observations

about staffing, food, the general status of the residents, any

complaints made by or on behalf of residents to the LTC Ombudsman

Program, and any changes in the census of the facility.


        The licensed capacity of the facility is 33, with a current

occupancy of 23.  There is no noted significant change in resident

mix, such as the admission of different client groups, younger

residents, etc.  Director of Nursing, Colleen Wilson, reports they

are actively recruiting for a director of staff development and a

director of nursing for the skilled nursing part of the facility.

Because the facility is located in a rural area, recruiting and

retaining licensed staff is a continuing challenge.  The local

Ombudsman Program has not received any concerns involving vendors,

utilities, or external support factors that may impact resident

care.


        The local Ombudsman Program has conducted four facility visits

during this reporting period unrelated to a complaint. During each

visit, the Ombudsman representative noted the facility appeared to

be clean with no overwhelming odors. Residents appeared clean and

were appropriately dressed for the time of year and day. Menus and

activity calendars were posted and residents reported being

satisfied with their choices.

The local Ombudsman received a total of three cases and three complaints.  The complaints during this reporting period include the following:

A complaint related to financial exploitation.  The Ombudsman representative met with the resident regarding the complaint.  The resident advised his In-Home Supportive Services worker is assisting him with paying his bills while he is recovering.  The resident requested no further action be taken by the Ombudsman representative.

A complaint related to the facility failing to assist a resident with scheduling an appointment with an urologist.  The Ombudsman representative met with the resident and facility staff Maria Gutierrez.  The resident discussed his concerns and Ms. Gutierrez advised she would schedule an appointment for the resident with the closest urologist office in Mammoth Lakes.

A complaint related to the facility failing to provide needed rehabilitation services necessary for a resident after his partial leg amputation.  The Ombudsman representative met with facility staff Maria Gutierrez, who scheduled the resident for an appointment with a prosthetics and orthotics specialist in the Bakersfield area. After the resident was seen at the initial appointment, the

Ombudsman representative spoke with Ms. Gutierrez, who advised she

would ensure resident would be scheduled for on-going appointments

with specialists.  The Ombudsman representative spoke with the

resident who advised he was satisfied with the outcome.


     The Patient Care Ombudsman has no recommendations for the court

at this time.


                                   */s/Joseph Rodrigues*
     September 8, 2017             Joseph Rodrigues
                                   State Long-Term Care Ombudsman