# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA
# ORDER

| | | | |
|---|---|---|---|
| **Case Title :** | Southern Inyo Healthcare District | **Case No :**<br>**Date :**<br>**Time :** | 16–10015 – A – 9<br>8/30/17<br>1:30 |

| | |
|---|---|
| **Matter :** | [302] – Amended 268 Disclosure Statement [BH–19] (tjof) |

| | | | |
|---|---|---|---|
| **Judge :**<br>**Department :** | Fredrick E. Clement<br>A | **Courtroom Deputy :**<br>**Reporter :** | Rosalia Estrada<br>Electronic Record |

**APPEARANCES for :**
**Movant(s) :**
    Debtor(s) Attorney – Ashley M. McDow
**Respondent(s) :**
(by phone)   Creditor's Attorney – Paul J. Pascuzzi, Latonia C. Williams
    U.S. Trustee's Attorney – Robin S. Tubesing

## ORDER

As set forth in Civil Minutes, ECF No. 319,

IT IS ORDERED that,

1. The hearing on approval of disclosure statement is continued to November 1, 2017, at 1:30 p.m. in Courtroom 11, Fifth Floor, 2500 Tulare Street, Fresno, California.

2. Not later than October 18, 2017, the debtor will file and serve: (1) a notice of the continued hearing, on all persons having received notice of the First Amended Disclosure Statement; (2) a Second Amended Plan; (3) a Second Amended Disclosure Statement; (4) a redlined copy of each; and (5) a status report addressing the special election issue.

Dated: Sep 13, 2017

Fredrick E. Clement
United States Bankruptcy Judge

This document does not constitute a certificate of service. The parties listed below will be served a separate copy of the attached Order.

Southern Inyo Healthcare District
501 E. Locust St.
P.O. Box 1009
Lone Pine CA 93545

Ashley M. McDow
11601 Wilshire Boulevard, Suite 1400
Los Angeles CA 90025

Latonia C. Williams
1 Constitution Plaza
Hartford CT 06103–1919

Paul J. Pascuzzi
400 Capitol Mall #1750
Sacramento CA 95814

Robin S. Tubesing
2500 Tulare St #1401
Fresno CA 93721