Ashley M. McDow (245114)
Michael T. Delaney (261714)
**BAKER & HOSTETLER LLP**
11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90025-0509
Telephone: 310.820.8800
Facsimile: 310.820.8859
Email: amcdow@bakerlaw.com
mdelaney@bakerlaw.com

Attorneys for Debtor
SOUTHERN INYO HEALTHCARE DISTRICT

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| In re<br><br>SOUTHERN INYO HEALTHCARE DISTRICT,<br><br>Debtor. | Case No.: 2016-10015<br><br>Chapter 9<br><br>Doc. No.: BH-19<br><br>**APPLICATION FOR ORDER SETTING HEARING ON SHORTENED NOTICE RE EMERGENCY MOTION (1) FOR AUTHORITY TO IMMEDIATELY TERMINATE HCCA MANAGEMENT AGREEMENT OR, IN THE ALTERNATIVE, FOR AUTHORITY TO MODIFY THE TERMS OF THE HCCA MANAGEMENT AGREEMENT IN ORDER TO DESIGNATE THE BOARD AS THE SOLE SIGNATORY ON ALL DISTRICT BANK ACCOUNTS AND (2) TO CONTINUE HEARING ON SECOND AMENDED DISCLOSURE STATEMENT AND ASSOCIATED FILING DEADLINES**<br><br>Proposed Hearing:<br>Date: October 17, 2017<br>Time: 2:00 p.m.<br>Place: Dept. A, Ctrm. 11<br>U.S. Bankruptcy Court<br>2500 Tulare Street<br>Fresno, CA 93721 |

**TO THE HONORABLE FREDRICK E. CLEMENT, UNITED STATES BANKRUPTCY JUDGE:**

SOUTHERN INYO HEALTHCARE DISTRICT (the "District" or "Debtor"), the debtor in the above-captioned bankruptcy case (the "Bankruptcy Case"), hereby respectfully submits the within application (the "Application") to set on shortened notice a hearing on the *Emergency Motion (1) for Authority to Immediately Terminate HCCA Management Agreement or, in the Alternative, for Authority to Modify the Terms of the HCCA Management Agreement in order to Designate the Board as the Sole Signatory on all District Bank Accounts and (2) to Continue Hearing on Second Amended Disclosure Statement and Associated Filing Deadlines* (the "Motion").

## I. REQUEST FOR RELIEF

Pursuant to Bankr. Local R. 9014-1(f)(3), the District hereby seeks authority to set the Motion for hearing on shortened notice. The District requests that the Court set the Motion for hearing on October 17, 2017, at 2:00 p.m.

The District respectfully submits that cause exists to set the Motion for hearing on shortened notice. At present, the operational and financial aspects of the District are managed by Healthcare Conglomerates Associates, LLC ("HCCA") pursuant to the terms of the Management Services Agreement entered into January 2, 2016 between the District and HCCA (the "Management Agreement"). Under the Management Agreement, HCCA has access to and near exclusive control of the District's bank accounts and the funds held therein. As discussed more fully in the Motion and supporting declarations, the District has recently learned that HCCA has misused and misappropriate the District's funds through unauthorized transfers of such funds to HCCA and/or the Tulare Local Healthcare District (aka Tulare Regional Hospital)—another California local healthcare district under the control and management of HCCA. Additionally, the District has discovered that HCCA mischaracterized certain transactions involving District funds—transactions more often than not involving payments to HCCA and/or other entities owned and/or controlled by HCCA's management.

On or about October 11, 2017, the District board voted to terminate and reject the Management Agreement and install a new management team. Due to HCCA's prior misconduct and misuse of District funds, the District fears that HCCA may transfer funds out of the District's accounts if the District sets the Motion for hearing on regular notice. Accordingly, the District hereby requests that the Court set the Motion for hearing on shortened notice on October 17, 2017 at 2:00 p.m., so the Court may adjudicate the Motion before HCCA has an opportunity to misappropriate or otherwise dissipate assets of the District.

WHEREFORE, the District respectfully requests that the Court enter an order approving the Application and setting the Motion for hearing on October 17, 2017, at 2:00 p.m. The District further requests that the Court adjudicate the Motion, or, at minimum, enter an order directing the District to remove HCCA as a signatory from the District's bank accounts, prior to providing notice of the hearing on the Motion to HCCA.

Dated: October 17, 2017

Respectfully submitted,

**BAKER & HOSTETLER LLP**

By: /s/ Michael T. Delaney
    Ashley M. McDow
    Michael T. Delaney

Attorneys for Debtor
SOUTHERN INYO HEALTHCARE DISTRICT