Ashley M. McDow (245114)
Michael T. Delaney (261714)
**BAKER & HOSTETLER LLP**
11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90025-0509
Telephone: 310.820.8800
Facsimile: 310.820.8859
Email: amcdow@bakerlaw.com
mdelaney@bakerlaw.com

Attorneys for Debtor
SOUTHERN INYO HEALTHCARE DISTRICT

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| In re<br><br>SOUTHERN INYO HEALTHCARE DISTRICT,<br><br>    Debtor. | Case No.: 2016-10015<br><br>Chapter 9<br><br>Doc. No.: BH-19<br><br>**ORDER GRANTING APPLICATION FOR ORDER SETTING HEARING ON SHORTENED NOTICE RE EMERGENCY MOTION (1) FOR AUTHORITY TO IMMEDIATELY TERMINATE HCCA MANAGEMENT AGREEMENT OR, IN THE ALTERNATIVE, FOR AUTHORITY TO MODIFY THE TERMS OF THE HCCA MANAGEMENT AGREEMENT IN ORDER TO DESIGNATE THE BOARD AS THE SOLE SIGNATORY ON ALL DISTRICT BANK ACCOUNTS AND (2) TO CONTINUE HEARING ON SECOND AMENDED DISCLOSURE STATEMENT AND ASSOCIATED FILING DEADLINES**<br><br>Hearing:<br>Date: October 17, 2017<br>Time: 2:00 p.m.<br>Place: Dept. A, Ctrm. 11<br>        U.S. Bankruptcy Court<br>        2500 Tulare Street<br>        Fresno, CA 93721 |

RECEIVED
October 17, 2017
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0006149343

Having reviewed and considered the application (the "Application") to set on shortened notice a hearing on the *Emergency Motion (1) for Authority to Immediately Terminate HCCA Management Agreement or, in the Alternative, for Authority to Modify the Terms of the HCCA Management Agreement in order to Designate the Board as the Sole Signatory on all District Bank Accounts and (2) to Continue Hearing on Second Amended Disclosure Statement and Associated Filing Deadlines* (the "Motion") filed by Southern Inyo Healthcare District (the "District" or "Debtor"), the debtor in the above-captioned bankruptcy case (the "Bankruptcy Case"), on or about October 17, 2017, having reviewed and considered the Motion and the declarations and documentation filed in support thereof, and finding good and adequate cause therefor,

**IT IS HEREBY ORDERED** that the Application is APPROVED;

**IT IS FURTHER ORDERED** that the Court shall hold a hearing on the Motion on October 17, 2017, at 2:00 p.m., in the courtroom specified above;

**IT IS FURTHER ORDERED** that the Debtors shall provide notice of the hearing via telephone or electronic mail to the Office of the United States Trustee, all secured creditors, all parties on the NEF service list, and all parties requesting special notice in the Bankruptcy Case on or before October 17, 2017, at 12:00 p.m.;

**IT IS FURTHER ORDERED** that [the Debtors need not provide notice of the hearing on the Motion to Healthcare Conglomerates Associates, LLC] or [the Debtors shall provide notice of the hearing on the Motion to Healthcare Conglomerates Associates, LLC ("HCCA") via telephone or electronic mail on or before October 17, 2017, at 12:00 p.m., provided, however, that the Debtors are authorized and directed to remove HCCA as a signatory from any and all bank accounts contained the District's funds prior to providing such notice]. Said notice to HCCA shall include (but is not limited to) Marc Levinson, 916-329-4910 and Hagop Bedoyan, 559-438-4374.

**IT IS FURTHER ORDERED** that any and all oppositions or objections to the Motion may be submitted orally during the hearing on the Motion;

**IT IS FURTHER ORDERED** that any and all replies in support of the Motion may be submitted orally during the hearing on the Motion; and

- 2 -
ORDER APPROVING APPLICATION TO SET HEARING ON SHORTENED NOTICE

611522809.1

**IT IS FURTHER ORDERED** that any and all interested parties may appear for the hearing on the Motion telephonically and any prior orders or rules of this Court limiting or affecting any party's right to appear telephonically is hereby waived for purposes of the hearing on the Motion.

**IT IS SO ORDERED.**

Dated: Oct 17, 2017

_____
Fredrick E. Clement
United States Bankruptcy Judge