```
                    UNITED STATES BANKRUPTCY COURT
                     EASTERN DISTRICT OF CALIFORNIA
                              CIVIL MINUTES
```

**Case Title:** Southern Inyo Healthcare District

**Case No.:** 16-10015 - A - 9

**Date and Time:** 10/17/2017 02:00

**Matter:** [325] - Motion/Application to Terminate HCCA Management Agreement [BH-19] Filed by Debtor Southern Inyo Healthcare District (tjof)
[325] - Motion/Application to Modify the Terms of the HCCA Management Agreement [BH-19] Filed by Debtor Southern Inyo Healthcare District (tjof)
[325] - Motion/Application to Continue/Reschedule Hearing [BH-19] Re: 302 Amended Disclosure Statement Filed by Debtor Southern Inyo Healthcare District (tjof)

**Judge:** Fredrick E. Clement
**Courtroom Deputy:** Rosalia Estrada
**Reporter:** Electronic Record
**Department:** A

**APPEARANCES for :**
**Movant(s) :**
(by phone) Debtor(s) Attorney - Ashley M. McDow
**Respondent(s) :**
(by phone)      Creditor's Attorney - Eric S. Goldstein, Gerald N. Sims, Lisa M. Peters
                U.S. Trustee's Attorney - Robin S. Tubesing

**HEARING CONTINUED TO: 11/8/17 at 11:00 AM**

As more fully set forth on the record,

1. The court will allow and has already allowed by virtue of order (ECF No. 328) the debtor to remove the name and signatory authority of HCCA from the bank accounts of the debtor.

2. The motion was continued to November 8, 2017, at 11:00 a.m. at the Bakersfield Federal Courthouse, 510 19th Street, Second Floor, Bakersfield, California.

3. The debtor to lodge a proposed order granting relief and continuing the hearing on this matter, no later than Monday, October 23, 2017. The debtor to serve HCCA with the motion and order pursuant to Federal Rule of Bankruptcy Procedure 7004.

4. The debtor will file a brief no later than October 25, 2017. The brief will address whether the agreement is an executory contract and may address such other issues that the debtor deems appropriate. The brief will include citations to applicable portions of the agreement.

5. Opposition may be filed by HCCA, creditors and interested parties no later than November 1, 2017.

6. The status conference will be continued to November 8, 2017, at 11:00 a.m. at the Bakersfield Federal Courthouse, 510 19th Street, Second Floor, Bakersfield, California. The court will issue an order.