UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

In re                                                  Case No.   16-10015-A-9

SOUTHERN INYO HEALTHCARE DISTRICT,

        Debtor.
_____/

**ORDER CONTINUING STATUS CONFERENCE**

   IT IS HEREBY ORDERED that the status conference previously set for November 1, 2017 at 1:30 p.m. is continued to November 8, 2017 at 11:00 a.m. at the Bakersfield Federal Courthouse, 510 19th Street, Second Floor, Bakersfield, California.

Dated: Oct 23, 2017

_____
Fredrick E. Clement
United States Bankruptcy Judge

# Instructions to Clerk of Court
## Service List

The Clerk of Court is instructed to send the Order/Judgment or other court generated document transmitted herewith to the parties below. The Clerk of Court will send the Order via the BNC or, if checked \_\_\_\_, via the U.S. mail.

    Debtor(s), Attorney for the Debtor(s), Bankruptcy Trustee (if appointed in the case), and _____ Other Persons Specified Below:

Southern Inyo Healthcare District
501 E. Locust St.
P.O. Box 1009
Lone Pine CA 93545

Ashley M. McDow
11601 Wilshire Boulevard, Suite 1400
Los Angeles CA 90025

Eric S. Goldstein
1 Constitution Plaza
Hartford CT 06103-1919

Gerald N. Sims
401 B St #1500
San Diego CA 92101

Lisa M. Peters
1650 Farnam Street
Omaha NE 68102

Robin S. Tubesing
2500 Tulare St #1401
Fresno CA 93721