Ashley M. McDow (245114)
Michael T. Delaney (261714)
Fahim Farivar (252153)
**BAKER & HOSTETLER LLP**
11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90025-0509
Telephone: 310.820.8800
Facsimile: 310.820.8859
Email: amcdow@bakerlaw.com
mdelaney@bakerlaw.com
ffarivar@bakerlaw.com

Attorneys for Debtors
SOUTHERN INYO HEALTHCARE DISTRICT

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| In re<br><br>SOUTHERN INYO HEALTHCARE DISTRICT,<br><br>           Debtor. | Case No.: 2016-10015 FEC<br><br>Chapter 9<br><br>**ORDER GRANTING IN PART EMERGENCY MOTION (1) FOR AUTHORITY TO IMMEDIATELY TERMINATE HCCA MANAGEMENT AGREEMENT OR, IN THE ALTERNATIVE, FOR AUTHORITY TO MODIFY THE TERMS OF THE HCCA MANAGEMENT AGREEMENT IN ORDER TO DESIGNATE THE BOARD AS THE SOLE SIGNATORY ON ALL DISTRICT BANK ACCOUNTS AND (2) TO CONTINUE HEARING ON SECOND AMENDED DISCLOSURE STATEMENT AND ASSOCIATED FILING DEADLINES**<br><br><u>Hearing</u>:<br>Date: October 17, 2017<br>Time: 2:00 p.m.<br>Place: Dept. A, Ctrm. 11<br>        U.S. Bankruptcy Court<br>        2500 Tulare Street<br>        Fresno, CA 93721 |

RECEIVED
October 23, 2017
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0006153433

The *Emergency Motion (1) for Authority to Immediately Terminate HCCA Management Agreement or, in the Alternative, for Authority to Modify the Terms of the HCCA Management Agreement in Order to Designate the Board as the Sole Signatory on all District Bank Accounts and (2) to Continue Hearing on Second Amended Disclosure Statement and Associated Filing Deadlines* (the "Motion") [Docket Entry ("D.E.") 325] filed by the Southern Inyo Healthcare District (the "District"), the debtor in the above-captioned bankruptcy case, came on for hearing on October 17, 2017, at 2:00 p.m. Appearances were made as stated on the record.

Having reviewed and considered the Motion and arguments presented during the hearing on the same, finding notice of the Motion due and proper, and finding good and adequate cause therefor,

**IT IS HEREBY ORDERED** that the Motion is GRANTED IN PART;

**IT IS FURTHER ORDERED** that the Debtor is authorized and directed to remove Healthcare Conglomerates Associates, LLC ("HCCA") as a signatory from any and all bank accounts containing District funds;

**IT IS FURTHER ORDERED** that the hearing on the Motion is continued to November 8, 2017 at 11:00 a.m., in the United States Bankruptcy Court for the Eastern District of California located at 510 19th Street, Second Floor, Bakersfield, California;

**IT IS FURTHER ORDERED** that on or before October 25, 2017, the Debtor shall file a supplemental brief in support of the Motion addressing, among other issues, whether the Management Agreement constitutes an executory contract within the meaning 11 U.S.C. § 365;

**IT IS FURTHER ORDERED** that the status conference in the Bankruptcy Case is continued to November 8, 2017 at 11:00 a.m., in the United States Bankruptcy Court for the Eastern District of California located at 510 19th Street, Second Floor, Bakersfield, California;

**IT IS FURTHER ORDERED** that ~~any and all hearings and deadlines related to the proposal of a plan for the adjustment of debts and/or associated disclosure statement, including without limitation,~~ the hearing and deadlines set by the Civil Minute Order dated September 13, 2017 [D.E. 322], are VACATED; and

**IT IS FURTHER ORDERED** that no later than October 23, 2017, the Debtor shall serve a copy of this order on all interested parties via U.S. Mail, postage prepaid, pursuant to Fed. R. Bankr. P. 7004.

**IT IS SO ORDERED.**

Dated: Oct 23, 2017

Fredrick E. Clement
United States Bankruptcy Judge