Ashley M. McDow (245114)
Michael T. Delaney (261714)
Fahim Farivar (252153)
**BAKER & HOSTETLER LLP**
11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90025-0509
Telephone:    310.820.8800
Facsimile:    310.820.8859
Email:       amcdow@bakerlaw.com
             mdelaney@bakerlaw.com
             ffarivar@bakerlaw.com

Attorneys for Debtor
SOUTHERN INYO HEALTHCARE DISTRICT

## UNITED STATES BANKRUPTCY COURT

### EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| In re<br><br>SOUTHERN INYO HEALTHCARE DISTRICT,<br><br>                    Debtor. | Case No.: 2016-10015<br><br>Chapter 9<br><br>Doc. No.:  BH-20<br><br>**DECLARATION OF ASHLEY M. MCDOW IN SUPPORT OF THE EMERGENCY MOTION TO CONTINUE HEARING ON THE STATUS CONFERENCE AND THE ASSOCIATED FILING DEADLINES**<br><br><u>Proposed Hearing:</u><br>Date:    November 1, 2017<br>Time:    1:30 p.m.<br>Place:   Dept. A, Ctrm. 11<br>         U.S. Bankruptcy Court<br>         2500 Tulare Street<br>         Fresno, CA 93721 |

I, Ashley M. McDow, hereby declare:

1.      I am an attorney duly admitted to practice before this court.  I am a partner with the law firm of Baker & Hostetler LLP ("<u>Baker</u>"), general insolvency counsel for the Southern Inyo Healthcare District in the above-captioned bankruptcy case (the "<u>Debtor</u>" or the "<u>District</u>"). I submit this declaration in support of the contemporaneously filed *Emergency Motion to*

BAKER & HOSTETLER LLP<br>ATTORNEYS AT LAW<br>LOS ANGELES

611580509.1

*Continue Hearing on the Status Conference and the Associated Deadlines* (the "Emergency Motion").[1]

2.      On or about October 18, 2017, Marshall B. Grossman of Orrick ("Orrick") sent a correspondence to Baker, on behalf of Healthcare Conglomerates Associates, LLC ("HCCA"), advising Baker of a potential conflict of interest that HCCA believes to have arisen as a result of the filing of the Termination Motion due to Baker's prior representation of HCCA in the Bankruptcy Case.  Baker does not believe that there is any actual or potential conflict of interest, particularly given the nature and scope of the conflict waivers executed by both HCCA and the District, but in an abundance of caution, and in order to ensure that the interests of the District are protected to the fullest extent, Baker believes that the continuance requested in the Emergency Motion will enable the District and HCCA to reach a voluntary agreement regarding rejection and/or termination or enable the district to retain special counsel to prosecute the issues arising from and relating to the Termination Motion.


I declare under penalty of perjury that the foregoing is true and correct.  Executed this 25th day of October, 2017, at Calabasas, California.


                                        /s/ Ashley M. McDow
                                        Ashley M. McDow

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

---

[1] Capitalized not defined herein have the same meaning given to them as in the underlying Emergency Motion.

611580509.1

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

# PROOF OF SERVICE

    I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. I am an employee of Baker Hostetler LLP. My business address is: **Baker & Hostetler LLP, 11601 Wilshire Blvd., Ste. 1400, Los Angeles, CA 90025-0509**

    On or about October 25, 2017, I served a true and correct copy of the foregoing documents entitled: **DECLARATION OF ASHLEY M. MCDOW IN SUPPORT OF THE EMERGENCY MOTION TO CONTINUE HEARING ON THE STATUS CONFERENCE AND THE ASSOCIATED FILING DEADLINES** will be served or was served and in the manner stated below:

**1**. <u>**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**</u>: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On or about, <u>October 18, 2017</u>, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Office of the U.S. Trustee
ustpregion17.fr.ecf@usdoj.gov

Gerald N. Sims on behalf of Creditor  BETA Risk Management Authority
jerrys@psdslaw.com; bonniec@psdslaw.com

Kenneth J. MacArthur on behalf of Creditor  EverBank Commercial Finance, Inc.
kjm@troygould.com

Lisa M. Peters on behalf of Creditor  GE HFS, LLC
lisa.peters@kutakrock.com; marybeth.brukner@kutakrock.com

Trevor R. Pincock on behalf of Creditor  Healthcare Resource Group
tpincock@lukins.com; stracht@lukins.com; stracht@lukins.com

Daniel G. Sheldon on behalf of Creditor  J.M.H., II, a minor, by and through his guardian ad litem, Mayra Huerta
dsheldon@ssnlaw.com; kterrazone@ssnlaw.com; ncastro@ssnlaw.com

Peter E. Tracy on behalf of Creditor Milton R. Jones, M.D.
inyomono@stanfordalumni.org; mdecoster3@gmail.com

Paul J. Pascuzzi on behalf of Creditor  Optum Bank, Inc.
ppascuzzi@ffwplaw.com; lnlasley@ffwplaw.com; kwidder@ffwplaw.com

Russell W. Reynolds on behalf of Creditor  Southern Mono Healthcare District
rwrlaw4335@aol.com; rreynolds@ch-law.com; sjohnson@ch-law.com

Riley C. Walter on behalf of Interested Party  Tulare Local Healthcare District
ECF@w2blaw.com

Riley C. Walter on behalf of Interested Party  Tulare Local Healthcare District
ECF@w2blaw.com

Robin S. Tubesing on behalf of U.S. Trustee Tracy Hope Davis
robin.tubesing@usdoj.gov; ustpregion17.fr.ecf@ust.doj.gov

- 3 -

611580509.1

**2. SERVED BY UNITED STATES MAIL**:  On October 25, 2017, I caused to be served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge and/or other parties named constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION, PHONE OR EMAIL** (state method for each person or entity served):
Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on October 25, 2017, I caused to be served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge and/or other parties constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Honorable Fredrick E. Clement
United States Bankruptcy Judge
510 19th Street
Second Floor
Bakersfield, California 93301

Honorable Fredrick E. Clement
United States Bankruptcy Judge
2500 Tulare Street
5th Floor, Courtroom 11
Fresno, CA 93721

Healthcare Conglomerates Associates, LLC
c/o Paracorp Incorporated
10940 Wilshire Blvd., Ste. 1600
Los Angeles, CA 90024

Healthcare Conglomerates Associates, LLC
c/o Marshall Grossman
777 South Figueroa Street
Suite 3200
Los Angeles, CA 90017-5855

Healthcare Conglomerates Associates, LLC
c/o Marshall Grossman
631 Wilshire Boulevard
Suite 210
Santa Monica, CA 90401

     I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

     I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| October 25, 2017 | Karla Hernandez | /s/ Karla Hernandez |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

- 4 -

611580509.1

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES