**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**CIVIL MINUTES**

---

**Case Title:** Southern Inyo Healthcare        **Case No.:**  16-10015 - A - 9
District

                                             **Date and Time:** 11/01/2017 at 01:30

**Matter:**     [302] - Amended 268 Disclosure Statement [BH-19] (tjof)

**Judge: Fredrick E. Clement**
**Courtroom Deputy:  Rosalia Estrada**
**Reporter:  NOT RECORDED**
**Department: A**

---

**APPEARANCES for :**
**Movant(s) :**
None
**Respondent(s) :**
None

---

 **HEARING CONTINUED TO: 11/8/17 at 11:00 AM**

The hearing is continued to November 8, 2017, at 11:00 a.m. in Bakersfield.
Telephonic appearances are authorized.