# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA
# CIVIL MINUTES

**Case Title:** Southern Inyo Healthcare District

**Case No.:** 16-10015 - A - 9

**Docket Control No.**

**Date:** 11/01/2017
**Time:** 1:30 PM

**Matter:** Continued Status Conference Re: Chapter 9 Voluntary Petition - [1] - [1] - Chapter 9 Voluntary Petition. All Schedules and Statements filed. (Fee Paid $1717.00) (eFilingID: 5703003) (dnes)

**Judge:** Fredrick E. Clement
**Courtroom Deputy:** Rosalia Estrada
**Reporter:** Not Recorded
**Department:** A

**APPEARANCES for:**
**Movant(s):**
None
**Respondent(s):**
None

## CIVIL MINUTES

The status conference is continued to November 8, 2017, at 11:00 a.m. in Bakersfield. Telephonic appearances are authorized.