JOSEPH RODRIGUES
State Long-Term Care Ombudsman
Office of the State Long-Term Care Ombudsman
California Department of Aging
1300 National Drive, Suite 200
Sacramento, California 95834
Telephone: (916)419-7510
Facsimile: (916)928-2503

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**FRESNO DIVISION**

| | |
|---|---|
| In re: | Case No. 16-10015-A-9 |
| | Chapter 9 |
| Southern Inyo Healthcare District | |
| | **11th REPORT OF THE** |
| | **PATIENT CARE OMBUDSMAN** |
| Debtor. | (No Hearing Required) |

Pursuant to the order directing the appointment of a Patient Care Ombudsman entered by this court on February 17, 2016, Tracy Hope Davis, the United States Trustee, duly appointed Joseph Rodrigues, the California State Long-Term Care Ombudsman, as the Patient Care Ombudsman in this case.

In compliance with the notice of appointment, the Patient Care Ombudsman is submitting his 11th report, covering the period September 9, 2017 to November 3, 2017.

Respectfully submitted,

*/s/Joseph Rodrigues*
Joseph Rodrigues
State Long-Term Care Ombudsman

1

**11th REPORT OF THE PATIENT CARE OMBUDSMAN**

Eastern Sierra Area Agency on Aging is the designated Long-Term Care (LTC) Ombudsman Program for Inyo and Mono Counties and is the local representative of the Office of the State LTC Ombudsman. As mandated by the federal Older Americans Act (42 U.S.C. 3058g), LTC Ombudsman representatives identify, investigate and resolve complaints that are made by, or on behalf of residents of LTC facilities that relate to action, inaction or decisions that may adversely affect the health, safety, welfare or rights of residents. Paulette Erwin is the local Ombudsman representatives assigned to this facility.

Southern Inyo Hospital District is located at 501 E. Locust Street, Lone Pine, California. The California Department of Public Health (CDPH), Licensing and Certification Division, licenses this facility as a Skilled Nursing Facility (SNF). SNFs provide housing, meals, medical care, personal care, social services, and social activities to people who have physical or behavioral conditions that prevent them from living alone.

The following information describes the number of visits made to the facility (complaint and non-complaint related), observations about privacy, food, the general status of the residents, any

2

complaints made by or on behalf of residents to the LTC Ombudsman Program, and any changes in the census of the facility.

The licensed capacity of the facility is 33, with a current occupancy of 26. There is no noted significant change in resident mix, such as the admission of different client groups, younger residents, etc.

Assistant Director of Nursing, Tambria Kalenowski, reports the facility is actively recruiting for a Director of Nursing for the skilled nursing part of the facility and for the Director of Staff Development position. Ms. Kalenowski also advised that the Hospital Director of Nursing, Kelly Frazier is providing oversight for skilled nursing staff until the Director of Nursing position is filled. Retaining qualified licensed personnel continues to be a challenge.

The local Ombudsman Program has not received any concerns involving vendors, utilities, or external support factors that may impact resident care.

The local Ombudsman Program has conducted three visits during this reporting period. During these visits, the local Ombudsman representative met with residents to offer an opportunity to discuss

3

both facility wide and individual complaints.  Several residents indicated they are comfortable and have no complaints.  During these visits, the Ombudsman representative noted the facility appeared to be clean with no overwhelming odors.  The temperature in the facility was comfortable for residents.  Residents appeared clean and were appropriately dressed for the time of day.

    The local Ombudsman Program received a total of one case and one complaint. The complaint during this reporting period was about a resident not being seen or evaluated by the attending physician. The Ombudsman representative met with the resident regarding the complaint.  The resident advised he had been seen by a physician and was satisfied with his care.

    The Patient Care Ombudsman has no recommendations for the court at this time.

November 3, 2017            */s/Joseph Rodrigues*
                                    Joseph Rodrigues
                                    State Long-Term Care Ombudsman