# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF CALIFORNIA

```
In re                          ) Case No. 16-10015 - A - 9
Southern Inyo Healthcare       ) Docket Control No. BH-20
District,                      )
              Debtor.          ) Document No. 338
                               ) Date: 11/01/2017
                               ) Time: 1:30 PM
                               ) DEPT: A
```

### Order

Findings of Fact and Conclusions of Law are stated on the record for the hearing.

The Debtor's Motion to Continue Hearing having been presented to the court, and upon review of the pleadings, evidence, arguments of counsel, and good cause appearing,

IT IS ORDERED that the motion is granted in part. The hearing on debtor's motion (ECF No. 325) is continued to November 29, 2017, at 1:30 p.m. in Courtroom 11, Fifth Floor, 2500 Tulare Street, Fresno, California.

IT IS FURTHER ORDERED that the debtor will file the brief, previously ordered (Order, ECF No. 335) not later than November 15, 2017. Any party in interest supporting removal may file a brief not later than November 15, 2017.

IT IS FURTHER ORDERED that HCCA or any party in interest, opposing removal may file a responsive brief not later than November 22, 2017.

Dated: Nov 04, 2017

_____
Fredrick E. Clement
United States Bankruptcy Judge

[338] - Motion/Application to Continue/Reschedule Hearing [BH-20] Re: [1] Chapter 9 Voluntary Petition Filed by Debtor Southern Inyo Healthcare District (tjof)

# Instructions to Clerk of Court
## Service List – Not Part of Order/Judgment

The Clerk of Court is instructed to send the Order/Judgment or other court generated document transmitted herewith to the parties below. The Clerk of Court will send the Order via the BNC.

Hagop T. Bedoyan
5260 N Palm Ave Ste 201
Fresno CA 93704

Southern Inyo Healthcare District
501 E. Locust St.
P.O. Box 1009
Lone Pine CA 93545

Ashley M. McDow
11601 Wilshire Boulevard, Suite 1400
Los Angeles CA 90025

Craig Rust
1300 I St PO Box 944255
Sacramento CA 94244

Latonia C. Williams
1 Constitution Plaza
Hartford CT 06103-1919

Riley C. Walter
205 E. River Park Circle, Ste. 410
Fresno CA 93720

Robin S. Tubesing
2500 Tulare St #1401
Fresno CA 93721