**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**CIVIL MINUTES**

**Case Title:** Southern Inyo Healthcare District

**Case No.:** 16-10015 - A - 9

**Date and Time:** 11/08/2017 at 11:00

**Matter:** [325] - Motion/Application to Terminate HCCA Management Agreement [BH-19] Filed by Debtor Southern Inyo Healthcare District (tjof)
[325] - Motion/Application to Modify the Terms of the HCCA Management Agreement [BH-19] Filed by Debtor Southern Inyo Healthcare District (tjof)
[325] - Motion/Application to Continue/Reschedule Hearing [BH-19] Re: 302 Amended Disclosure Statement Filed by Debtor Southern Inyo Healthcare District (tjof)

**Judge:** Fredrick E. Clement
**Courtroom Deputy:** Rosalia Estrada
**Reporter:** NOT RECORDED
**Department:** A

**APPEARANCES for :**
**Movant(s) :**
None
**Respondent(s) :**
None

**HEARING CONTINUED TO: 11/29/17 at 01:30 PM**

This matter is continued to November 29, 2017, at 1:30 p.m. in Fresno. Order, November 4, 2017, ECF # 353.