**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**CIVIL MINUTES**

| | |
|---|---|
| **Case Title:** Southern Inyo Healthcare District | **Case No.:** 16-10015 - A - 9 |
| | **Date and Time:** 11/08/2017 at 11:00 |

**Matter:** Status Conference - [1] - Chapter 9 Voluntary Petition. All Schedules and Statements filed. (Fee Paid $1717.00) (eFilingID: 5703003) (dnes)

**Judge: Fredrick E. Clement**
**Courtroom Deputy:  Rosalia Estrada**
**Reporter:  NOT RECORDED**
**Department: A**

**APPEARANCES for :**
**Movant(s) :**
None
**Respondent(s) :**
None

**STATUS CONFERENCE CONTINUED TO: 11/29/17 at 01:30 PM**

This matter is continued to November 29, 2017, at 1:30 p.m. in Fresno.