**2**

MARC A. LEVINSON, CSB NO. 57613
CYNTHIA J. LARSEN, CSB NO. 123994
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
400 Capitol Mall, Suite 3000
Sacramento, California 95814-4497
Telephone: (916) 329-4910
Email: malevinson@orrick.com
       clarsen@orrick.com

Attorneys for HealthCare Conglomerate Associates, LLC

**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION**

| | |
|---|---|
| In re: | Case No.: 16-10015-A-9 |
| SOUTHERN INYO HEALTHCARE DISTRICT, | Chapter 9 |
| Debtor. | [No Hearing Required] |

**NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE AND AMENDMENT TO MAILING LIST**

**PLEASE TAKE NOTICE** that pursuant to Federal Rule of Bankruptcy Procedure 9010(b), Orrick, Herrington & Sutcliffe LLP ("Orrick"), hereby, enters its appearance in the above-entitled case as counsel of record on behalf of HealthCare Conglomerate Associates, LLC. ("HCCA"). Orrick's appearance for HCCA is in addition to the appearance for HCCA previously entered by Klein, DeNatale *et al*. Orrick :

1.   Requests that all notices, papers and order filed herein and such telephonic or other notice as is required to be given with respect to ex parte hearings, be sent and given to the address set forth below.  This request specifically includes proposed plans and disclosure

statements pursuant to Federal Rule of Bankruptcy Procedure 3017(a). In the event any order is later entered regulating notice, this request is intended as a request to receive special notice to the maximum extent permitted under such order as to those parties requesting such notice.

    2.    Requests that any list of creditors or other list maintained for the purpose of giving notice of proceedings herein be amended to include, if it does not presently include the following names and address:

MARC A. LEVINSON, CSB NO. 57613
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
400 Capitol Mall, Suite 3000
Sacramento, California 95814-4497
Telephone: (916) 329-4910
Email: malevinson@orrick.com

    3.    **PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive any (i) right to have final order entered only after de novo review by a higher court; (ii) right to trial by jury in any proceedings triable herein or in any related case, controversy or proceedings; (iii) right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; (iv) right to contest jurisdiction or appropriate venue in this proceeding; or (v) other rights, claims, actions, defenses, setoffs or recoupments which exist pursuant to agreement, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

Dated: November 22, 2017            ORRICK, HERRINGTON & SUTCLIFFE LLP

By:    /s/ *Marc A. Levinson*
       MARC A. LEVINSON
Attorneys for Healthcare Conglomerate Associates, LLC

OHSUSA:767727493.1