SAMUEL R. MAIZEL (Bar No. 189301)
samuel.maizel@dentons.com
DENTONS US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5704
Telephone: (213) 623-9300
Facsimile: (213) 623-9924

GARY W. MARSH
gary.marsh@dentons.com
DENTONS US LLP
303 Peachtree Street Northeast, Suite 5300
Atlanta, Georgia 30308-3265
Telephone: (404) 527-4000
Facsimile: (404) 527-4198

Special Counsel to Debtor

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| In re:<br><br>SOUTHERN INYO HEALTHCARE DISTRICT,<br><br>                Debtor. | Case No. 16-10015<br><br>Chapter 9<br><br>**NOTICE OF SETTLEMENT RE: EMERGENCY MOTION (1) FOR AUTHORITY TO IMMEDIATELY TERMINATE HCCA MANAGEMENT AGREEMENT OR, IN THE ALTERNATIVE, FOR AUTHORITY TO MODIFY THE TERMS OF THE HCCA MANAGEMENT AGREEMENT IN ORDER TO DESIGNATE THE BOARD AS THE SOLE SIGNATORY ON ALL DISTRICT BANK ACCOUNTS; AND (2) TO CONTINUE HEARING ON SECOND AMENDED DISCLOSURE STATEMENT AND ASSOCIATED FILING DEADLINES [DOCKET NO. 325]**<br><br>Hearing:<br>Date:    November 29, 2017<br>Time:   1:30 p.m.<br>Place:   Dept. A, Courtroom 11<br>           U.S. Bankruptcy Court<br>           2500 Tulare Street<br>           Fresno, California 93721 |

105754247\V-1

# I.

# INTRODUCTION

The Debtor, Southern Inyo Healthcare District ("Debtor"), through its special counsel, Dentons US LLP, by Samuel R. Maizel, hereby gives notice that it has reached a settlement related to the Debtor's *Emergency Motion (1) for Authority to Immediately Terminate HCCA Management Agreement or, in the Alternative, for Authority to Modify the Terms of the HCCA Management Agreement in order to Designate the Board as the Sole Signatory on All District Bank Accounts and (2) to Continue Hearing on Second Amended Disclosure Statement and Associated Filing Deadlines* [Docket No. 325] (the "Motion"). Generally, the settlement reached provides for HealthCare Conglomerate Associates, LLC ("HCCA") to stipulate to the rejection of its management agreement with the Debtor pursuant to § 365 of the Bankruptcy Code, and for the Debtor to withdraw two declarations filed in support of the Motion. The terms of the agreement (the "Stipulation") between the Debtor and HCCA are set forth in a Stipulation attached hereto as Exhibit A.

# II.

# PROCEDURAL HISTORY

The District owns and operates an acute care hospital, a clinic, and a skilled nursing facility (collectively, the "Facilities"). On January 4, 2016 (the "Petition Date"), the District filed a voluntary petition for relief under Chapter 9 of the Bankruptcy Code.

The District and HCCA have a Management Services Agreement (the "Management Agreement"), which the Debtor sought to terminate by filing an *Emergency Motion (1) for Authority to Immediately Terminate HCCA Management Agreement or, in the Alternative, for Authority to Modify the Terms of the HCCA Management Agreement in order to Designate the Board as the Sole Signatory on All District Bank Accounts and (2) to Continue Hearing on Second Amended Disclosure Statement and Associated Filing Deadlines* (the "Motion") [Docket No. 325]. It was supported by two declarations: (i) Declaration of Jaque Hickman, and (ii) Declaration of Ashley McDow (collectively, the "Declarations").

105754247\V-1

After a hearing on the Motion, the Court entered the *Order Granting in Part Emergency Motion (1) for Authority to Immediately Terminate HCCA Management Agreement or, in the Alternative, for Authority to Modify the Terms of the HCCA Management Agreement in order to Designate the Board as the Sole Signatory on all District Bank Accounts and (2) to Continue Hearing on Second Amended Disclosure Statement and Associated Filing Deadlines* [Docket No. 335] (the "Order") on October 23, 2017, authorizing and directing the Debtor to remove HCCA as a signatory from any and all bank accounts containing District funds. The Order further directed the District to file a supplemental brief addressing, among other issues, whether the Management Agreement constitutes an executory contract within the meaning of § 365 of the Bankruptcy Code.

Pursuant to the Court's Order, the Debtor filed its *Supplemental Brief In Support of the Emergency Motion (1) for Authority to Immediately Terminate HCCA Management Agreement or, in the Alternative, for Authority to Modify the Terms of the HCCA Management Agreement in order to Designate the Board as the Sole Signatory on All District Bank Accounts and (2) to Continue Hearing on Second Amended Disclosure Statement and Associated Filing Deadlines* on November 15, 2017 [Docket No. 371], arguing that the Management Agreement is an executory contract within the meaning of § 365 of the Bankruptcy Code and that the decision of the District's board to reject the Management Agreement is based on sound business judgment.

