SAMUEL R. MAIZEL (Bar No. 189301)
samuel.maizel@dentons.com
DENTONS US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5704
Telephone: (213) 623-9300
Facsimile: (213) 623-9924

GARY W. MARSH
gary.marsh@dentons.com
DENTONS US LLP
303 Peachtree Street Northeast, Suite 5300
Atlanta, Georgia 30308-3265
Telephone: (404) 527-4000
Facsimile: (404) 527-4198

Special Counsel to Debtor

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| In re:<br><br>SOUTHERN INYO HEALTHCARE DISTRICT,<br>Debtor. | Case No. 2016-10015<br><br>Chapter 9<br><br>**DECLARATION OF RICHARD FEDCHENKO RE NOTICE OF SETTLEMENT WITH HCCA [DOCKET NO. 377]**<br><br>Hearing:<br>Date: November 29, 2017<br>Time: 1:30 p.m.<br>Place: Dept. A, Courtroom 11<br>U.S. Bankruptcy Court<br>2500 Tulare Street<br>Fresno, California 93721 |

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

**DECLARATION OF RICHARD FEDCHENKO**

I, Richard Fedchenko, declare:

1. I am President of the Board of Directors of Southern Inyo Healthcare District, the Debtor in the above referenced case.

2. I have reviewed and am familiar with the terms of the Stipulation Re Rejection of HCCA Management Agreement (the "Stipulation") which was attached as Exhibit A to the Notice of Settlement Re: Emergency Motion (1) for Authority to Immediately Terminate HCCA Management Agreement or, in the Alternative, for Authority to Modify the Terms of the HCCA Management Agreement in order to Designate the Board as the Sole Signatory on All District Bank Accounts and (2) to Continue Hearing on Second Amended Disclosure Statement and Associated Filing Deadlines (the "Notice") [Docket No. 377].

3. Generally, the settlement describe in the Stipulation provides for HealthCare Conglomerate Associates, LLC ("HCCA") to stipulate to the rejection of its management agreement with the Debtor pursuant to § 365 of the Bankruptcy Code, and for the Debtor to withdraw two declarations filed in support of the *Emergency Motion (1) for Authority to Immediately Terminate HCCA Management Agreement or, in the Alternative, for Authority to Modify the Terms of the HCCA Management Agreement in order to Designate the Board as the Sole Signatory on All District Bank Accounts and (2) to Continue Hearing on Second Amended Disclosure Statement and Associated Filing Deadlines* [Docket No. 325]. The terms of the agreement between the Debtor and HCCA are set forth in a Stipulation attached to the Notice as Exhibit A and the Debtor's Board of Directors has agreed to that settlement.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 28 day of November. 2017. at Lone Pine, California.

RICHARD FEDCHENKO