Samuel R. Maizel (SBN 189301)
DENTONS US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5704
Telephone: (213) 623-9300
Facsimile: (213) 623-9924
Email: samuel.maizel@dentons.com

Special Counsel to Debtor,
SOUTHERN INYO HEALTHCARE DISTRICT

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

## FRESNO DIVISION

| | |
|---|---|
| In re:<br><br>SOUTHERN INYO HEALTHCARE DISTRICT,<br><br>    Debtor. | Case No. 2016-10015<br><br>Chapter 9<br><br>DC NO. BH-19<br><br>**ORDER APPROVING STIPULATION RE REJECTION OF HCCA MANAGEMENT AGREEMENT**<br><br>Hearing:<br><br>Date:     November 29, 2017<br>Time:    1:30 p.m.<br>Location: U.S. Bankruptcy Court<br>            Courtroom 11, Dept. A<br>            2500 Tulare Street<br>            Fresno, California 93721 |

At the above referenced date, time and location, the Court held a continued hearing on the *Debtor's Emergency Motion (1) For Authority To Immediately Terminate HCCA Management Agreement, Or, In The Alternative, For Authority To Modify The Terms Of The HCCA Management Agreement In Order To Designate The Board As The Sole Signatory On All District Bank Accounts; And (2) To Continue Hearing On Second Amended Disclosure Statement And Associated Filing Deadlines* (the "Motion") [Docket No. 325].

RECEIVED
December 01, 2017
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0006178040

The Debtor appeared through Samuel R. Maizel, Dentons US LLP, Special Counsel. HealthCare Conglomerate Associates, LLC ("HCCA") appeared through Marc A. Levinson, Orrick, Herrington & Sutcliffe LLP. All other appearances are as noted on the record.

Having reviewed and considered the Motion, the *Debtor's Supplemental Brief* in support of the Motion [Docket No. 371], and the *Debtor's Notice Of Settlement* vis-vis the issues raised in the Motion [Docket No. 377], which included as Exhibit A, a document entitled *Stipulation Re Rejection Of HCCA Management Agreement*, between the Debtor and HCCA, and finding good cause, and for the reasons stated on the record:

**IT IS HEREBY ORDERED** that

A. The *Stipulation Re Rejection Of HCCA Management Agreement* [Exhibit A to *Debtor's Notice Of Settlement* (Docket No. 377)] is APPROVED;

B. The Declaration of Jaque Hickman (the "Hickman Declaration") [Docket No. 327], and the Declaration of Ashley McDow [Docket No. 326] are deemed withdrawn by the Debtor;

C. The Management Services Agreement between HealthCare Conglomerate Associates, LLC and Southern Inyo Healthcare District, attached as Exhibit A to the Hickman Declaration, is rejected pursuant to 11 U.S.C. § 365, and such rejection is effective 14 days after the entry of this Order; and

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

2

ORDER APPROVING STIPULATION RE REJECTION OF HCCA MANAGEMENT AGREEMENT

105832137\V-1

D. Pursuant to Rule 3002(c)(4) of the Federal Rules of Bankruptcy Procedure, HCCA shall file any claim arising from this rejection, including, but not limited to any claim or demand seeking administrative expense payments, no later than **January 31, 2018**.

**IT IS SO ORDERED.**

Dated: Dec 02, 2017

Fredrick E. Clement
United States Bankruptcy Judge

APPROVED AS TO FORM:

_____
MARC A. LEVINSON
ORRICK, HERRINGTON & SUTCLIFFE LLP
Attorneys for Healthcare Conglomerate Associates, LLP

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300