JOSEPH RODRIGUES
State Long-Term Care Ombudsman
Office of the State Long-Term Care Ombudsman
California Department of Aging
1300 National Drive, Suite 200
Sacramento, California 95834
Telephone: (916)419-7510
Facsimile: (916)928-2503

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**FRESNO DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 16-10015-A-9 |
| | ) | |
| | ) | Chapter 9 |
| Southern Inyo Healthcare District | ) | |
| | ) | **12TH REPORT OF THE** |
| | ) | **PATIENT CARE OMBUDSMAN** |
| | ) | |
| | ) | |
| Debtor. | ) | (No Hearing Required) |

    Pursuant to the order directing the appointment of a Patient Care Ombudsman entered by this court on February 17, 2016, Tracy Hope Davis, the United States Trustee, duly appointed Joseph Rodrigues, the California State Long-Term Care Ombudsman, as the Patient Care Ombudsman in this case.

    In compliance with the notice of appointment, the Patient Care Ombudsman is submitting his 12th report, covering the period of November 3, 2017 to January 2, 2018.

                                      Respectfully submitted,

                                      */s/Joseph Rodrigues*
                                      Joseph Rodrigues
                                      State Long-Term Care Ombudsman

## 12TH REPORT OF THE PATIENT CARE OMBUDSMAN

Eastern Sierra Area Agency on Aging is the designated Long-Term Care (LTC) Ombudsman Program for Inyo and Mono Counties and is the local representative of the Office of the State LTC Ombudsman. As mandated by the federal Older Americans Act (42 U.S.C. 3058g), LTC Ombudsman representatives identify, investigate and resolve complaints that are made by, or on behalf of residents of LTC facilities that relate to action, inaction or decisions that may adversely affect the health, safety, welfare or rights of residents. Paulette Erwin is the local Ombudsman representatives assigned to this facility.

Southern Inyo Hospital District is located at 501 E. Locust Street, Lone Pine, California. The California Department of Public Health (CDPH), Licensing and Certification Division, licenses this facility as a Skilled Nursing Facility (SNF). SNFs provide housing, meals, medical care, personal care, social services, and social activities to people who have physical or behavioral conditions that prevent them from living alone.

The following information describes the number of visits made to the facility (complaint and non-complaint related), observations about privacy, food, the general status of the residents, any

complaints made by or on behalf of residents to the LTC Ombudsman Program, and any changes in the census of the facility.

The licensed capacity of the facility is 33, with a current occupancy of 21. There is no noted significant change in resident mix, such as the admission of different client groups, younger residents, etc.

Hospital Administrator, Brian Cotter, reports the facility has sent a job offer for the Director of Nursing position over the skilled nursing portion of the facility. Mr. Cotter also advised that Kelly Frazier, formerly Director of Nursing is no longer employed at the facility and Michael Floyd is acting as the Director of Nursing for the acute portion of the hospital. The facility is still actively recruiting for the Director of Staff Development position. Because of the rural nature of this facility, retaining qualified licensed personnel continues to be a challenge. Mr. Cotter also advised the facility will be working with a company from the Los Angeles area to improve their infection control program.

The local Ombudsman Program has not received any concerns involving vendors, utilities, or external support factors that may impact resident care.

The local Ombudsman Program has conducted seven visits during this reporting period. During four of these visits, the local Ombudsman representative provided elder abuse and mandated reporter training for all facility staff. During these visits, the local Ombudsman representative met with residents to offer an opportunity to discuss both facility-wide and individual complaints. Several residents indicated they are comfortable and have no complaints. During these visits, the Ombudsman representative noted the facility appeared to be clean with no overwhelming odors. The temperature in the facility was comfortable for residents. During a visit, the Ombudsman representative spoke with dietary staff about the current and following week's menu not being posted. The Ombudsman representative also spoke with dietary staff about menu choices and special dietary needs of residents. Before the Ombudsman representative left the facility this day, dietary staff posted current menu.

The local Ombudsman Program received a total of two cases and three complaints. The complaints during this reporting period include the following.

A complaint related to the resident's representative not being informed of a resident's change in medical condition. The Ombudsman representative spoke to the Director of Nursing, Kelly Frazier, and

to the Assistant Director of Nursing, Tambria Kalenowski. Ms. Frazier updated the resident's representative contact information and advised the facility would notify the resident's representative of changes.

A complaint related to the personal hygiene of a resident. The Ombudsman representative spoke to Assistant Director of Nursing, Tambria Kalenowski who advised she would speak to the certified nursing assistant staff and would update the resident's care plan.

A complaint related to financial abuse allegations. The facility reported to the Ombudsman Program and indicated they also reported to the California Department of Public Health and law enforcement as required. The Ombudsman representative met with the resident regarding the complaint and provided information on financial abuse. The resident declined Ombudsman assistance citing he is now taking care of his own finances.

The Patient Care Ombudsman has no recommendations for the court at this time.

January 2, 2018

/s/Joseph Rodrigues
Joseph Rodrigues
State Long-Term Care Ombudsman

5