# 3

MARC A. LEVINSON, CSB NO. 57613
CYNTHIA J. LARSEN, CSB NO. 123994
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
400 Capitol Mall, Suite 3000
Sacramento, California 95814-4497
Telephone: (916) 329-4910
Email: malevinson@orrick.com
     clarsen@orrick.com

HAGOP T. BEDOYAN, CSB NO. 131285
LISA HOLDER, CSB NO. 217752
**Klein, DeNatale, Goldner,**
  **Cooper, Rosenlieb & Kimball LLP**
5260 N. Palm Avenue, Suite 201
Fresno, California 93704
Telephone: (559) 438-4374
Facsimile: (661) 326-0418
E-mail: hbedoyan@kleinlaw.com
     lholder@kleinlaw.com

Attorneys for Healthcare Conglomerate Associates, LLC

**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION**

| | |
|---|---|
| In re:<br><br>SOUTHERN INYO HEALTHCARE DISTRICT,<br><br>        Debtor. | Case No.: 16-10015-A-9<br><br>Chapter 9<br><br>Doc. No. KDG-1<br><br>Date: To Be Scheduled<br>Time: To Be Scheduled<br>Place: Dept. A, Courtroom 11<br>      U.S. Bankruptcy Court<br>      2500 Tulare St.<br>      Fresno, CA 93721 |

///

1

# REQUEST FOR PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM OF HEALTHCARE CONGLOMERATE ASSOCIATES, LLC ARISING OUT OF REJECTION OF EXECUTORY CONTRACT (11 U.S.C. §§ 503(b) AND 507(a)(2))

NOTICE IS HEREBY GIVEN that HEALTHCARE CONGLOMERATE ASSOCIATES, LLC ("HCCA") hereby asserts an Administrative Expense Claim (the "Claim") in the total amount of $2,524,054.00, pursuant to 11 U.S.C. §§ 503(b) and 507(a) (2), and represents the following:

1. This claim arises out of the rejection of that certain Management Services Agreement ("MSA") dated sometime in January of 2016, between HCCA and Southern Inyo Healthcare District (the "Debtor"). A copy of the MSA is attached hereto as Exhibit "A" and incorporated herein by reference.

2. On December 2, 2017, the Court made its *Order Approving Stipulation Re Rejection of HCCA Management Agreement* [Dkt. No. 382] (the "Rejection Order"). The Rejection Order approved that certain *Stipulation Re Rejection of HCCA Management Agreement* [Dkt. No. 377], which specifically preserved HCCA's right to contest allegations made in the *Debtor's Emergency Motion (1) for Authority to Immediately Terminate HCCA Management Agreement* [Dkt. No. 325], including the Debtor's allegations that the MSA is a prepetition contract.

3. The Rejection Order further provided that, Pursuant to Rule 3002(c)(4) of the Federal Rules of Bankruptcy Procedure, HCCA shall file any claim arising from this rejection, including, but not limited to any claim or demand seeking administrative expense payments, no later than **January 31, 2018**." (Rejection Order, Par. D).

4. The Claim is based upon the following items:

| | |
|---|---:|
| Unpaid Management Fees (See, Exh. B) | $1,184,730.00 |
| Unpaid Travel Expenses (See, Exh. C) | $137,850.00 |
| MSA Term. Fee Before Interest (See, Exh. D) | $1,201,474.00 |
| TOTAL | $2,524,054.00 |

///

5. Claimant reserves the right to amend this Claim and will set the matter for hearing at a future date.

Dated: January 30, 2018

KLEIN, DENATALE, GOLDNER, COOPER, ROSENLIEB & KIMBALL LLP AND ORRICK, HERRINGTON & SUTCLIFFE LLP

By: /s/ Hagop T. Bedoyan

HAGOP T. BEDOYAN
Attorneys for Healthcare Conglomerate Associates, LLC