
# UNITED STATES BANKRUPTCY COURT

### EASTERN DISTRICT OF CALIFORNIA

### OFFICE OF THE CLERK

In Re: **Southern Inyo Healthcare District**

Case No.: **16-10015-A-9**

**FILED**
FEB 26 2018
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

TJOF

To Whom it May Concern:

Attached is a copy of the Request for Payment of Administrative Expense filed by you without a separate Notice of Hearing.

Pursuant to 11 U.S.C. § 503(b), administrative expenses shall be allowed after "notice and hearing." **NOTICE IS HEREBY GIVEN** that the court will take no action concerning your Request for Payment of Administrative Expense until you comply with the "notice and hearing" requirement of § 503(b). Pursuant to Local Rule 9014-1, this matter will be calendared **only** upon receipt of a Notice of Hearing, with date, time, place and department filled in. Please submit a copy of the previously filed Request for Payment of Administrative Expense with your Notice of Hearing.

Clerk's Office staff is precluded by law from giving legal advice. Legal questions should therefore be directed to competent legal counsel.

Dated: 2-26-18

FOR THE COURT

WAYNE BLACKWELDER, CLERK

By: *[signature] Tamara Joaquin*

Deputy Clerk, United States Bankruptcy Court
Fresno Division, (559) 499-5800

**Mailing Address:**

United States Bankruptcy Court
2500 Tulare Street, Suite 2501
Fresno, CA 93721

cc: Case File

EDC 2-778 (Revised 7/17/14)

# 3

MARC A. LEVINSON, CSB NO. 57613
CYNTHIA J. LARSEN, CSB NO. 123994
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
400 Capitol Mall, Suite 3000
Sacramento, California 95814-4497
Telephone: (916) 329-4910
Email: malevinson@orrick.com
         clarsen@orrick.com

HAGOP T. BEDOYAN, CSB NO. 131285
LISA HOLDER, CSB NO. 217752
**Klein, DeNatale, Goldner,
   Cooper, Rosenlieb & Kimball LLP**
5260 N. Palm Avenue, Suite 201
Fresno, California 93704
Telephone: (559) 438-4374
Facsimile: (661) 326-0418
E-mail: hbedoyan@kleinlaw.com
         lholder@kleinlaw.com

Attorneys for Healthcare Conglomerate Associates, LLC

## UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| In re: | Case No.: 16-10015-A-9 |
| SOUTHERN INYO HEALTHCARE DISTRICT, | Chapter 9 |
| Debtor. | Doc. No. KDG-1 |
| | Date: To Be Scheduled<br>Time: To Be Scheduled<br>Place: Dept. A, Courtroom 11<br>U.S. Bankruptcy Court<br>2500 Tulare St.<br>Fresno, CA 93721 |

///

### REQUEST FOR PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM OF HEALTHCARE CONGLOMERATE ASSOCIATES, LLC ARISING OUT OF REJECTION OF EXECUTORY CONTRACT (11 U.S.C. §§ 503(b) AND 507(a)(2))

NOTICE IS HEREBY GIVEN that HEALTHCARE CONGLOMERATE ASSOCIATES, LLC ("HCCA") hereby asserts an Administrative Expense Claim (the "Claim") in the total amount of $2,524,054.00, pursuant to 11 U.S.C. §§ 503(b) and 507(a) (2), and represents the following:

1. This claim arises out of the rejection of that certain Management Services Agreement ("MSA") dated sometime in January of 2016, between HCCA and Southern Inyo Healthcare District (the "Debtor"). A copy of the MSA is attached hereto as Exhibit "A" and incorporated herein by reference.

2. On December 2, 2017, the Court made its *Order Approving Stipulation Re Rejection of HCCA Management Agreement* [Dkt. No. 382] (the "Rejection Order"). The Rejection Order approved that certain *Stipulation Re Rejection of HCCA Management Agreement* [Dkt. No. 377], which specifically preserved HCCA's right to contest allegations made in the *Debtor's Emergency Motion (1) for Authority to Immediately Terminate HCCA Management Agreement* [Dkt. No. 325], including the Debtor's allegations that the MSA is a prepetition contract.

3. The Rejection Order further provided that, Pursuant to Rule 3002(c)(4) of the Federal Rules of Bankruptcy Procedure, HCCA shall file any claim arising from this rejection, including, but not limited to any claim or demand seeking administrative expense payments, no later than **January 31, 2018**." (Rejection Order, Par. D).

4. The Claim is based upon the following items:

| | |
|---|---:|
| Unpaid Management Fees (See, Exh. B) | $1,184,730.00 |
| Unpaid Travel Expenses (See, Exh. C) | $137,850.00 |
| MSA Term. Fee Before Interest (See, Exh. D) | $1,201,474.00 |
| TOTAL | $2,524,054.00 |

///

5. Claimant reserves the right to amend this Claim and will set the matter for hearing at a future date.

Dated: January 30, 2018

KLEIN, DENATALE, GOLDNER, COOPER, ROSENLIEB & KIMBALL LLP AND ORRICK, HERRINGTON & SUTCLIFFE LLP

By: *[signature]*

HAGOP T. BEDOYAN
Attorneys for Healthcare Conglomerate Associates, LLC