JOSEPH RODRIGUES
State Long-Term Care Ombudsman
Office of the State Long-Term Care Ombudsman
California Department of Aging
1300 National Drive, Suite 200
Sacramento, California 95834
Telephone: (916)419-7510
Facsimile: (916)928-2503

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**FRESNO DIVISION**

| | |
|---|---|
| In re: | Case No. 16-10015-A-9 |
| | Chapter 9 |
| Southern Inyo Healthcare District | |
| | **13th REPORT OF THE PATIENT CARE OMBUDSMAN** |
| Debtor. | (No Hearing Required) |

Pursuant to the order directing the appointment of a Patient Care Ombudsman entered by this court on February 17, 2016, Tracy Hope Davis, the United States Trustee, duly appointed Joseph Rodrigues, the California State Long-Term Care Ombudsman, as the Patient Care Ombudsman in this case.

In compliance with the notice of appointment, the Patient Care Ombudsman is submitting his 13th report, covering the period January 3, to March 2, 2018.

Respectfully submitted,

*/s/Joseph Rodrigues*
Joseph Rodrigues
State Long-Term Care Ombudsman

1

**13th REPORT OF THE PATIENT CARE OMBUDSMAN**

Eastern Sierra Area Agency on Aging is the designated Long-Term Care (LTC) Ombudsman Program for Inyo and Mono Counties and is the local representative of the Office of the State LTC Ombudsman. As mandated by the federal Older Americans Act (42 U.S.C. 3058g), LTC Ombudsman representatives identify, investigate and resolve complaints that are made by, or on behalf of residents of LTC facilities that relate to action, inaction or decisions that may adversely affect the health, safety, welfare or rights of residents. Paulette Erwin is the local Ombudsman representative assigned to this facility.

Southern Inyo Hospital District is located at 501 E. Locust Street, Lone Pine, California. The California Department of Public Health (CDPH), Licensing and Certification Division, licenses this facility as a Skilled Nursing Facility (SNF). SNFs provide housing, meals, medical care, personal care, social services, and social activities to people who have physical or behavioral conditions that prevent them from living alone.

The following information describes the number of visits made to the facility (complaint and non-complaint related), observations about privacy, food, the general status of the residents, any

complaints made by or on behalf of residents to the LTC Ombudsman Program, and any changes in the census of the facility.

The licensed capacity of the facility is 33, with a current occupancy of 27. Assistant Director of Nursing, Tambria Kalenowski advised in order to meet the required nursing hours per resident per day they would be unable to accept new residents until there is a change in occupancy and/or staffing. There is no noted significant change in resident mix, such as the admission of different client groups, younger residents, etc.

Hospital Administrator, Brian Cotter, reports that an individual has accepted the Director of Nursing position and will be starting on March 5, 2018. Until this time, Michael Floyd will continue to work as the acting Interim Director of Nursing. The facility has hired Jayneann Hinek as Director of Staff Development. Because of the rural nature of this facility, retaining qualified licensed personnel continues to be a challenge.

The local Ombudsman Program has not received any concerns involving vendors, utilities, or external support factors that may impact resident care.

The local Ombudsman Program has conducted four visits during

3

this reporting period. During these visits, the Ombudsman representative noted the facility appeared to be clean with no overwhelming odors. Residents appeared clean and were appropriately dressed for the time of year and day. Menus and activity calendars were posted and residents reported being satisfied with their choices.

The local Ombudsman Program received a total of four cases and six complaints. The complaints during this reporting period include the following:

A complaint related to the resident not being informed of a room transfer. The Ombudsman representative and resident met with facility staff to discuss the resident's complaint. The Ombudsman representative provided information on intrafacility transfers and providing reasonable notice. Facility staff agreed to give the resident an option of two different rooms. The resident was satisfied with the outcome of the complaint.

A complaint related to the facility failing to schedule a resident for an ongoing urologist appointment. The Ombudsman representative met with the Assistant Director of Nursing who advised an appointment had been scheduled with an urologist and they were working on arranging transportation. Two weeks later, the

resident was taken to the appointment and a preoperative appointment was scheduled.

A complaint related to dietary services.  The Ombudsman representative and resident met with dietary staff and discussed the resident's special dietary needs and preferences.  An individualized meal plan was developed to ensure the resident was receiving a well-balanced diet.

A complaint related to the heating equipment not working properly in a resident's room.  The Ombudsman representative reported to the Assistant Director of Nursing who contacted maintenance.  Three days later, the resident agreed to move to another room that was warmer and the heater did not make a buzzing sound.

A complaint related to resident to resident physical abuse.  The Ombudsman representative met with residents who indicated the situation had been resolved and declined Ombudsman services.

A complaint related to suspected verbal abuse.  A resident reported to the Ombudsman representative that a Certified Nursing Assistant was being verbally abusive.  The Ombudsman representative met with Assistant Director of Nursing regarding the complaint and

5

discussed strategies to implement to ensure the resident felt safe during the investigation. The Ombudsman representative cross-reported the alleged verbal abuse complaint to California Department of Public Health. The California Department of Public Health notified the Ombudsman representative that the compliant allegations were unsubstantiated, but they did identify other unrelated violations during the onsite visit.

The Patient Care Ombudsman has no recommendations for the court at this time.

March 2, 2018
*/s/Joseph Rodrigues*
Joseph Rodrigues
State Long-Term Care Ombudsman

6