**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re<br>Southern Inyo Healthcare District,<br>              Debtor. | ) Case No. 16-10015 - A - 9<br>) Docket Control No.<br>)<br>) Document No. 1<br>) Date: 05/30/2018<br>) Time: 1:30 PM<br>) DEPT: A |

**Order**

IT IS ORDERED that the status conference is continued to August 29, 2018 at 1:30 p.m. in Courtroom 11, Fifth Floor, 2500 Tulare Street, Fresno, California.

IT IS FURTHER ORDERED that the debtor shall file and serve a status report not later than 14 days prior to the continued status conference.

Dated: Jun 01, 2018

_____
Fredrick E. Clement
United States Bankruptcy Judge

Continued Status Conference Re: Chapter 9 Voluntary Petition - [1] - [1] - Chapter 9 Voluntary Petition. All Schedules and Statements filed. (Fee Paid $1717.00) (eFilingID: 5703003) (dnes)

# Instructions to Clerk of Court
## Service List – Not Part of Order/Judgment

The Clerk of Court is instructed to send the Order/Judgment or other court generated document transmitted herewith to the parties below. The Clerk of Court will send the Order via the BNC.

Southern Inyo Healthcare District
501 E. Locust St.
P.O. Box 1009
Lone Pine CA 93545

Office of the U.S. Trustee
United States Courthouse
2500 Tulare Street, Room 1401
Fresno CA 93721

Ashley M. McDow
11601 Wilshire Boulevard, Suite 1400
Los Angeles CA 90025