```
HAGOP T. BEDOYAN, CSB No. 131285
KLEIN, DeNATALE, GOLDNER,
  COOPER, ROSENLIEB & KIMBALL LLP
5260 N. Palm Avenue, Suite 205
Fresno, California 93704
Telephone: (559) 438-4374
Facsimile:  (661) 326-0418
E-mail: hbedoyan@kleinlaw.com
```

Attorneys for VI Healthcare Finance, Inc.

## UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| In re:<br><br>SOUTHERN INYO<br>HEALTHCARE DISTRICT,<br><br>Debtor. | Case No. 16-10015-A-9<br><br>Chapter  9<br><br>DC NO.: KDG-2<br><br>Date: TO BE SCHEDULED<br>Time: TO BE SCHEDULED<br>Place: United States Bankruptcy Court<br>2500 Tulare Street, Fifth Floor<br>Department A, Courtroom 11<br>Fresno, California<br>Judge: Honorable Fredrick E. Clement |

### REQUEST FOR PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM OF VI HEATHCARE FINANCE, INC. (11 U.S.C. §§ 503(b) AND 507(a)(2))

NOTICE IS HEREBY GIVEN that VI HEALTHCARE FINANCE, INC. ("Vi Healthcare) hereby asserts an Administrative Expense Claim (the "Claim"), secured by tax revenues, in the total amount of $1,423,418.72, as of May 31, 2018 (the "Claim"), pursuant to 11 U.S.C. §§ 503(b) and 507(a) (2), and represents the following:

1. This claim is based upon various advances made to SOUTHERN INYO HELATHCARE DISTRICT (the "Debtor") during the administration of the Debtor's case in accordance with the terms of a REVOLVING LINE OF CREDIT NOTE (SECURED) dated July 19, 2017 (the "Note"). A copy of the Note is attached as Exhibit "A".

2. The Claim arises out of four separate advances made to the Debtor by Vi Healthcare as set forth below:

| Loan Number | Principal Bal. | Request Date | Funding/Payment Date | Interest Rate |
|---|---|---|---|---|
| H1 | $1,038,789.56 | 7/25/17 | 7/25/17 | 10% |
| V1 | $350,000.00 | 8/1/17 | 8/10/17 | 20% |
| V2 | $100,000.00 | 9/7/17 | 9/8/17 | 20% |
| V3 | $250,000.00 | 9/18/17 | 9/17/17 | 20% |

Copies of the requests for funding are attached as Exhibit "B".

3. The Note is secured by an Assignment, Security Agreement and Pledge Agreement which are attached as Exhibit "C" (the "Security Agreement").

4. In accordance with the terms of the Security Agreement, Vi Healthcare is also the direct assignee of anticipated tax revenues from Inyo County, which is more specifically described in the Notice of Anticipated Tax Revenues attached as Exhibit "D".

5. The Claim includes interest from January 1, 2018 through May 31, 2018 in the amount of $93,263.51 and reflects two payments received by Vi Healthcare from Inyo County in the respective amounts of $253,628.45 and $261,463.8, on January 8, 2018 and May 4, 2018.

6. Claimant reserves the right to amend this Claim and will set the matter for hearing at a future date.

Dated: 6/7/18

KLEIN, DENATALE, GOLDNER, COOPER, ROSENLIEB & KIMBALL LLP

By: _____
HAGOP T. BEDOYAN,
Attorneys for VI Healthcare Finance, Inc.