## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA

In re:                                              )        Bankruptcy Case No.          2016-10015 FEC
                                                    )
SOUTHERN INYO HEALTHCARE                            )
DISTRICT,                                           )
                                                    )        DCN  2
                                                    )
                        Debtor(s)                   )

### SUBSTITUTION OF ATTORNEY FOR
### BAKER & HOSTETLER LLP

Debtor(s)            herein, hereby substitute(s):

      Ashley M. McDow, Esq.
      Fahim Farivar, Esq.
      FOLEY & LARDNER LLP
      555 South Flower Street, Suite 3500, Los Angeles, CA  90071-2411
      Telephone: 213.972.4615

in place and stead of the present attorney:

      BAKER & HOSTETLER LLP
      11601 Wilshire Boulevard, Suite 1400, Los Angeles, CA  90025-0509
      Telephone: 310.820.8800

I consent to the above substitution.

Dated June 12, 2018 _____        Jaque Hickman _____
                                               Party

Dated _____                      _____
                                               Party

Dated June 12, 2018 _____        Teresa C. Chow _____
                                               Present Attorney for Party

I am duly admitted to practice in this district, and I accept the above substitution.

Dated June 12, 2018 _____        Ashley M. McDow _____
                                               Proposed Attorney for Party