JOSEPH RODRIGUES
State Long-Term Care Ombudsman
Office of the State Long-Term Care Ombudsman
California Department of Aging
1300 National Drive, Suite 200
Sacramento, California 95834
Telephone: (916)419-7510
Facsimile: (916)928-2503

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**FRESNO DIVISION**

| | |
|---|---|
| In re: | ) Case No. 16-10015-A-9 |
| | ) |
| | ) Chapter 9 |
| Southern Inyo Healthcare District | ) |
| | ) **15TH REPORT OF THE** |
| | ) **PATIENT CARE OMBUDSMAN** |
| | ) |
| | ) |
| Debtor. | ) (No Hearing Required) |

Pursuant to the order directing the appointment of a Patient Care Ombudsman entered by this court on February 17, 2016, Tracy Hope Davis, the United States Trustee, duly appointed Joseph Rodrigues, the California State Long-Term Care Ombudsman, as the Patient Care Ombudsman in this case.

In compliance with the notice of appointment, the Patient Care Ombudsman is submitting his 15th report, covering the period May 2 to June 29, 2018.

Respectfully submitted,

/s/Joseph Rodrigues
Joseph Rodrigues
State Long-Term Care Ombudsman

1

## 15th REPORT OF THE PATIENT CARE OMBUDSMAN

Eastern Sierra Area Agency on Aging is the designated Long-Term Care (LTC) Ombudsman Program for Inyo and Mono Counties and is the local representative of the Office of the State LTC Ombudsman.  As mandated by the federal Older Americans Act (42 U.S.C. 3058g), LTC Ombudsman representatives identify, investigate and resolve complaints that are made by, or on behalf of residents of LTC facilities that relate to action, inaction or decisions that may adversely affect the health, safety, welfare or rights of residents. Paulette Erwin is the local Ombudsman representatives assigned to this facility.

Southern Inyo Hospital District is located at 501 E. Locust Street, Lone Pine, California.  The California Department of Public Health (CDPH), Licensing and Certification Division, licenses this facility as a Skilled Nursing Facility (SNF).  SNFs provide housing, meals, medical care, personal care, social services, and social activities to people who have physical or behavioral conditions that prevent them from living alone.

The following information describes the number of visits made to the facility (complaint and non-complaint related), observations about privacy, food, the general status of the residents, any complaints made by or on behalf of residents to the LTC Ombudsman

Program, and any changes in the census of the facility.

The licensed capacity of the facility is 33, with a current occupancy of 23. There is no noted significant change in resident mix, such as the admission of different client groups, younger residents, etc. Because of the rural nature of this facility retaining qualified licensed personnel continues to be a challenge.

The local Ombudsman Program has not received any concerns involving vendors, utilities, or external support factors that may impact resident care.

The local Ombudsman Program has conducted three visits during this reporting period. During these visits, the Ombudsman representative noted the facility appeared to be clean with no overwhelming odors. The temperature in the facility was comfortable for residents. During a facility coverage visit, the Ombudsman representative observed the required menu was not posted in the facility. The Ombudsman representative addressed the issue with staff who immediately posted current menu. Residents appeared clean and were appropriately dressed for the time of year and day.

The local Ombudsman Program received a total of one case and one complaint. The complaint was related to mismanaged personal

funds.  The Ombudsman representative met with the resident's family regarding the complaint.  The Ombudsman representative worked with the Department of Social Services and the Facility Business Manager to resolve the complaint.  The resident's outstanding balance from October 2017 was paid current.


     The Patient Care Ombudsman has no recommendations for the court at this time.


                              */s/Joseph Rodrigues*
     June 29, 2018           Joseph Rodrigues
                              State Long-Term Care Ombudsman