## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| In re: | ) | Bankruptcy Case No.      1:16-bk-10015 |
| Southern Inyo Healthcare District, Chapter 9 Debtor | ) ) ) | |
| | ) | DCN |
| _____ Debtor(s) | ) ) | |

### SUBSTITUTION OF ATTORNEY FOR

### Special Counsel for Southern Inyo Healthcare District

Debtor(s)        herein, hereby substitute(s):

> Jeffrey S. Shinbrot, Esquire (SBN 155486)
> JEFFREY S. SHINBROT, APLC
> 8200 Wilshire Boulevard, Suite 400
> Beverly Hill, California 90211
> (310) 659-5444

in place and stead of the present attorney:

> Samuel R. Maizel, Esquire
> Dentons US LLP
> 601 S Figueroa St #2500
> Los Angeles, CA 90017
> (213) 892-2910

I consent to the above substitution.

Dated  6-26-18

_____
Party

Dated _____

_____
Party

Dated  JULY 2, 2018

_____
Present Attorney for Party  SAMUEL R. MAIZEL
DENTONS US LLP

I am duly admitted to practice in this district, and I accept the above substitution.

Dated  7/2/2018

_____
JEFFREY S. SHINBROT, APLC