JOSEPH RODRIGUES
State Long-Term Care Ombudsman
Office of the State Long-Term Care Ombudsman
California Department of Aging
1300 National Drive, Suite 200
Sacramento, California 95834
Telephone: (916)419-7510
Facsimile: (916)928-2503

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**FRESNO DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 16-10015-A-9 |
| | ) | |
| | ) | Chapter 9 |
| Southern Inyo Healthcare District | ) | |
| | ) | **16th REPORT OF THE** |
| | ) | **PATIENT CARE OMBUDSMAN** |
| | ) | |
| | ) | |
| Debtor. | ) | (No Hearing Required) |

Pursuant to the order directing the appointment of a Patient Care Ombudsman entered by this court on February 17, 2016, Tracy Hope Davis, the United States Trustee, duly appointed Joseph Rodrigues, the California State Long-Term Care Ombudsman, as the Patient Care Ombudsman in this case.

In compliance with the notice of appointment, the Patient Care Ombudsman is submitting his 16th report, covering the period June 30, 2018 to August 28, 2018.

Respectfully submitted,

*/s/Joseph Rodrigues*
Joseph Rodrigues
State Long-Term Care Ombudsman

1

**16th REPORT OF THE PATIENT CARE OMBUDSMAN**

Eastern Sierra Area Agency on Aging is the designated Long-Term Care (LTC) Ombudsman Program for Inyo and Mono Counties and is the local representative of the Office of the State LTC Ombudsman. As mandated by the federal Older Americans Act (42 U.S.C. 3058g), LTC Ombudsman representatives identify, investigate and resolve complaints that are made by, or on behalf of residents of LTC facilities that relate to action, inaction or decisions that may adversely affect the health, safety, welfare or rights of residents. Paulette Erwin is the local Ombudsman representatives assigned to this facility.

Southern Inyo Hospital District is located at 501 E. Locust Street, Lone Pine, California. The California Department of Public Health, Licensing and Certification Division, licenses this facility as a Skilled Nursing Facility (SNF). SNFs provide housing, meals, medical care, personal care, social services, and social activities to people who have physical or behavioral conditions that prevent them from living alone.

The following information describes the number of visits made to the facility (complaint and non-complaint related), observations about privacy, food, the general status of the residents, any

complaints made by or on behalf of residents to the LTC Ombudsman

Program, and any changes in the census of the facility.


        The licensed capacity of the facility is 33, with a current

occupancy of 27.  There is no noted significant change in resident

mix, such as the admission of different client groups, younger

residents, etc.  The facility has hired a Director of Nursing, Gina

Symons for the skilled nursing part of the facility.  Because of the

rural nature of this facility, retaining qualified licensed

personnel continues to be a challenge.


        The local Ombudsman Program has not received any concerns

involving vendors, utilities, or external support factors that may

impact resident care.


        The local Ombudsman Program has conducted four visits during

this reporting period.  During these visits, the Ombudsman

representative noted the facility appeared to be clean with no

overwhelming odors.  The temperature in the facility was comfortable

for residents.  Residents appeared clean and were appropriately

dressed for the time of year and day.


        The local Ombudsman Program received a total of three cases and

three complaints.  The complaints during this reporting period

include the following:

A complaint related to a refusal to readmit a resident.  The Ombudsman representative worked with Southern Inyo Distinct Part Skilled Nursing Facility Director of Nursing, Gina Symons, and Ridgecrest Regional Hospital case managers to resolve the complaint. The resident was allowed to return to Southern Inyo Distinct Part Skilled Nursing Facility.

A complaint related to sexual abuse.  The facility reported to the Ombudsman Program, and indicated they reported to the California Department of Public Health and local law enforcement as required. Both the California Department of Public Health and local law enforcement are investigating the complaint.  The Ombudsman Program is working with the resident and family to resolve the complaint.

A complaint related to discharge planning.  The Ombudsman representative met with Director of Nursing, Gina Symons who indicated the facility was working on a discharge plan and would follow-up with the resident. The Ombudsman representative is continuing to work with the resident to resolve the complaint.

The Patient Care Ombudsman has no recommendations for the court at this time.

August 28, 2018

*/s/Joseph Rodrigues*
Joseph Rodrigues
State Long-Term Care Ombudsman