**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re<br>Southern Inyo Healthcare District,<br>　　　　　　　Debtor. | ) Case No. 16-10015 - A - 9<br>) Docket Control No.<br>) Document No. 1<br>) Date: 08/29/2018<br>) Time: 1:30 PM<br>) DEPT: A |

**Order**

IT IS ORDERED that the status conference is continued to October 16, 2018, at 1:30 p.m. in Courtroom 11, Fifth Floor, 2500 Tulare Street, Fresno, California.

IT IS FURTHER ORDERED that not later than 7 days prior to the continued hearing date, Ms. McDow, Mr. Walter and Mr. Bedoyan will each file and serve a status report.

Dated: Sep 05, 2018

Fredrick E. Clement
United States Bankruptcy Judge

# Instructions to Clerk of Court
## Service List – Not Part of Order/Judgment

The Clerk of Court is instructed to send the Order/Judgment or other court generated document transmitted herewith to the parties below. The Clerk of Court will send the Order via the BNC.

Southern Inyo Healthcare District
501 E. Locust St.
P.O. Box 1009
Lone Pine CA 93545

Ashley M. McDow
555 S. Flower St, #3500
Los Angeles CA 90071-2411

Hagop T. Bedoyan
5260 N. Palm Avenue, Suite 205
Fresno CA 93704

Riley C. Walter
205 E. River Park Circle, Ste. 410
Fresno CA 93720