6

HAGOP T. BEDOYAN, CSB NO. 131285
**KLEIN, DENATALE, GOLDNER,**
**COOPER, ROSENLIEB & KIMBALL, LLP**
5260 N. Palm Avenue, Suite 205
Fresno, California 93704
Telephone: (559) 438-4374
Facsimile: (661) 326-0418
Email: hbedoyan@kleinlaw.com;

Brandon N. Krueger, Esq. (SBN 221432)(Admission Pending)
*bkrueger@sallspencer.com*
Lara A.S. Callas, Esq. (SBN 174260)(Admission Pending)
*lcallas@sallspencer.com*
SALL SPENCER CALLAS & KRUEGER
A Law Corporation
32351 Coast Highway
Laguna Beach, CA 92651
Telephone: (949) 499-2942
Facsimile: (949) 499-7403

Attorneys for Healthcare Conglomerate Associates, LLC
and Vi Healthcare Finance, Inc.

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| In re:<br><br>SOUTHERN INYO HEALTHCARE DISTRICT,<br><br>　　　　　　　　Debtor. | Case No.: 16-10015-A-9<br><br>Chapter　9<br><br>DC No.:　KDG-4<br><br>Date:　November 4, 2018<br>Time:　1:30 p.m.<br>Place:　United States Bankruptcy Court<br>　　　　2500 Tulare Street, Fifth Floor<br>　　　　Department A, Courtroom 11<br>　　　　Fresno, California<br>Judge:　Honorable Fredrick E. Clement |

**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISQUALIFY ASHLEY M. MCDOW AND FOLEY & LARDNER AS ATTORNEYS FOR DEBTOR**

Pursuant to Federal Rules of Evidence, Rule 201, Vi Healthcare Finance, Inc. hereby requests the court to take judicial notice of the following documents:

1. Complaint for: (1) Avoidance of Unauthorized Post-Petition Transfers; (2) Breach of Contract; (3) Accounting; (4) Negligence; (5) Concealment; (6) Breach of Fiduciary Duty; (7) Declaratory Relief; (8) Equitable Subordination; (9) Violation of Government Code § 8314, filed on May 30, 2018 in the United States Bankruptcy Court Eastern District of California, Fresno Division Case of *Southern Inyo Healthcare District v. Healthcare Conglomerate Associates, LLC*, et al., bearing Case Number 18-01031 (Doc. #1), a true and correct copy of which is attached to the concurrently filed Appendix of Exhibits ("Appendix") as Exhibit "L," and is fully incorporated herein by reference.

2. Request for Judicial Notice in Support of Motion for Authorization to Reject Executory Contract of Healthcare Conglomerate Associates, LLC, filed on October 18, 2017 in the United States Bankruptcy Court Eastern District of California, Fresno Division Case of *Tulare Local Healthcare District, dba Tulare Regional Medical Center*, bearing Case Number 17-13797 ("Tulare Action") (Doc. #103), a true and correct copy of which is attached to the Appendix as Exhibit "M," and is fully incorporated herein by this reference.

3. Application for Ex Parte Order Authorizing FRBP 2004 Examination and Production of Documents (Bakerhostetler), filed on December 5, 2017 in the Tulare Action (Doc. #255), a true and correct copy of which is attached to the Appendix as Exhibit "N," and is fully incorporated herein by this reference.

4. Order Granting Application for Order Authorizing FRBP 2004 Examination and Production of Documents (Bakerhostetler), filed on December 5, 2017 in the Tulare Action (Doc. #256), a true and correct copy of which is attached to the Appendix as Exhibit "O," and is fully incorporated by this reference.

5. Proof of Claim, filed on April 10, 2018 in the Tulare Action (Claim #238), a true and correct copy of which is attached to the Appendix as Exhibit "P," and is fully incorporated by this reference.

6. Voluntary Petition for Non-Individuals Filing for Bankruptcy by Southern Inyo

1 Healthcare District, filed on January 4, 2016 in the current matter (Doc. #1), a true and correct
2 copy of which is attached to the Appendix as Exhibit "Q," and is fully incorporated by this
3 reference.

4     7.    Emergency Motion (1) for Authority to Immediately Terminate HCCA
5 Management Agreement or, in the Alternative, for Authority to Modify the Terms of the
6 HCCA Management Agreement in Order to Designate the Board as the Sole Signatory on all
7 District Bank Accounts and (2) to Continue Hearing on Second Amended Disclosure Statement
8 and Associated Filing Deadlines, filed on October 17, 2017 in the current matter (Doc. #325), a
9 true and correct copy of which is attached to the Appendix as Exhibit "R," and is fully
10 incorporated by this reference.

11     8.    Declaration of Ashley M. McDow in Support of the Emergency Motion (1) for
12 Authority to Immediately Terminate HCCA Management Agreement or, in the Alternative, for
13 Authority to Modify the Terms of the HCCA Management Agreement in Order to Designate
14 the Board as the Sole Signatory on All District Bank Accounts and (2) to Continue Hearing on
15 Second Amended Disclosure Statement and Associated Filing Deadlines, filed on October 17,
16 2017 in the current matter (Doc. #326), a true and correct copy of which is attached to the
17 Appendix as Exhibit "S," and is fully incorporated by this reference.

