**4**

1  HAGOP T. BEDOYAN, CSB NO. 131285
   **KLEIN DENATALE GOLDNER**
2  　**COOPER ROSENLIEB & KIMBALL LLP**
   5260 N. Palm Avenue, Suite 205
3  Fresno, California 93704
   Telephone: (559) 438-4374
4  Facsimile: (661) 326-0418
   E-mail: hbedoyan@kleinlaw.com

Attorneys for HealthCare Conglomerate Associates, LLC
and VI Healthcare Finance, Inc.

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| In re: | Case No.: 16-10015-A-9 |
| SOUTHERN INYO HEALTHCARE DISTRICT, | Chapter 9 |
| Chapter 9 Debtor. | DC No.: KDG-4 |

# PROOF OF SERVICE

I am employed in the County of Fresno, State of California. I am over the age of 18 and not a party to the within action; my business address is 5260 N. Palm Avenue, Suite 205, Fresno, California 93704.

On **October 16, 2018**, I served the foregoing document(s) described as follows:

# AMENDED
## DECLARATION OF HAGOP T. BEDOYAN IN SUPPORT OF MOTION TO DISQUALIFY ASHLEY M. MCDOW AND FOLEY & LARDNER AS ATTORNEYS FOR THE DEBTOR

☐ by placing true copies thereof addressed as follows:

☒ by scanning the original and serving by email as follows:

**SEE ATTACHED SERVICE LIST BY ELECTRONIC MAIL**

☒ **BY ELECTRONIC MAIL**    Pursuant to FRCP 5(b)(2)(E) accomplished by transmitting an e-mail which includes as a .PDF attachment of the document(s) served. The subject line of the e-mail shall include the words "Service Pursuant to FRCP 5," along with the case or proceeding number and the title(s) of the document(s) served.

☒ by placing true copies thereof addressed as follows:

☐ by scanning the original and serving by email as follows:

**SEE ATTACHED SERVICE LIST BY FIRST CLASS MAIL**

☒ **BY FIRST CLASS MAIL**    I enclosed such document in sealed envelope(s) with the name(s) and address(es) of the person(s) served as shown on the envelope(s) and caused such envelope(s) to be deposited in the mail at Fresno, California. The envelope(s) was/were mailed with postage thereon fully prepaid. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. postal service on that same day in the ordinary course of business. I am aware that on motion of party, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Executed on **October 16, 2018,** at Fresno, California.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

Terry Douty
Type or Print Name           Signature

SOUTHERN INYO HEALTHCARE DISTRICT   16-10015-A-9
ELECTRONIC SERVICE LIST


Ashley M. McDow on behalf of Debtor - **Southern Inyo Healthcare District**
amcdow@foley.com

Office of the U.S. Trustee
ustpregion17.fr.ecf@usdoj.gov   robin.tubesing@usdoj.gov

Riley C. Walter on behalf of Interested Party - **Tulare Local Healthcare District**
ECF@w2blaw.com

Todd Wynkoop on behalf of Interested Party – **Tulare Local Healthcare District**
Todd.wynkoop@mccormickbarstow.com

Trevor R. Pincock on behalf of Creditor - **Healthcare Resource Group**
tpincock@lukins.com

Russell W. Reynolds on behalf of Creditor - **Southern Mono Healthcare District**
rwrlaw4335@aol.com; rreynolds@ch-law.com; sjohnson@ch-law.com

Peter E. Tracy on behalf of Creditor - **Milton R. Jones, M.D.**
inyomono@stanfordalumni.org; mdecoster3@gmail.com

Kenneth J. MacArthur on behalf of Creditor - **EverBank Commercial Finance, Inc.**
kjm@troygould.com

Gerald N. Sims on behalf of Creditor - **BETA Risk Management Authority**
jerrys@psdslaw.com; bonniec@psdslaw.com

Phillip M. Hudson, Saul Ewing Arnstein & Lehr LLP for Creditor - **Integrity Healthcare Locums** LLC   phil.hudson@saul.com; kevin.morse@saul.com

Jeffrey Shinbrot, Esq., on behalf of Southern Inyo Healthcare - jeffrey@shinbrotfirm.com

SOUTHERN INYO HEALTHCARE DISTRICT CHAPTER 9     2016-10015-9-A

SERVICE BY REGULAR MAIL:

*Debtor*
Southern Inyo Healthcare District
P.O. Box 1009
Lone Pine, CA 93545

*Counsel for*
Southern Inyo Healthcare District
ATTN: Scott Nave, Esq.
Nave & Cortel, LLP
30721 Russell Ranch Rd. Ste. 140
Westlake Village, CA 91362-7383

*Committee Member*
**Onestaff Medical, LLC**
ATTN: Todd Livingston
11819 Miracle Hills Dr #101
Omaha, NE 68154

*Committee Member*
LeRoy Kritz
P.O. Box 784
Lone Pine, CA 93545

Adventist Health System/West
Attn: Heather S. Candy
2100 Douglas Blvd.
Roseville, CA 95661

Eric S. Goldstein on behalf of Creditor
Optum Bank, Inc
c/o Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT 06103-1919