**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**CIVIL MINUTES**

---

**Case Title:** Southern Inyo Healthcare District

**Case No.:** 16-10015 - A - 9

**Docket Control No.**
**Date:** 10/16/2018
**Time:** 1:30 PM

**Matter:** Continued Status Conference Re: Chapter 9 Voluntary Petition - [1] - Chapter 9 Voluntary Petition. All Schedules and Statements filed. (Fee Paid $1717.00) (eFilingID: 5703003) (dnes)

**Judge:** Fredrick E. Clement
**Courtroom Deputy:** Lisamarie Tristan
**Reporter:** Electronic Record
**Department:** A

---

**APPEARANCES for:**
**Movant(s):**
Debtor's Attorney - Ashley M. McDow
**Respondent(s):**
Creditor's Attorney - Hagop T. Bedoyan;
(by phone) Creditor's Attorney - Gerald N. Sims;
(by phone) Creditor's Attorney - Latonia C. Williams;
Interested Party's Attorney - Riley C. Walter

---

**CIVIL MINUTES**

As more fully set forth on the record,

The court continued the status conference to December 12, 2018 at 1:30 p.m. in Courtroom 11, Fifth Floor, 2500 Tulare Street, Fresno, California.

The parties shall file and serve status reports not later than December 5, 2018.