JOSEPH RODRIGUES
State Long-Term Care Ombudsman
Office of the State Long-Term Care Ombudsman
California Department of Aging
1300 National Drive, Suite 200
Sacramento, California 95834
Telephone: (916)419-7510
Facsimile: (916)928-2503

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**FRESNO DIVISION**

| | |
|---|---|
| In re: | Case No. 16-10015-A-9 |
| | Chapter 9 |
| Southern Inyo Healthcare District | |
| | **17th REPORT OF THE** |
| | **PATIENT CARE OMBUDSMAN** |
| Debtor. | (No Hearing Required) |

Pursuant to the order directing the appointment of a Patient Care Ombudsman entered by this court on February 17, 2016, Tracy Hope Davis, the United States Trustee, duly appointed Joseph Rodrigues, the California State Long-Term Care Ombudsman, as the Patient Care Ombudsman in this case.

In compliance with the notice of appointment, the Patient Care Ombudsman is submitting his 17th report, covering the period August 29, 2018 to October 26, 2018.

　　　　　　　　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　*/s/Joseph Rodrigues*
　　　　　　　　　　　　　　　　Joseph Rodrigues
　　　　　　　　　　　　　　　　State Long-Term Care Ombudsman

1

**17th REPORT OF THE PATIENT CARE OMBUDSMAN**

Eastern Sierra Area Agency on Aging is the designated Long-Term Care (LTC) Ombudsman Program for Inyo and Mono Counties and is the local representative of the Office of the State LTC Ombudsman. As mandated by the federal Older Americans Act (42 U.S.C. 3058g), LTC Ombudsman representatives identify, investigate and resolve complaints that are made by, or on behalf of residents of LTC facilities that relate to action, inaction or decisions that may adversely affect the health, safety, welfare or rights of residents. Paulette Erwin is the local Ombudsman representatives assigned to this facility.

Southern Inyo Hospital District is located at 501 E. Locust Street, Lone Pine, California. The California Department of Public Health (CDPH), Licensing and Certification Division, licenses this facility as a Skilled Nursing Facility (SNF). SNFs provide housing, meals, medical care, personal care, social services, and social activities to people who have physical or behavioral conditions that prevent them from living alone.

The following information describes the number of visits made to the facility (complaint and non-complaint related), observations about privacy, food, the general status of the residents, any

complaints made by or on behalf of residents to the LTC Ombudsman Program, and any changes in the census of the facility.

The licensed capacity of the facility is 33, with a current occupancy of 26. There is no noted significant change in resident mix, such as the admission of different client groups, younger residents, etc.

The local Ombudsman Program has not received any concerns involving vendors, utilities, or external support factors that may impact resident care.

The local Ombudsman Program has conducted six visits during this reporting period. During these visits, the Ombudsman representative noted the facility appeared to be clean with no overwhelming odors. Residents appeared clean and were appropriately dressed for the time of year and day. During these visits the Ombudsman spoke with several residents regarding the posted menu and residents indicated they were satisfied with the meals.

The local Ombudsman representative received a total of one case and one complaint. The complaint during this reporting period includes the following:

3

A complaint related to resident to resident sexual abuse. The Ombudsman representative met with the resident who was unable to provide consent for the Ombudsman representative to assist in the resolution of the complaint. The Ombudsman representative spoke with the Director of Nursing, Gina Symons. According to the Director of Nursing, the facility immediately scheduled additional supervision for all residents to monitor inappropriate sexual behaviors and has met with the resident's family. The Ombudsman representative contacted the resident's spouse who indicated he was satisfied with the way the facility handled the incident and if there were any other incidents he would contact the Ombudsman representative.

The Patient Care Ombudsman has no recommendations for the court at this time.

October 26, 2018         */s/Joseph Rodrigues*
                         Joseph Rodrigues
                         State Long-Term Care Ombudsman

4