# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>SOUTHERN INYO HEALTHCARE DISTRICT<br><br>        Debtor. | Case No. 16-10015-A-9<br>KDG-4 |

**Order Regarding Stipulation to Continue Hearing Date**

Since it is true that:

1. Southern Inyo Healthcare District filed a Chapter 9 bankruptcy on January 4, 2016;
2. Healthcare Conglomerate Associates and Vi Healthcare Finance, Inc. has moved to disqualify Ashley McDow and Foley & Lardner LLP as counsel for Southern Inyo Healthcare District, with the hearing on that motion scheduled for November 14, 2018;
3. a discovery dispute exists with respect to a subpoena served by Ashley McDow and Foley & Lardner LLP;
4. the parties have stipulated to a compressed scheduled for resolving the discovery dispute and to continuance of the motion to disqualify. Stipulation, November 2, 2018, ECF # 508;
5. the court is agreeable to allowing the parties additional time to (A) obtain discovery (including resolution of discovery issues); (B) provide a full evidentiary record for resolution of the disqualification motion; and (C) fully brief the legal and factual issues raised by the motion; and
6. the proposed hearings on the motions to quash and to disqualify do not allow the court a meaningful opportunity to review the voluminous documents filed in support of the motions, *see* Stipulation ¶ 1(h),(i) (allowing this court only two business days after the reply brief to review all documents).

Therefore, it is hereby ordered that:

1. the stipulation, November 2, 2018, ECF # 508, is rejected;

    2.    respondents need not file opposition to the motion to disqualify prior to the hearing date of November 14, 2018; and

    3.    the court will treat the hearing date of November 14, 2018, as a scheduling conference.

Dated: November 6, 2018

_____
Fredrick E. Clement
United States Bankruptcy Judge

# Instructions to Clerk of Court
## Service List – Not Part of Order/Judgment

The Clerk of Court is instructed to send the Order/Judgment or other court generated document transmitted herewith to the parties below. The Clerk of Court will send the Order via the BNC.

Ashley M. McDow
555 S. Flower St, #3500
Los Angeles CA 90071-2411

Hagop T. Bedoyan
5260 N. Palm Avenue, Suite 205
Fresno CA 93704