**3**

HAGOP T. BEDOYAN, CSB No. 131285
**KLEIN, DENATALE, GOLDNER,**
  **COOPER, ROSENLIEB & KIMBALL LLP**
5260 N. Palm Avenue, Suite 205
Fresno, California 93704
Telephone: (559) 438-4374
Facsimile: (661) 326-0418
E-mail: hbedoyan@kleinlaw.com

Brandon N. Krueger, Esq. (SBN 221432)
*bkrueger@sallspencer.com*
Lara A.S. Callas, Esq. (SBN 174260)
*lcallas@sallspencer.com*
SALL SPENCER CALLAS & KRUEGER
A Law Corporation
32351 Coast Highway
Laguna Beach, CA 92651
Telephone: (949) 499-2942
Facsimile: (949) 499-7403

Attorneys for HealthCare Conglomerate Associates, LLC.,
Vi Healthcare Finance, Inc., Medflow P.C., and Tulare Asset Management, LLC

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| In re:<br><br>SOUTHERN INYO HEALTHCARE DISTRICT,<br><br>Debtor. | Case No. 16-10015-A-9<br><br>Chapter 9<br><br>DC NO.: KDG-5<br><br>Date: November 29, 2018<br>Time: 1:30 p.m.<br>Place: United States Bankruptcy Court<br>2500 Tulare Street, Fifth Floor<br>Department A, Courtroom 11<br>Fresno, California<br>Judge: Honorable Fredrick E. Clement |

### MOTION TO QUASH OR FOR PROTECTIVE ORDER REGARDING<br>SUBPOENA TO BAKER & HOSTETLER LLP

**TO THE HONORABLE FREDRICK E. CLEMENT, UNITED STATES BANKRUPTCY JUDGE:**

The *Motion to Quash or For Protective Order Regarding Subpoena to Baker & Hostetler LLP* (the "Motion") filed by HealthCare Conglomerate Associates, LLC ("HCCA") and Vi Healthcare Finance, Inc., Medflow P.C., and Tulare Asset Management, LLC (collectively, the

"Benzeevi Group"), represents as follows:

This Motion is brought pursuant to Federal Rule of Civil Procedure 45, and also implicates California Rules of Professional Conduct Rule 3-310, Local Bankruptcy Rule ("LBR") 1001-1(c) and Rule 180 of the Local Rules of Practice for the United States District Court for the Eastern District of California and applicable case law.

The Motion seeks an order of the Court quashing a subpoena purportedly served on October 29, 2018 (the "Subpoena"), by debtor Southern Inyo Healthcare District ("Debtor" or "Inyo") on the law firm of Baker & Hostetler ("Baker"), former counsel for the Benzeevi Group, seeking invoices for legal services performed by Baker for the Benzeevi Group from 2009 through 2017. These invoices are sought by Debtor and their counsel, Foley & Lardner, for the purpose of opposing the pending Motion for Disqualification. [See Bedoyan Decl., ¶ 9, filed concurrently].

The Motion is based on the grounds that the Subpoena is improper and must be quashed on the following grounds; (1) The Subpoena itself seeking documents concerning Ms. McDow's and Mr. Farivar's former clients is a direct adverse action representing a further violation of the continuing duty of loyalty by Ashley McDow and her associate, Fahim Farivar, formerly from Baker, and imputed to their firm Foley & Lardner; (2) The Subpoena seeks information protected by the attorney-client privilege and client confidentiality; (3) The Subpoena seeks documents which are irrelevant and unnecessary to ruling on the Motion for Disqualification, and is overbroad; and (4) the Subpoena seeks documents, the production and unrestricted use of which will potentially be prejudicial to HCCA's and Vi's interests as creditors and as defendants in the adversary action in this proceeding.

The Motion will be based on this Motion, the Notice of Hearing, the Memorandum of Points and Authorities in support of the Motion, the Declaration of Hagop T. Bedoyan, and the Exhibits in Support of the Declaration of Hagop T. Bedoyan, as well as any other documentary or oral evidence presented in reply or at the hearing on the Motion.

WHEREFORE, the Benzeevi Group moves the Court for an order:

1. Granting the *Motion to Quash or For Protective Order Regarding Subpoena to Baker & Hostetler LLP*, and

///

2. Granting such other and further relief as is just and proper.

Dated: November 6, 2018

KLEIN, DENATALE, GOLDNER, COOPER, ROSENLIEB & KIMBALL LLP

By: /s/ Hagop T. Bedoyan
HAGOP T. BEDOYAN,
Attorneys for HealthCare Conglomerate Associates, LLC, Vi Healthcare Finance, Inc., Medflow P.C., and Tulare Asset Management, LLC

3
(KDG-S) MOTION TO QUASH