**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**CIVIL MINUTES**

---

| | |
|---|---|
| **Case Title:** Southern Inyo Healthcare District | **Case No.:** 16-10015 - A - 9 |
| | **Docket Control No.** KDG-4 |
| | **Date:** 11/14/2018 |
| | **Time:** 1:30 PM |

**Matter:** [484] - Motion/Application to Disqualify Ashley M. McDow and Foley & Lardner as Attorneys for the Debtor [KDG-4] Filed by Creditors HealthCare Conglomerate Associates, LLC, VI Healthcare Finance, Inc. (jflf)

**Judge:** Fredrick E. Clement
**Courtroom Deputy:** Lisamarie Tristan
**Reporter:** Electronic Record
**Department:** A

---

**APPEARANCES for:**
**Movant(s):**
Creditor's Attorney - Hagop T. Bedoyan;
Creditor's Attorney - Brandon Krueger
**Respondent(s):**
(by phone) Debtor's Attorney - Ashley McDow;
Interested Party's Attorney - Riley Walter

---

**CIVIL MINUTES**

As more fully set forth on the record,

The court continued the status conference to December 19, 2018 at 1:30 p.m. in Courtroom 11, Fifth Floor, 2500 Tulare Street, Fresno, California.

No opposition to this motion is due at this time.

The Motion to Quash, Motion for Protective Order, ECF No. 512 [KDG-5], was continued to December 19, 2018 at 1:30 p.m. in Courtroom 11, Fifth Floor, 2500 Tulare Street, Fresno, California. Opposition is due not later than December 5, 2018. Briefs are due not later than December 5, 2018. Reply is due not later than December 12, 2018. The court will issue an order.