**5**

1   HAGOP T. BEDOYAN, CSB NO. 131285
2   **KLEIN, DENATALE, GOLDNER,**
    **COOPER, ROSENLIEB & KIMBALL, LLP**
3   5260 N. Palm Avenue, Suite 205
    Fresno, California 93704
4   Telephone: (559) 438-4374
    Facsimile: (661) 326-0418
5   Email: hbedoyan@kleinlaw.com
6
    Brandon N. Krueger, Esq. (SBN 221432)
7   *bkrueger@sallspencer.com*
    Lara A.S. Callas, Esq. (SBN 174260)
8   *lcallas@sallspencer.com*
9   SALL SPENCER CALLAS & KRUEGER
    A Law Corporation
10  32351 Coast Highway
    Laguna Beach, CA 92651
11  Telephone: (949) 499-2942
    Facsimile: (949) 499-7403
12
13  Attorneys for Healthcare Conglomerate Associates, LLC and
    Vi Healthcare Finance, Inc.
14
15              UNITED STATES BANKRUPTCY COURT
16      EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION
17

| In re: | Case No.: 16-10015-A-9 |
|---|---|
| SOUTHERN INYO HEALTHCARE DISTRICT, | Chapter   9 |
| | DC No.:   KDG-5 |
| Debtor. | Date:      December 19, 2018 |
| | Time:      1:30 p.m. |
| | Place:     United States Bankruptcy Court |
| | 2500 Tulare Street, Fifth Floor |
| | Department A, Courtroom 11 |
| | Fresno, California |
| | Judge:     Honorable Fredrick E. Clement |

18
19
20
21
22
23
24
25
26      **SUPPLEMENTAL DECLARATION OF HAGOP T. BEDOYAN IN SUPPORT OF**
27      <u>**MOTION TO QUASH SUBPOENA TO BAKER HOSTETLER LLP**</u>
28

1    I, the undersigned, hereby declare as follows:

2    I am licensed to practice law in California. I am admitted to practice before the United

3    States District Court of the Eastern District of California and I am a partner in the law firm

4    Klein, DeNatale, Goldner, Cooper, Rosenlieb & Kimball, LLP ("KDG"). KDG is counsel of

5    record for Healthcare Conglomerate Associates, LLC ("HCCA") and VI Healthcare Finance,

6    Inc., ("Vi"), creditors in the above-referenced Chapter 9 case, and also counsel to Medflow, PC

7    and Tulare Asset Management in relation to this Motion to Quash the Subpoena to Baker

8    Hostetler, LLP (the "Motion to Quash"). I have personal knowledge of the matters stated in

9    this declaration. If the Court or a party called on me to do so, I could and would competently

10   testify to these facts under oath.  I have been certified as a specialist in Bankruptcy by the

11   California State Bar's Board of Legal Specialization since 1995. I submit this supplemental

12   declaration in support of the Motion to Quash.

13        1.    On November 14, 2018, I attended the Status Conference in this matter relating

14   to the Motion to Quash as well as the pending Motion to Disqualify Foley & Lardner and

15   Ashley McDow (the "DQ Motion").  At this Conference, your Honor ordered that Debtor's

16   opposition to the Motion to Quash would be due on December 5, 2018 and the Reply in

17   Support of the Motion to Quash would be due on December 12, 2018.  The Court also ordered

18   that each party should submit a separate brief due on the same day as the Opposition and the

19   Reply, respectively, addressing: (1) which old and new Rules of Professional Conduct ("RPC")

20   are applicable, (2) whether there are differences in the applicable old and new RPC, and (3) if

21   there are differences, whether the new RPC apply retroactively.

22        2.    I did not receive a copy of the Objection to the Motion to Quash on December 5,

23   2018. The first I learned that the Objection was filed was when I received an ECF notification

24   at approximately 3:30 p.m. notifying me that the Objection had been filed at 1:36 a.m. on

25   December 6, 2018 and had been docketed by the Court at 11:22 a.m. on December 6, 2018.

26        3.    [Dkt No. 529].  To date, I have never received an e-mail with a PDF attachment

27   of the Objection as required by Local Rule 7005-1(d).

28

1    4.    HCCA submitted its administrative expense claim on January 30, 2018 (Dkt.

2  No. 406) and Vi Healthcare Finance submitted its administrative expense claim on June 8, 2018

3  (Dkt. No. 447).  Dkt Nos 406 and 447 were submitted as exhibits BB and DD in support of the

4  DQ Motion for the Court's convenience [KDG-4].    While Samuel Maizel of Dentons was

5  originally the attorney handling the Debtor's objection to HCCA's administrative expense

6  claim, he has since withdrawn from representing Debtor in this proceeding. To date, no

7  hearings have been set to address these two administrative expense claims.

8         I declare under penalty of perjury that the foregoing statements are true and correct and

9  that if called as a witness herein I could and would competently testify thereto, and that this

10 declaration was executed on December 12, 2018 at Fresno, California.

                                    HAGOP T. BEDOYAN