UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case No. 16-10015-A-9 |
| SOUTHERN INYO HEALTHCARE DISTRICT | KDG-5 |
| Debtor. | |

Order Regarding Motion to Quash and/or for Protective Order

It is hereby ordered that:

1. the motion to quash is denied;
2. the motion for protective order is granted to the extent provided herein;
3. for any of the records covered by the subpoena that forms the basis of this dispute, Ashley M. McDow and/or Foley & Lardner, LLP, without further authorization by this court, shall (A) not disseminate the records except to Ashley M. McDow and any other regular partner or regular employee of Foley & Lardner, LLP; (B) not use the records except in conjunction with the pending motion to disqualify Ashley M. McDow and Foley & Lardner, LLP;
4. if Ashley M. McDow and/or Foley & Lardner, LLP intend to use any of the records received in response to the subpoena that forms the basis of this dispute, they shall file those records under seal, Fed. R. Bankr. P. 9018, LBR 9018-1; and
5. all other requested relief is denied.

Dated: December 18, 2018

_____
Fredrick E. Clement
United States Bankruptcy Judge

# Instructions to Clerk of Court
## Service List – Not Part of Order/Judgment

The Clerk of Court is instructed to send the Order/Judgment or other court generated document transmitted herewith to the parties below. The Clerk of Court will send the Order via the BNC.

Office of the U.S. Trustee
United States Courthouse
2500 Tulare Street, Room 1401
Fresno CA 93721

Ashley M. McDow
555 S. Flower St, #3500
Los Angeles CA 90071-2411

Hagop T. Bedoyan
5260 N. Palm Avenue, Suite 205
Fresno CA 93704