**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**CIVIL MINUTES**

---

**Case Title:** Southern Inyo Healthcare District

**Case No.:** 16-10015 - A - 9

**Docket Control No.** KDG-4
**Date:** 12/19/2018
**Time:** 1:30 PM

**Matter:** [484] - Motion/Application to Disqualify Ashley M. McDow and Foley & Lardner as Attorneys for the Debtor [KDG-4] Filed by Creditors HealthCare Conglomerate Associates, LLC, VI Healthcare Finance, Inc. (jflf)

**Judge:** Fredrick E. Clement
**Courtroom Deputy:** Lisamarie Tristan
**Reporter:** Electronic Record
**Department:** A

---

**APPEARANCES for:**
**Movant(s):**
Creditor's Attorney - Hagop T. Bedoyan;
Creditor's Attorney - Brandon Krueger
**Respondent(s):**
(by phone) Creditor's Attorney - Latonia C. Williams;
(by phone) Debtor's Attorney - Ashley McDow;
Interested Party's Attorney - Riley Walter

---

**CIVIL MINUTES**

As more fully set forth on the record,

The court continued the status conference to January 9, 2019 at 10:30 a.m. at the Bakersfield Federal Courthouse, 510 19th Street, Second Floor, Bakersfield, California.