## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
## CIVIL MINUTES

**Case Title:** Southern Inyo Healthcare District

**Case No.:** 16-10015 - A - 9

**Docket Control No.**

**Date:** 12/19/2018
**Time:** 1:30 PM

**Matter:** Continued Status Conference Re: Chapter 9 Voluntary Petition. All Schedules and Statements filed. (Fee Paid $1717.00) (eFilingID: 5703003) (dnes) - [1] - Chapter 9 Voluntary Petition. All Schedules and Statements filed. (Fee Paid $1717.00) (eFilingID: 5703003) (dnes)

**Judge: Fredrick E. Clement**
**Courtroom Deputy: Lisamarie Tristan**
**Reporter: Electronic Record**
**Department: A**

**APPEARANCES for:**
**Movant(s):**
(by phone) Debtor's Attorney - Ashley McDow
**Respondent(s):**
Creditor's Attorney - Hagop T. Bedoyan;
(by phone) Creditor's Attorney - Latonia C. Williams;
Creditor's Attorney - Brandon Krueger;
Interested Party's Attorney - Riley Walter

## CIVIL MINUTES

As more fully set forth on the record,

The court continued the status conference to January 9, 2019 at 10:30 a.m. at the Bakersfield Federal Courthouse, 510 19th Street, Second Floor, Bakersfield, California.