## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
## CIVIL MINUTES

**Case Title:** Southern Inyo Healthcare District

**Case No.:** 16-10015 - A - 9

**Docket Control No.** KDG-4
**Date:** 01/09/2019
**Time:** 10:30 AM

**Matter:** [484] - Motion/Application to Disqualify Ashley M. McDow and Foley & Lardner as Attorneys for the Debtor [KDG-4] Filed by Creditors HealthCare Conglomerate Associates, LLC, VI Healthcare Finance, Inc. (jflf)

**Judge:** Fredrick E. Clement
**Courtroom Deputy:** Rosalia Estrada
**Reporter:** Electronic Record
**Department:** A

**APPEARANCES for:**
**Movant(s):**
(by phone) Creditor's Attorney - Hagop T. Bedoyan;
(by phone) Creditor's Attorney - Brandon N. Krueger;
**Respondent(s):**
(by phone) Creditor's Attorney - Gerald N. Sims;
(by phone) Creditor's Attorney - Latonia C. Williams;
(by phone) Debtor's Attorney - Ashley M. McDow;

## CIVIL MINUTES

As more fully set forth on the record,

1. The status conference on the motion to disqualify will be continued to March 21, 2019, at 1:30 p.m. in Courtroom 11, Fifth Floor, 2500 Tulare Street, Fresno, California.

2. Not later than January 30, 2019, the movant may file a supplemental brief. The page limit for the brief is 15 pages. There is no page limit for exhibits.

3. Not later than February 20, 2019, the respondent may file an opposition.

4. Not later than March 6, 2019, the movant may file a reply. Thereafter, the record for this motion will be closed, absent further order of this court.