**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**CIVIL MINUTES**

---

**Case Title:** Southern Inyo Healthcare District

**Case No.:** 16-10015 - A - 9

**Docket Control No.**

**Date:** 01/09/2019
**Time:** 10:30 AM

**Matter:** Continued Status Conference Re: Chapter 9 Voluntary Petition - [1] - [1] - Chapter 9 Voluntary Petition. All Schedules and Statements filed. (Fee Paid $1717.00) (eFilingID: 5703003) (dnes)

**Judge:** Fredrick E. Clement
**Courtroom Deputy:** Rosalia Estrada
**Reporter:** Electronic Record
**Department:** A

---

**APPEARANCES for:**
**Movant(s):**
(by phone) Debtor's Attorney - Ashley M. McDow
**Respondent(s):**
(by phone) Creditor's Attorney - Hagop T. Bedoyan;
(by phone) Creditor's Attorney - Brandon N. Krueger;
(by phone) Creditor's Attorney - Gerald N. Sims;
(by phone) Creditor's Attorney - Latonia C. Williams

---

**CIVIL MINUTES**

As more fully set forth on the record,

The status conference will be continued to March 21, 2019, at 1:30 p.m. in Courtroom 11, Fifth Floor, 2500 Tulare Street, Fresno, California, to coincide with the motion to disqualify, ECF No. 484.