**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re<br>Southern Inyo Healthcare District,<br>                Debtor. | ) Case No. 16-10015 - A - 9<br>) Docket Control No.<br>) Document No. 1<br>) Date: 01/09/2019<br>) Time: 10:30 AM<br>) DEPT: A |

**Order**

IT IS ORDERED that the status conference is continued to March 21, 2019, at 1:30 p.m. in Courtroom 11, Fifth Floor, 2500 Tulare Street, Fresno.

Dated: Jan 11, 2019

_____
Fredrick E. Clement
United States Bankruptcy Judge

Continued Status Conference Re: Chapter 9 Voluntary Petition - [1] - [1] - Chapter 9 Voluntary Petition. All Schedules and Statements filed. (Fee Paid $1717.00) (eFilingID: 5703003) (dnes)

# Instructions to Clerk of Court
## Service List – Not Part of Order/Judgment

The Clerk of Court is instructed to send the Order/Judgment or other court generated document transmitted herewith to the parties below. The Clerk of Court will send the Order via the BNC.

Southern Inyo Healthcare District
501 E. Locust St.
P.O. Box 1009
Lone Pine CA 93545

Ashley M. McDow
555 S. Flower St, #3500
Los Angeles CA 90071-2411

Gerald N. Sims
401 B St #1500
San Diego CA 92101

Hagop T. Bedoyan
5260 N. Palm Avenue, Suite 205
Fresno CA 93704

Latonia C. Williams
1 Constitution Plaza
Hartford CT 06103-1919