Ashley M. McDow (245114)
**FOLEY & LARDNER LLP**
555 S. Flower St., Suite 3300
Los Angeles, CA 90071
Telephone:  213.972.4500
Facsimile:   213.486.0065
Email:         amcdow@foley.com

Attorneys for Debtor,
SOUTHERN INYO HEALTHCARE DISTRICT

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

## FRESNO DIVISION

| In re | Case No.: 2016-10015 |
|---|---|
| SOUTHERN INYO HEALTHCARE DISTRICT, | Chapter 9 |
| | FL-003 |
| Debtor. | **DEBTOR'S EX PARTE MOTION TO FILE DOCUMENTS UNDER SEAL RELATING TO MOTION TO DISQUALIFY ASHLEY M. MCDOW AND FOLEY & LARDNER AS ATTORNEYS FOR DEBTOR** |
| | Date: N/A<br>Time: N/A<br>Place: Dept. A, Ctrm 11<br>U.S. Bankruptcy Court<br>2500 Tulare Street<br>Fresno, CA 93721 |

**EX PARTE MOTION TO FILE DOCUMENTS UNDER SEAL RELATING TO MOTION TO DISQUALIFY ASHLEY M. MCDOW AND FOLEY & LARDNER AS ATTORNEYS FOR THE DEBTOR**

**TO THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF CALIFORNIA:**

SOUTHERN INYO HEALTHCARE DISTRICT, the debtor in the above-captioned bankruptcy case (the "Debtor"), hereby moves (the "Motion") for an order authorizing documents

- 1 -

to be filed under seal in connection with its *Objection to Motion to Disqualify Ashley M. McDow and Foley & Lardner as Attorneys for Debtor* (the "Objection"), which Objection was ordered by this Court to be filed no later than February 20, 2019.

In support of the Objection, the Debtor anticipates that it will be submitting, as exhibits to the Objection or a declaration in support of the Objection, certain legal invoices generated by Baker & Hostetler ("Invoices") containing information that Healthcare Conglomerates Associates, LLC and Vi Healthcare Finance, Inc. (collectively, the "Movants") have asserted is protected by the attorney-client privilege and/or is confidential. Pursuant to this Court's order, the Debtor respectfully requests that the Court authorize the filing of the Invoices under seal.

11 U.S.C. §I07 (b) and (c), Fed. R. Bankr. Proc. Rule 9018, and Local Rule 9018-1 provide that the bankruptcy court, for cause shown, may order documents to be filed under seal. Here, because of the Movants' assertion that the documents contain attorney client privileged and/or confidential information, and the fact that the Court has ordered that the Debtor file a motion seeking authority to file the Invoices under seal, the Debtor submits that it would be appropriate for the Court to enter an order authorizing the filing of the Invoices under seal.

Wherefore, the Debtor respectfully requests that:

1. The Motion be granted; and

2. The Debtor be authorized to file the Invoices under seal.

Dated: February 15, 2019　　　　Respectfully submitted,

**FOLEY & LARDNER LLP**

By:　　　/s/ Ashley M. McDow

　　　Ashley M. McDow
　　　Attorneys for Debtor, SOUTHERN
　　　INYO HEALTHCARE DISTRICT