JOSEPH RODRIGUES
State Long-Term Care Ombudsman
Office of the State Long-Term Care Ombudsman
California Department of Aging
1300 National Drive, Suite 200
Sacramento, California 95834
Telephone: (916)419-7510
Facsimile: (916)928-2503

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**FRESNO DIVISION**

| | |
|---|---|
| In re: | Case No. 16-10015-A-9 |
| Southern Inyo Healthcare District | Chapter 9 |
| | **19th REPORT OF THE PATIENT CARE OMBUDSMAN** |
| Debtor. | (No Hearing Required) |

Pursuant to the order directing the appointment of a Patient Care Ombudsman entered by this court on February 17, 2016, Tracy Hope Davis, the United States Trustee, duly appointed Joseph Rodrigues, the California State Long-Term Care Ombudsman, as the Patient Care Ombudsman in this case.

In compliance with the notice of appointment, the Patient Care Ombudsman is submitting his 19th report, covering the period December 21, 2018 to February 19, 2019.

Respectfully submitted,

*/s/Joseph Rodrigues*
Joseph Rodrigues
State Long-Term Care Ombudsman

1

**19th REPORT OF THE PATIENT CARE OMBUDSMAN**

Eastern Sierra Area Agency on Aging is the designated Long-Term Care (LTC) Ombudsman Program for Inyo and Mono Counties and is the local representative of the Office of the State LTC Ombudsman. As mandated by the federal Older Americans Act (42 U.S.C. 3058g), LTC Ombudsman representatives identify, investigate and resolve complaints that are made by, or on behalf of residents of LTC facilities that relate to action, inaction or decisions that may adversely affect the health, safety, welfare or rights of residents. Paulette Erwin is the local Ombudsman representative assigned to this facility.

Southern Inyo Hospital District is located at 501 E. Locust Street, Lone Pine, California. The California Department of Public Health (CDPH), Licensing and Certification Division, licenses this facility as a Skilled Nursing Facility (SNF). SNFs provide housing, meals, medical care, personal care, social services, and social activities to people who have physical or behavioral conditions that prevent them from living alone.

The following information describes the number of visits made to the facility (complaint and non-complaint related), observations about privacy, food, the general status of the residents, any

complaints made by or on behalf of residents to the LTC Ombudsman Program, and any changes in the census of the facility.

The licensed capacity of the facility is 33, with a current occupancy of 26. There is no noted significant change in resident mix, such as the admission of different client groups, younger residents, etc.

According to Assistant Director of Nursing, Tambria Kalenowksi, the Director of Staff Development, Jayneanne Hinek, is working on implementing a certified nursing assistant class. Because of the rural nature of this facility, recruiting and retaining staff is a continuing challenge. The certified nursing assistant class will enable the facility to recruit and train future employees.

The local Ombudsman Program has not received any concerns involving vendors, utilities, or external support factors that may impact resident care.

The local Ombudsman Program has conducted three visits during this reporting period. During these visits and the visits during the last reporting period, the roof has continued to leak in four rooms. The Ombudsman representative spoke with residents that were moved into new rooms. They expressed not wanting to move their

3

personal belonging into the new rooms because they hoped the roof repairs would be completed soon. The Ombudsman representative spoke with Director of Maintenance Jeff Sheffield about their plans to replace the roof. According to Mr. Sheffield, the Board of Directors has approved hiring architectural firm, Aspen Street Architects. When the design has been completed it will be forwarded to California's Office of Statewide Health Planning and Development for approval. During these visits the Ombudsman representative also spoke with Mr. Sheffield about the temperature in the facility and individual heaters not working in residents' rooms. The Ombudsman representative followed up with Mr. Sheffield and he reported they received five new remote controls for heaters in residents' rooms and all the heaters are in good working order.

The local Ombudsman representative received a total of two cases and four complaints. The complaints during this reporting period include the following:

A complaint related to a resident being left unattended during the night in the front lobby of the facility. The Ombudsman representative met with the resident and she declined Ombudsman services.

A complaint related to a resident's personal property being

4

lost or stolen. The Ombudsman representative met with the resident and identified ways she could mark and organize her personal belongings. The resident declined Ombudsman services.

A complaint related to a shortage of staff. The Ombudsman representative met with the resident and she declined Ombudsman services. The Ombudsman representative met with other residents and no complaints were received. The Ombudsman representative also reviewed the staffing and census. The facility is meeting the required staffing standard.

A complaint related to a resident exercising the right to refuse care. The resident left the facility against medical advice. The Ombudsman representative was unable to meet with the resident.

The Patient Care Ombudsman has no recommendations for the court at this time.

February 19, 2019
*/s/Joseph Rodrigues*
Joseph Rodrigues
State Long-Term Care Ombudsman