2

HAGOP T. BEDOYAN, CSB NO. 131285
**KLEIN, DENATALE, GOLDNER,**
**COOPER, ROSENLIEB & KIMBALL, LLP**
5260 N. Palm Avenue, Suite 205
Fresno, California 93704
Telephone: (559) 438-4374
Facsimile: (661) 326-0418
Email: hbedoyan@kleinlaw.com;

Brandon N. Krueger, Esq. (SBN 221432)(Admission Pending)
*bkrueger@sallspencer.com*
Lara A.S. Callas, Esq. (SBN 174260)(Admission Pending)
*lcallas@sallspencer.com*
SALL SPENCER CALLAS & KRUEGER
A Law Corporation
32351 Coast Highway
Laguna Beach, CA 92651
Telephone: (949) 499-2942
Facsimile: (949) 499-7403

Attorneys for Healthcare Conglomerate Associates, LLC
and Vi Healthcare Finance, Inc.

## UNITED STATES BANKRUPTCY COURT

### EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| In re: | Case No.: 16-10015-A-9 |
| SOUTHERN INYO HEALTHCARE DISTRICT, | Chapter 9 |
| | DC No.: KDG-4 |
| Debtor. | Date: March 21, 2019 |
| | Time: 1:30 p.m. |
| | Place: United States Bankruptcy Court |
| | 2500 Tulare Street, Fifth Floor |
| | Department A, Courtroom 11 |
| | Fresno, California |
| | Judge: Honorable Fredrick E. Clement |

**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF REPLY TO OPPOSITION TO MOTION TO DISQUALIFY ASHLEY M. MCDOW AND FOLEY & LARDNER AS ATTORNEYS FOR DEBTOR**

Pursuant to Federal Rules of Evidence, Rule 201, Vi Healthcare Finance, Inc. hereby requests the court to take judicial notice of the following documents:

1. Emergency Motion to Continue Hearing on the Status Conference and the Associated Filing Deadlines (Doc. # 338), a true and correct copy of which is attached to the concurrently filed Supplemental Appendix of Exhibits ("Appendix") as Exhibit "UU," and is fully incorporated herein by reference.

Dated: March 6, 2019

KLEIN, DENATALE, GOLDNER, COOPER, ROSENLIEB & KIMBALL LLP

By: /s/ Hagop T. Bedoyan
HAGOP T. BEDOYAN,
Attorneys for HealthCare Conglomerate Associates, LLC and Vi Healthcare Finance, Inc.