**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**CIVIL MINUTES**

---

**Case Title:** Southern Inyo Healthcare District

**Case No.:** 16-10015 - A - 9

**Docket Control No.**
**Date:** 03/21/2019
**Time:** 1:30 PM

**Matter:** Continued Status Conference Re: Chapter 9 Voluntary Petition - [1] - [1] - Chapter 9 Voluntary Petition. All Schedules and Statements filed. (Fee Paid $1717.00) (eFilingID: 5703003) (dnes)

**Judge:** Fredrick E. Clement
**Courtroom Deputy:** Rosalia Estrada
**Reporter:** Not Recorded
**Department:** A

---

**APPEARANCES for:**
**Movant(s):**
None
**Respondent(s):**
None

---

**CIVIL MINUTES**

The status conference is continued to April 10, 2019, at 1:30 p.m.