## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
## CIVIL MINUTES

| | |
|---|---|
| **Case Title:** Southern Inyo Healthcare District | **Case No.:** 16-10015 - A - 9 |
| | **Docket Control No.** KDG-4 |
| | **Date:** 03/21/2019 |
| | **Time:** 1:30 PM |

**Matter:** [484] - Motion/Application to Disqualify Ashley M. McDow and Foley & Lardner as Attorneys for the Debtor [KDG-4] Filed by Creditors HealthCare Conglomerate Associates, LLC, VI Healthcare Finance, Inc. (jflf)

**Judge:** Fredrick E. Clement
**Courtroom Deputy:** Rosalia Estrada
**Reporter:** Not Recorded
**Department:** A

**APPEARANCES for:**
**Movant(s):**
None
**Respondent(s):**
None

### CIVIL MINUTES

The motion to disqualify is continued to April 10, 2019, at 1:30 p.m. Absent leave of court, neither party may file documents in support of or opposition to the motion.