**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re<br>Southern Inyo Healthcare District,<br>　　　　　Debtor. | ) Case No. 16-10015 - A - 9<br>) Docket Control No. KDG-4<br>) Document No. 484<br>) Date: 03/21/2019<br>) Time: 1:30 PM<br>) DEPT: A |

**Order**

IT IS ORDERED that the motion to disqualify is continued to April 10, 2019, at 1:30 p.m. in Courtroom 11, Fifth Floor, 2500 Tulare Street, Fresno, California. Absent leave of court, neither party may file documents in support of or opposition to the motion.

Dated: Mar 25, 2019

Fredrick E. Clement
United States Bankruptcy Judge

[484] - Motion/Application to Disqualify Ashley M. McDow and Foley & Lardner as Attorneys for the Debtor [KDG-4] Filed by Creditors HealthCare Conglomerate Associates, LLC, VI Healthcare Finance, Inc. (jflf)

Filed 03/25/19     Case 16-10015     Doc 600

# Instructions to Clerk of Court
## Service List – Not Part of Order/Judgment

The Clerk of Court is instructed to send the Order/Judgment or other court generated document transmitted herewith to the parties below. The Clerk of Court will send the Order via the BNC.

Southern Inyo Healthcare District
501 E. Locust St.
P.O. Box 1009
Lone Pine CA 93545

Office of the U.S. Trustee
United States Courthouse
2500 Tulare Street, Room 1401
Fresno CA 93721

Ashley M. McDow
555 S. Flower St, #3500
Los Angeles CA 90071-2411

Hagop T. Bedoyan
5260 N. Palm Avenue, Suite 205
Fresno CA 93704