UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case No. 16-10015-A-9 |
| SOUTHERN INYO HEALTHCARE DISTRICT, | FEC-3 |
| Debtor. | |

**Order to Show Cause Regarding Dismissal**

Since it is true that:

1. on January 4, 2016, Southern Inyo Healthcare District ("debtor") filed a chapter 9 petition;
2. on July 12, 2016, relief was ordered;
3. on June 29, 2016, this court ordered the debtor to file a plan not later than November 2, 2016;
4. the debtor has filed and withdrawn three plans; and
5. the debtor has not confirmed a plan for the adjustment of debts and no plan is now pending confirmation.

It is therefore ordered that:

1. on July 24, 2019, at 1:30 p.m. in Department A, Courtroom 11, Fifth Floor, United States Courthouse, 2500 Tulare Street, Fresno, California, Southern Inyo Healthcare District is ordered to show cause, if any there be, why this case should not be dismissed, 11 U.S.C. § 930(a)(2),(3);
2. opposition shall be presented in writing and filed no later than July 10, 2019; and
3. absent timely opposition demonstrating sufficient cause, including a showing that the debtor can and will present a confirmable plan soon after July 24, 2019, the court may dismiss this case without further notice or hearing.

Dated: April 11, 2019

_____
Fredrick E. Clement
United States Bankruptcy Judge

Instructions to Clerk of Court
Service List

The Clerk of Court is instructed to send the Order/Judgment or other court generated document transmitted herewith to the parties below. The Clerk of Court will send the Order via the BNC or, if checked ____, via the U.S. mail.

    Debtor(s), Attorney for the Debtor(s), Bankruptcy Trustee (if appointed in the case), and ___X_____ Other Persons Specified Below:


    all creditors and parties in interest on the court's matrix