# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br>SOUTHERN INYO HEALTHCARE DISTRICT,<br><br>Debtor(s) | Bankruptcy Case No.    2016-10015 FEC<br><br>DCN  WGG-1 |

## ORDER APPROVING SUBSTITUTION OF ATTORNEY

It is ORDERED that Jeffrey I. Golden, Esq. jgolden@wgllp.com
Weiland Golden Goodrich LLP
650 Town Center Drive, Suite 600, Costa Mesa, CA  92626
Phone: (714) 966-1000

is hereby substituted as Attorney of Record, in place and stead of

Ashley M. McDow, Esq.

Dated: May 14, 2019

Fredrick E. Clement
United States Bankruptcy Judge

EDC 6-506 Revised 3/1/19

RECEIVED
May 13, 2019
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0006504510