JOSEPH RODRIGUES
State Long-Term Care Ombudsman
Office of the State Long-Term Care Ombudsman
California Department of Aging
1300 National Drive, Suite 200
Sacramento, California 95834
Telephone: (916)419-7510
Facsimile: (916)928-2503

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**FRESNO DIVISION**

| | |
|---|---|
| In re: | Case No. 16-10015-A-9 |
| | Chapter 9 |
| Southern Inyo Healthcare District | **21st REPORT OF THE** |
| | **PATIENT CARE OMBUDSMAN** |
| Debtor. | (No Hearing Required) |

Pursuant to the order directing the appointment of a Patient Care Ombudsman entered by this court on February 17, 2016, Tracy Hope Davis, the United States Trustee, duly appointed Joseph Rodrigues, the California State Long-Term Care Ombudsman, as the Patient Care Ombudsman in this case.

In compliance with the notice of appointment, the Patient Care Ombudsman is submitting his 21st report, covering the period April 19, 2019 to June 17, 2019.

Respectfully submitted,

*/s/Joseph Rodrigues*
Joseph Rodrigues
State Long-Term Care Ombudsman

1

**21st REPORT OF THE PATIENT CARE OMBUDSMAN**

Eastern Sierra Area Agency on Aging is the designated Long-Term Care (LTC) Ombudsman Program for Inyo and Mono Counties and is the local representative of the Office of the State LTC Ombudsman. As mandated by the federal Older Americans Act (42 U.S.C. 3058g), LTC Ombudsman representatives identify, investigate and resolve complaints that are made by, or on behalf of residents of LTC facilities that relate to action, inaction or decisions that may adversely affect the health, safety, welfare or rights of residents. Paulette Erwin is the local Ombudsman representative assigned to this facility.

Southern Inyo Hospital District is located at 501 E. Locust Street, Lone Pine, California. The California Department of Public Health (CDPH), Licensing and Certification Division, licenses this facility as a Skilled Nursing Facility (SNF). SNFs provide housing, meals, medical care, personal care, social services, and social activities to people who have physical or behavioral conditions that prevent them from living alone.

The following information describes the number of visits made to the facility (complaint and non-complaint related), observations about privacy, food, the general status of the residents, any

2

complaints made by or on behalf of residents to the LTC Ombudsman Program, and any changes in the census of the facility.

The licensed capacity of the facility is 33, with a current occupancy of 26. There is no noted significant change in resident mix, such as the admission of different client groups, younger residents, etc.

The Certified Nursing Assistant (CNA) class has started with five students that live in the Lone Pine area.  The CNA class will enable the facility to increase staffing levels which will allow them to increase the census.

The local Ombudsman Program has not received any concerns involving vendors, utilities, or external support factors that may impact resident care.

The local Ombudsman Program has conducted three visits during this reporting period.  During these visits the Ombudsman representative spoke with residents who expressed being happy that the roof repairs were completed, and they were able to move back into their rooms.  The temperature in the facility was comfortable for residents.  Residents appeared clean and were appropriately dressed for the time of day.  The Ombudsman representative requested

the current menus and the activity calendars be posted for

residents.  This was completed before the Ombudsman representative

left the facility.


        The local Ombudsman representative received a total of six

cases and six complaints.  The complaints during this reporting

period include the following:


        A complaint related to a resident falling out of his

wheelchair.  The Ombudsman representative met with the resident and

he expressed being satisfied with the plan the facility has

implemented to prevent falls.  He declined Ombudsman services.


        A complaint related to resident to resident abuse.  The

Ombudsman representative met with the resident and she expressed

feeling thankful for Ombudsman services but wanted to resolve the

issue on her own.  The Ombudsman representative provided the

resident information to help her to resolve the complaint on her

own.


        A complaint related to a resident's medication being stolen by

a family member.  The Ombudsman representative met with the resident

and she explained her son had taken her to a doctor's appointment

and they left medication in the car.  As a result, someone broke

4

into their vehicle and stole the medication. The resident declined Ombudsman services declined for this complaint. The Ombudsman representative assisted the resident with scheduling a care plan meeting where the facility and the resident came up with a plan to have the facility refill all prescriptions.

A complaint related to a resident's right to refuse treatment. The Ombudsman representative attempted to meet with the resident, but she had left the facility against medical advice.

A complaint related to resident to resident abuse. The Ombudsman representative met with the resident, but she was unable to give consent. The Ombudsman representative met with the resident's son who is her Durable Power of Attorney. The Ombudsman representative provided information about ways to prevent wandering, interventions to decrease agitation, and suggested a care plan meeting be scheduled.

A complaint related to infection control. The Ombudsman representative spoke with the Assistant Director of Nursing, Tambria Kalenowski, about eight residents and two staff members that had episodes with loose stool. The Ombudsman representative provided recommendations to prevent the risk of possible transmission. The facility notified other appropriate agencies and all family members.

The Ombudsman representative worked with facility staff to resolve this complaint.

The Patient Care Ombudsman has no recommendations for the court at this time.

June 17, 2019

*/s/Joseph Rodrigues*
Joseph Rodrigues
State Long-Term Care Ombudsman