**WEILAND GOLDEN GOODRICH LLP**
Jeffrey I. Golden, State Bar No. 133040
jgolden@wgllp.com
Ryan W. Beall, State Bar No. 313774
rbeall@wgllp.com
650 Town Center Drive, Suite 600
Costa Mesa, California 92626
Telephone    714-966-1000
Facsimile     714-966-1002

Attorneys for Debtor and Debtor-in-Possession
SOUTHERN INYO HEALTHCARE DISTRICT

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
### FRESNO DIVISION

| | |
|---|---|
| In re<br><br>SOUTHERN INYO HEALTHCARE DISTRICT,<br><br>          Debtor. | Case No. 1:16-bk-10015-FEC<br><br>Chapter 9<br><br>WGG-3<br><br>**SUPPLEMENTAL DECLARATION OF JAQUE HICKMAN IN SUPPORT OF AMENDED DEBTOR AND DEBTOR-IN-POSSESSION'S RESPONSE TO ORDER TO SHOW CAUSE REGARDING DISMISSAL**<br><br>Hearing<br>Date:      July 24, 2019<br>Time:      1:30 p.m.<br>Place:     Dept. A, Ctrm 11<br>            U.S. Bankruptcy Court<br>            2500 Tulare Street<br>            Fresno, CA 93721 |

# DECLARATION OF JACQUE HICKMAN

I, Jaque Hickman, declare as follows:

1. I am the president of the Board of Directors of Southern Inyo Healthcare District ("**District**"). I am submitting this Declaration in support of the District's *Amended Debtor and Debtor-in-Possession's Response to Order to Show Cause Regarding Dismissal* ("**Response**"). The Board has been diligently working to facilitate increases in revenue to sustain the viability of the District. We have identified additional sources of revenue from operations of the district. All capitalized terms in the Objection are incorporated herein by this reference. The following is within my own personal knowledge, except as otherwise noted, and if called as a witness, I could and would testify competently testify with respect thereto.

2. The Board of Directors for the District is taking steps to expand services and implement the services after evaluating the study done by Inyo County regarding what services are needed in the community.

3. New revenue services include infusion therapy and swing beds. The district has begun to provide infusion services after receiving a donation of the needed equipment. Swing bed licensing has just occurred and the reimbursement is currently at the rate of $9,000 per day.

4. The District had contracted with an interim Administrator with a focus on increasing revenue, cross-training employees to decreased overtime costs and the ratio of payroll to revenue, assessment of organizational issues, the provision of new services, a focus on a positive public relations message, and a physical plant exterior facelift. We believe this will provide renewed confidence in the view of both the creditors and the community.

5. The District proposed an increase in the parcel tax which was put on the ballot in 2018. Although the voting was 57% in favor and 43% against, the measure did

2          DECLARATION OF JACQUE HICKMAN

not pass as it required two thirds (2/3) approval. I believe that with the progress made as a result of the protections in the bankruptcy and improvements to operations with the new management team, the measure is likely to pass, and the District is looking to introduce the measure on the ballot again.

6. The District has established a positive relationship with the City of Los Angeles, Department of Water and Power, (LADWP). LADWP is the largest employer in the District and their employees perform job functions that are highly dangerous and have great risk factors. DWP has been asked if it has funds allocable to local health care, including Emergency Room operations. This negotiation is in progress.

7. Great Basin Pollution Control District is considering a grant program to assist the District in capital improvements that will reduce pollution in the air quality by providing funding for capital expenditures such as a new generator, roofing, HVAC systems, and a patient transportation van. This grant program is proposed to be available in the fall of 2019. Having these much needed facility improvements secured through grant funding allows an increase in revenues that can be used for operations.

8. The District continues to evaluate all potential sources of revenue and our CFO has aggressively worked to provide a budget that indicates increased control of spending and a look forward projection in the pay-down of aging accounts payable. Please remember that the board had no financial accountings presented to them under HCCA, despite the request for the same. The CFO has also set aside $370,000 in the Local Agency Investment Fund (LAIF) in the last budget year, and projects $250,000 in additional funds to be set aside in the current budget.

9. The District has aggressively participated in all Prime and IGT opportunities and has established a very positive relationship with the Inyo County Treasury Fund committee. The ICTF committee has recently voted to provide a revolving loan to the District for the purpose of funding PRIME and IGT participatory obligations. This relationship indicates the confidence that now exists between the District Board of

DECLARATION OF JACQUE HICKMAN

1. Directors and the County funding agency. This relationship had not been positive with former management HCCA.

    10. I will be present at the hearing on the Court's Order to Show Cause on July 24, 2019, at 1:30 p.m. in courtroom 11 to answer any questions the Court may have and will continue to update the Court as new developments occur.

    11. I believe that a confirmable Chapter 9 Plan is feasible and that the District can continue to operate for the benefit of the community and creditors.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 16th day of July, 2019, at Lone Pine, California.

_____
Jaque Hickman

Weiland Golden Goodrich LLP
650 Town Center Drive, Suite 600
Costa Mesa, California 92626
Tel 714-966-1000 Fax 714-966-1002