**WEILAND GOLDEN GOODRICH LLP**
Jeffrey I. Golden, State Bar No. 133040
jgolden@wgllp.com
Ryan W. Beall, State Bar No. 313774
rbeall@wgllp.com
650 Town Center Drive, Suite 600
Costa Mesa, California 92626
Telephone    714-966-1000
Facsimile    714-966-1002

Attorneys for Debtor and Debtor-in-Possession
SOUTHERN INYO HEALTHCARE DISTRICT

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

## FRESNO DIVISION

| | |
|---|---|
| In re | Case No. 1:16-bk-10015-FEC |
| SOUTHERN INYO HEALTHCARE DISTRICT, | Chapter 9 |
| Debtor. | WGG-2 |
| | **STIPULATION TO CONTINUE DEBTOR'S OBJECTION TO PROOF OF CLAIM 48-1 FILED BY TULARE LOCAL HEALTHCARE DISTRICT** |
| | Hearing:<br>Date:    October 23, 2019<br>Time:    1:30 p.m.<br>Place:    Dept. A, Ctrm. 11<br>           U.S. Bankruptcy Court<br>           2500 Tulare Street<br>           Fresno, CA 93721 |

**TO THE HONORABLE FREDERICK E. CLEMENT, UNITED STATES BANKRUPTCY JUDGE AND ALL PARTIES IN INTEREST:**

     Southern Inyo Healthcare District ("Debtor" or "Debtor-in-Possession"), and Tulare Local Healthcare District ("Tulare," and together with Debtor, the "Parties"), by and through their undersigned counsel, enter into this Stipulation to Continue Hearing on

Debtor's Objection to Proof of Claim 48-1 Filed by Tulare Local Healthcare District ("Stipulation") as follows:

### **RECITALS**

1.    On July 8, 2019, Debtor filed Objection to Proofs of Claim Number 48-1 filed by Tulare Local Healthcare District ("Objection") [Dkt. 619].

2.    On July 8, 2019, Debtor filed a Notice of Hearing, setting the hearing on the Objection ("Hearing") for August 28, 2019 [Dkt. 1547].

3.    The Parties seek to continue the Hearing on the Objection to a mutually agreed upon date of October 23, 2019, at 1:30 p.m.

//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//

Weiland Golden Goodrich LLP
650 Town Center Drive, Suite 600
Costa Mesa, California 92626
Tel 714-966-1000   Fax 714-966-1002

## **STIPULATION**

NOW THEREFORE, based upon the foregoing recitals, and subject to Court approval, the Parties hereby stipulate and agree as follows:

    a.    The Hearing on the Debtor's Objection to Proof of Claim 48-1 Filed by Tulare Local Healthcare District shall be continued to October 23, 2019, at 1:30 p.m.;

    b.    Tulare's opposition to the Objection shall be filed and served no later than October 9, 2019;

    c.    Debtor's reply, if any shall be filed and served no later than October 16, 2019.

**IT IS SO STIPULATED.**

Dated: August 15, 2019    WEILAND GOLDEN GOODRICH LLP

By: */s/ Jeffrey I. Golden*
Jeffrey I. Golden
Attorneys for Debtor
Southern Inyo Healthcare District

Dated: August   , 2019    WAGNER JONES HELSELY PC

By: _____
Riley C. Walter
Attorneys for Tulare Local
Healthcare District

Weiland Golden Goodrich LLP
650 Town Center Drive, Suite 600
Costa Mesa, California 92626
Tel 714-966-1000 Fax 714-966-1002

## **STIPULATION**

NOW THEREFORE, based upon the foregoing recitals, and subject to Court approval, the Parties hereby stipulate and agree as follows:

    a.    The Hearing on the Debtor's Objection to Proof of Claim 48-1 Filed by Tulare Local Healthcare District shall be continued to October 23, 2019, at 1:30 p.m.;

    b.    Tulare's opposition to the Objection shall be filed and served no later than October 9, 2019;

    c.    Debtor's reply, if any shall be filed and served no later than October 16, 2019.

**IT IS SO STIPULATED.**

Dated: August   , 2019　　　　WEILAND GOLDEN GOODRICH LLP

By: _____
    Jeffrey I. Golden
    Attorneys for Debtor
    Southern Inyo Healthcare District

Dated: August 14, 2019　　　　WANGER JONES HELSLEY PC

By: *Riley C. Walter* (signature)
    Riley C. Walter
    Attorneys for Tulare Local
    Healthcare District

Weiland Golden Goodrich LLP
650 Town Center Drive, Suite 600
Costa Mesa, California 92626
Tel 714-966-1000　Fax 714-966-1002

0.0　　　　3　　　　STIPULATION