**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re:<br><br>SOUTHERN INYO HEALTHCARE DISTRICT,<br><br>        Debtor. | Case No. 16-10015-A-9<br><br>FEC-5 |

**Order to Show Causes Regarding Dismissal**

Since it is true that:

1. on January 4, 2016, Southern Inyo Healthcare District ("SIHD") filed a chapter 9 petition;
2. it appears that the debtor is not paying its undisputed post-petition debts in the ordinary course of business, see motions for stay relief, October 7, 2019, ECF #s 671, 676; and
3. 11 U.S.C. § 930(a) authorizes this court to dismiss a chapter 9 for cause.

It is therefore ordered that:

1. on December 4, 19, 2019, at 9:00 a.m., in Department A, Courtroom 28, Seventh Floor, United States Courthouse, 501 I Street, Sacramento, CA, Southern Inyo Healthcare District is ordered to show cause, if any there be, why this case should not be dismissed for cause, e.g., failure to pay undisputed post-petition debts in the ordinary course of business;
2. opposition shall be presented in writing and filed not later than November 20, 2019;
3. absent timely opposition demonstrating sufficient cause, the court may dismiss this case without further notice or hearing; and
4. if the matter proceeds to hearing, telephonic appearances are authorized.

Dated: Nov 07, 2019

_____
Fredrick E. Clement
United States Bankruptcy Judge

2

# Instructions to Clerk of Court
**Service List - Not Part of Order/Judgment**

**The Clerk of Court is instructed to** send the Order/Judgment or other court generated document transmitted herewith *to the parties below*. The Clerk of Court will send the document via the BNC or, if checked ____, via the U.S. mail.

| **Debtor**(s) | **Attorney for the Debtor**(s) (if any) |
|---|---|
| **Bankruptcy Trustee** (if appointed in the case) | Office of the U.S. Trustee<br>2500 Tulare St, Ste 1401<br>Fresno, CA 93721 |
| **All Creditors** | |