**3**
**WEILAND GOLDEN GOODRICH LLP**
Jeffrey I. Golden, State Bar No. 133040
jolden@wgllp.com
Beth E. Gaschen, State Bar No. 245894
bgaschen@wgllp.com
Ryan W. Beall, State Bar No. 313774
rbeall@wgllp.com
650 Town Center Drive, Suite 600
Costa Mesa, California 92626
Telephone   714-966-1000
Facsimile    714-966-1002

Attorneys for Debtor
Southern Inyo Healthcare District

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| In re | Case No. 1:16-bk-10015-FEC |
| SOUTHERN INYO HEALTHCARE DISTRICT, | Chapter 9 |
| Debtor. | WGG-5 |
| | **STIPULATION TO CONTINUE THE HEARING ON SECOND AMENDED DEBTOR'S MOTION FOR ORDER ESTIMATING CONTINGENT OR UNLIQUIDATED CLAIMS UNDER 11 U.S.C. SECTION 502(c)** |
| | Current Hearing Date:<br>Date:   December 17, 2019<br>Time:   9:00 a.m.<br>Place:   501 I. Street<br>            Sacramento, CA<br>            Courtroom 28 |

1244772.1                                       1                                       STIPULATION

**TO THE HONORABLE FREDRICK E. CLEMENT, UNITED STATES BANKRUPTCY JUDGE, AND ALL OTHER INTERESTED PARTIES:**

Southern Inyo Healthcare District ("District"), Healthcare Conglomerate Associates, LLC ("HCCA"), and Vi Healthcare Finance, Inc. ("Vi," collectively with the District and HCCA, the "Parties") by and through their undersigned counsel, submit this Stipulation to Continue the Hearing on the Second Amended Debtor's Motion for Order Estimating Contingent or Unliquidated Claims Under 11 U.S.C. Section 502(c) ("Stipulation").

## **RECITALS**

A. The District filed a chapter 9 bankruptcy petition in this district, commencing case number 1:16-bk-10015-FEC, on January 4, 2016. An Order for Relief Under Chapter 9 was issued by the Court on July 12, 2016.

B. On October 22, 2019, the District filed its Second Amended Debtor's Motion for Order Estimating Contingent or Unliquidated Claims Under 11 U.S.C. Section 502(c) ("Motion").

C. On October 30, 2019, HCCA and Vi filed an application to continue the hearing on the Motion ("Application to Continue"). The Application to Continue was approved by order entered on October 31, 2019, and the hearing on the Motion was continued to December 17, 2019 at 9:00 a.m.

D. The Parties have reached a settlement of all of their disputes, including the Motion, and are in the process of documenting that settlement. In order to provide time to have that settlement documented, the Parties have agreed to continue the hearing on the Motion for 60 days to conserve time and resources of the Parties and the Court.

///

///

///

Weiland Golden Goodrich LLP
650 Town Center Drive, Suite 600
Costa Mesa, California 92626
Tel 714-966-1000  Fax 714-966-1002

## STIPULATION

Based upon the foregoing recitals, and subject to Bankruptcy Court approval, the Parties hereby stipulate:

1. Continue the hearing on the Motion for approximately 60 days to a date and time convenient to the Court; and

2. If prior to the continued hearing date the settlement falls apart, the Parties may request the advancement of the hearing on the Motion.

**IT IS SO STIPULATED.**

Dated: November 20, 2019    WEILAND GOLDEN GOODRICH LLP

By: /s/ Jeffrey I. Golden
JEFFREY I. GOLDEN
Attorneys for Debtor
Southern Inyo Healthcare District

Dated: November 20, 2019    WANGER JONES HELSEY PC

By: _____
OLIVER W. WANGER
Attorneys for Healthcare
Conglomerate Associates, LLC and
Vi Healthcare Finance

1244772.1

3

STIPULATION