The Court has scheduled a further hearing on the Motion for November 29, 2017, at 1:30 p.m.

### III.

### SETTLEMENT

Subsequent to the hearing on the Motion, special counsel for the Debtor and counsel for HCCA engaged in negotiations to resolve the dispute over the Management Agreement. The District and HCCA want to avoid the cost and delay of litigation over whether the Court should approve rejection of the MSA, and thus, subject to the terms of the agreement portion of the Stipulation attached hereto as Exhibit A, HCCA agrees to the rejection of the MSA, and the Debtor agrees to withdraw the Declarations.

3

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

105754247\V-1

# IV.

## CONCLUSION

The Debtor and HCCA request that the attached Stipulation reflecting the agreement reached between the Debtor and HCCA be approved by the Court.

Dated: November 22, 2017

DENTONS US LLP
SAMUEL R. MAIZEL

By   /s/ Samuel R. Maizel
      SAMUEL R. MAIZEL

Special Counsel to Debtor

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

4

105754247\V-1

Filed 11/22/17 Case 16-10015 Doc 377

# Exhibit A

**4**

1    MARC A. LEVINSON, CSB NO. 57613
2    CYNTHIA J. LARSEN, CSB NO. 123994
     **ORRICK, HERRINGTON & SUTCLIFFE LLP**
3    400 Capitol Mall, Suite 3000
     Sacramento, California 95814-4497
4    Telephone: (916) 329-4910
     Email: malevinson@orrick.com
5            clarsen@orrick.com

6    HAGOP T. BEDOYAN, CSB NO. 131285
7    LISA HOLDER, CSB NO. 217752
     **Klein, DeNatale, Goldner,**
8      **Cooper, Rosenlieb & Kimball LLP**
     5260 N. Palm Avenue, Suite 201
9    Fresno, California 93704
     Telephone: (559) 438-4374
10    Facsimile: (661) 326-0418
     E-mail: hbedoyan@kleinlaw.com
11            lholder@kleinlaw.com

Attorneys for Healthcare Conglomerate Associates, LLC

### UNITED STATES BANKRUPTCY COURT

### EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| In re:<br><br>SOUTHERN INYO HEALTHCARE DISTRICT,<br><br>          Debtor. | Case No.: 16-10015-A-9<br><br>Chapter 9<br><br>Doc. No. BH-19<br><br>**STIPULATION RE REJECTION OF HCCA MANAGEMENT AGREEMENT**<br><br>Date: November 29, 2017<br>Time: 1:30 p.m.<br>Place: Dept. A, Courtroom 11<br>       U.S. Bankruptcy Court<br>       2500 Tulare St.<br>       Fresno, CA 93721 |

Southern Inyo Heathcare District, the debtor in this chapter 9 case ("Debtor" or the "District") and Healthcare Conglomerate Associates, LLC ("HCCA") agree to enter into the following agreement based upon the following recitals:

**RECITALS**

1. In January 2016, the District and HCCA entered into that certain Management Services Agreement (the "MSA").

2. On October 17, 2017, the District filed its Emergency Motion (1) for Authority to Immediately Terminate HCCA Management Agreement, etc. [Dkt. No. 325] ("Emergency Motion"), the Declaration of Ashley M. McDow, etc. [Dkt. No. 326] ("McDow Declaration") and the Declaration of Jaque Hickman [Dkt. No. 327] (together with the McDow Declaration, the "Declarations").

3. On November 4, 2017, the Court entered its order [Dkt. No. 353] ("Scheduling Order"), in which it set out the briefing deadlines and scheduled a hearing on the Emergency Motion for November 29, 2017.

4. Pursuant to the Scheduling Order, on November 15, 2017, the Debtor timely filed its Supplemental Brief in Support of Emergency Motion, etc. [Dkt. No. 371] ("Supplemental Brief"). The Supplemental Brief treated the Emergency Motion as a motion to reject the MSA pursuant to Bankruptcy Code § 365(a) rather than as a motion to terminate the MSA.

5. While HCCA disputes virtually all of the factual allegations in the Emergency Motion, the Declarations and the Supplemental Brief, HCCA agrees that the MSA is an executory contract subject to rejection. And while HCCA believes that the MSA is a postpetition executory contract, it agrees that § 365(a) applies whether the MSA is found to be a prepetition executory contract or a postpetition executory contract.

6. The District and HCCA want to avoid the cost and delay of litigation over whether the Court should approve rejection of the MSA, and thus, subject to the terms of the following agreement portion of this Stipulation, HCCA agrees to the rejection of the MSA.