18     9.    Order Granting Application for Order Setting Hearing on Shortened Notice Re
19 Emergency Motion (1) For Authority to Immediately Terminate HCCA Management
20 Agreement or, in the Alternative, for Authority to Modify the Terms of the HCCA
21 Management Agreement in Order to Designate the Board as the Sole Signatory on All District
22 Bank Accounts and (2) to Continue Hearing on Second Amended Disclosure Statement and
23 Associated Filing Deadlines, filed on October 17, 2017 in the current matter (Doc. #328), a true
24 and correct copy of which is attached to the Appendix as Exhibit "T," and is fully incorporated
25 by this reference.

26     10.    Declaration Re Provision of Notice of Hearing on Emergency Motion, filed on
27 October 17, 2017 in the current matter (Doc. #329), a true and correct copy of which is attached
28 to the Appendix as Exhibit "U," and is fully incorporated by this reference.

11. Declaration of Ashley M. McDow in Support of the Emergency Motion to Continue Hearing on the Status Conference and the Associated Filing Deadlines, filed on October 26, 2017 in the current matter (Doc. #339), a true and correct copy of which is attached to the Appendix as Exhibit "V," and is fully incorporated by this reference.

12. Administrative Expense Claim, filed on November 6, 2017 in the current matter (Doc. #355), a true and correct copy of which is attached to the Appendix as Exhibit "W," and is fully incorporated by this reference.

13. Proof of Claim, filed on November 6, 2017 in the current matter (Claim #48-1), a true and correct copy of which is attached to the Appendix as Exhibit "X," and is fully incorporated by this reference.

14. Notice of Settlement Re: Emergency Motion (1) for Authority to Immediately Terminate HCCA Management Agreement or, in the Alternative, for Authority to Modify the Terms of the HCCA Management Agreement in Order to Designate the Board as the Sole Signatory on All District Bank Accounts; and (2) to Continue Hearing on Second Amended Disclosure Statement and Associated Filing Deadlines [Docket No. 325], filed on November 22, 2017 in the current matter (Doc. #377), a true and correct copy of which is attached to the Appendix as Exhibit "Y," and is fully incorporated by this reference.

15. Order Approving Stipulation Re Rejection of HCCA Management Agreement, filed on December 2, 2017 in the current matter (Doc. #382), a true and correct copy of which is attached to the Appendix as Exhibit "Z," and is fully incorporated by this reference.

16. Application for Ex Parte Order Authorizing FRBP 2004 Examination and Production of Documents (Southern Inyo Healthcare District), filed on December 8, 2017 in the current matter (Doc. #388), a true and correct copy of which is attached to the Appendix as Exhibit "AA," and is fully incorporated by this reference.

17. Order Granting Application for Order Authorizing FRBP 2004 Examination and Production of Documents (Southern Inyo Healthcare District), filed on December 12, 2017 in the current matter (Doc. #392), a true and correct copy of which is attached to the Appendix as Exhibit "BB," and is fully incorporated by this reference.

18. Second Amended Disclosure Statement with Respect to the Plan for the Adjustment of Debts of Southern Inyo Healthcare District, filed on January 17, 2018 in the current matter (Doc. #397), a true and correct copy of which is attached to the Appendix as Exhibit "CC," and is fully incorporated by this reference.

19. Request for Payment of Administrative Expense Claim of Healthcare Conglomerate Associates, LLC Arising Out of Rejection of Executory Contract (11 U.S.C. §§ 503(b) and 507(a)(2)), filed on January 30, 2018 in the current matter (Doc. #406), a true and correct copy of which is attached to the Appendix as Exhibit "DD," and is fully incorporated by this reference.

20. Ex Parte Motion to Remove from the Record and Replace the Chapter 9 Status Report Filed with the Court on May 17, 2018 Due to Inadvertent Disclosure of Highly Sensitive Information; Declaration of Ashley M. McDow in Support, filed on May 17, 2018 in the current matter (Doc. #436), a true and correct copy of which is attached to the Appendix as Exhibit "EE," and is fully incorporated by this reference.

21. Request for Payment of Administrative Expense Claim of Vi Healthcare Finance, Inc. (11 U.S.C. §§ 503(b) and 507(a)(2)), filed on June 8, 2018 in the current matter (Doc. #447), a true and correct copy of which is attached to the Appendix as Exhibit "FF," and is fully incorporated by this reference.

22. Substitution of Attorney for Baker & Hostetler LLP, filed on June 14, 2018 in the current matter (Doc. #450), a true and correct copy of which is attached to the Appendix as Exhibit "GG," and is fully incorporated by this reference.

//
//
//
//
//
//
//

23. Order Approving Substitution of Attorney, filed on June 26, 2018 in the current matter (Doc. #452), a true and correct copy of which is attached to the Appendix as Exhibit "HH," and is fully incorporated by this reference.

Dated: October 15, 2018

KLEIN, DENATALE, GOLDNER, COOPER, ROSENLIEB & KIMBALL LLP

By: /s/ *Hagop T. Bedoyan*
HAGOP T. BEDOYAN,
Attorneys for HealthCare Conglomerate Associates, LLC and Vi Healthcare Finance, Inc.