# AGREEMENT

Based on the foregoing Recitals, and subject to an order of this Court approving this Stipulation, the District and HCCA agree as follows:

A.     The District withdraws the Declarations.

B.     Other than finding that the MSA may be rejected as an exercise of the District's business judgment, the Court makes no findings with respect to the allegations in the Emergency Motion, the Declarations or the Supplemental Memorandum (collectively, the "Allegations").

C.     HCCA reserves the right to contest the Allegations, including, but not limited to the allegation in the Supplemental Brief that the MSA is a prepetition contract.

D.     The MSA is rejected effective 14 days after the entry of the order approving this Stipulation.

E.     Pursuant to Rule 3002(c)(4) of the Federal Rules of Bankruptcy Procedure, the deadline for HCCA to file a proof of claim or proofs of claim (including but not limited to a proof of claim seeking administrative priority) is January 31, 2018. The District reserves its right to object to any HCCA proof or proofs of claim on any ground.

| | | |
|---|---|---|
| 1 | Dated: November 22, 2017 | DENTONS USA LLP |
| 2 | | |
| 3 | | By: _____ |
| 4 | | Special Counsel ~~Attorneys~~ for Southern Inyo Healthcare District |
| 5 | | SAMUEL R. MAIZEL |
| 6 | Dated: November 22, 2017 | ORRICK, HERRINGTON & SUTCLIFFE LLP and KLEIN, DENATALE, GOLDNER, COOPER, ROSENLIEB & KIMBALL LLP |
| 7 | | |
| 8 | | |
| 9 | | By: _____ |
| 10 | | MARC A. LEVINSON |
| 11 | | Attorneys for Healthcare Conglomerate Associates, LLC |

# PROOF OF SERVICE OF DOCUMENT

In re Southern Inyo Healthcare District
USBC/EDCA Case No. 16-10015

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 601 South Figueroa Street, Suite 2500, Los Angeles, California 90017-5704.

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF SETTLEMENT RE: EMERGENCY MOTION (1) FOR AUTHORITY TO IMMEDIATELY TERMINATE HCCA MANAGEMENT AGREEMENT OR, IN THE ALTERNATIVE, FOR AUTHORITY TO MODIFY THE TERMS OF THE HCCA MANAGEMENT AGREEMENT IN ORDER TO DESIGNATE THE BOARD AS THE SOLE SIGNATORY ON ALL DISTRICT BANK ACCOUNTS; AND (2) TO CONTINUE HEARING ON SECOND AMENDED DISCLOSURE STATEMENT AND ASSOCIATED FILING DEADLINES [DOCKET NO. 325]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below.

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) November 22, 2017, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

| | |
|---|---|
| Heather S. Candy - #205900<br>Adventist Health<br>2100 Douglas Boulevard<br>Roseville, CA 95661 | Counsel for Adventist Health System/West<br>T: 916 746 5629<br>E: candyhs@ah.org |
| Gerald N. Sims - #099133<br>Pyle Sims Duncan & Stevenson<br>401 B Street, Suite 1500<br>San Diego, CA 92101 | Counsel for BETA Risk Management Authority<br>T: 619 687 5200 / F: 619 687 5210<br>E: jerrys@psdslaw.com |
| Craig D. Rust - #273774<br>Office of the Attorney General<br>1300 I Street<br>P.O. Box 944255<br>Sacramento, CA 94244 | Counsel for California Department of Public Health<br>T: 916 210 7359<br>E: |
| Robin S. Tubesing<br>U.S. Trustee<br>2500 Tulare Street, Suite 1401<br>Fresno, CA 93721 | Counsel for Tracy Hope Davis, U.S. Trustee<br>T: 559 487 5002<br>E: |
| Kenneth J. MacArthur - #175906<br>TroyGould PC<br>1801 Century Park East 16th Floor<br>Los Angeles, CA 90067 | Counsel for EverBank Commercial Finance, Inc.<br>T: 310 553 4441 / F: 310 201 4746<br>E: kmacarthur@troygould.com |
| Lisa M. Peters<br>Kutak Rock LLP<br>1650 Farnam Street<br>Omaha, NE 68102-2186 | Counsel for GE HFS, LLC<br>T: 402 346 6000 / F: 402 346 1148<br>E: lisa.peters@kutakrock.com |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                         **F 9013-3.1.PROOF.SERVICE**
105760636\V-1

| | |
|---|---|
| Hagop T. Bedoyan - #131285<br>Klein DeNatale Goldner<br>5260 North Palm Avenue, Suite 201<br>Fresno, CA 93704 | Counsel for HealthCare Conglomerate Associates, LLC<br>T: 559 438 4374 / F: 559 432 1847<br>E: hbedoyan@kleinlaw.com |
| Lisa A. Holder - #217752<br>Klein DeNatale Goldner<br>4550 California Avenue, 2nd Floor [93309]<br>PO Box 11172<br>Bakersfield, CA 93389 | Counsel for HealthCare Conglomerate Associates, LLC<br>T: 661 395 1000 / F: 661 326 0418<br>E: lholder@kleinlaw.com |
| Marc A. Levinson - #057613<br>Orrick Herrington & Sutcliffe LLP<br>400 Capitol Mall, Suite 3000<br>Sacramento, CA 95814-4497 | Counsel for HealthCare Conglomerate Associates, LLC<br>T: 916 447 9200 / F: 661 326 0418<br>E: malevinson@orrick.com |
| Trevor R. Pincock<br>Lukins & Annis, PS<br>717 West Sprague Avenue, Suite 1600<br>Spokane, WA 99201-0466 | Counsel for Healthcare Resource Group<br>T: 509 455 9555 / F: 509 363 2504<br>E: tpincock@lukins.com |
| Daniel G. Sheldon - #166793<br>Scolinos Sheldon & Nevell<br>301 North Lake Avenue, 7th Floor<br>Pasadena, CA 91101-5118 | Counsel for J.M.H., II, a minor, by and through his guardian ad litem, Mayra Huerta<br>T: 626 793 3900 / F: 626 568 0930<br>E: _____@ssnlaw.com |
| Peter E. Tracy - #78185<br>Law Office of Peter E. Tracy<br>106 South Main Street, Suite 200<br>PO Box 485<br>Bishop, CA 93515-0485 | Counsel for Milton R. Jones, M.D.<br>T: 760 872 1101 / F: 760 872 2781<br>E: inyomono@stanfordalumni.org |
| Eric S. Goldstein<br>Latonia C. Williams<br>Shipman & Goodwin LLP<br>One Constitution Plaza<br>Hartford, CT 06103-1919 | Counsel for Optum Bank, Inc.<br>T: 860 251 5000 / F: 860 251 5099<br>E: egoldstein/lwilliams@goodwin.com |
| Paul J. Pascuzzi - #148810<br>Felderstein Fitzgerald Willoughby & Pascuzzi LLP<br>400 Capitol Mall, Suite 1750<br>Sacramento, CA 95814 | Counsel for Optum Bank, Inc.<br>T: 916 329 7400 / F: 916 329 7435<br>E: ppascuzzi@ffwplaw.com |
| Ashley M. McDow - #245114<br>Michael T. Delaney - #261714<br>Baker & Hostetler LLP<br>11601 Wilshire Boulevard, Suite 1400<br>Los Angeles, CA 90025-0509 | Counsel for Southern Inyo Healthcare District<br>T: 310 820 8800 / F: 310 820 8859<br>E: amcdow/mdelaney@bakerlaw.com |
| Russell W. Reynolds - #138075<br>Coleman & Horowitt, LLP<br>499 West Shaw Avenue, Suite 116<br>Fresno, CA 93704 | Counsel for Southern Mono Healthcare District<br>T: 559 248 4820 / F: 559 248 4830<br>E: rreynolds@ch-law.com |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**F 9013-3.1.PROOF.SERVICE**
105760636\V-1

Riley C. Walter - #091839            Counsel for Tulare Local Healthcare District
Walter Wilhelm Law Group          T: 559 435 9800 / F: 559 435 9868
205 East River Park Circle, Suite 410    E: rileywalter@W2LG.com
Fresno, CA 93720

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (*date*) November 22, 2017, I will serve the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

| | |
|---|---|
| Office of the U.S. Trustee<br>United States Courthouse<br>2500 Tulare Street, Room 1401<br>Fresno, CA 93721-1326 | U.S. Trustee |
| LeRoy Kritz<br>PO Box 784<br>Lone Pine, CA 93545-0784 | Creditor Committee |
| Onestaff Medical, LLC<br>Attn: Todd Livingston<br>11819 Miracle Hills Drive, Suite 101<br>Omaha, NE 68154-4428 | Creditor Committee |
| Joseph Rodrigues<br>1300 National Drive, Suite 200<br>Sacramento, CA 95834-1992 | Health Care Ombudsman |

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on November 22, 2017, I will serve the following persons and/or entities by personal delivery, next business day service or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

Judge Fredrick E. Clement
U.S. Bankruptcy Court for the Eastern District of California
2500 Tulare Street, Suite 2501
Fresno, CA 93721-1328

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

November 22, 2017    Frederick Kalve                  */s/ Frederick Kalve*
Date                Printed Name                                     Signature

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                   **F 9013-3.1.PROOF.SERVICE**
105760636\V-1