**WEILAND GOLDEN GOODRICH LLP**
Jeffrey I. Golden, State Bar No. 133040
jolden@wgllp.com
Beth E. Gaschen, State Bar No. 245894
bgaschen@wgllp.com
Ryan W. Beall, State Bar No. 313774
rbeall@wgllp.com
650 Town Center Drive, Suite 600
Costa Mesa, California 92626
Telephone    714-966-1000
Facsimile     714-966-1002

Attorneys for Debtor
Southern Inyo Healthcare District

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| In re | Case No. 1:16-bk-10015-FEC |
| SOUTHERN INYO HEALTHCARE DISTRICT, | Chapter 9 |
|         Debtor. | WGG-5 |
| | **NOTICE OF SETTLEMENT OF SECOND AMENDED DEBTOR'S MOTION FOR ORDER ESTIMATING CONTINGENT OR UNLIQUIDATED CLAIMS UNDER 11 U.S.C. SECTION 502(c)** |
| | Date:     December 17, 2019<br>Time:     9:00 a.m.<br>Place:     501 I. Street<br>             Sacramento, CA<br>             Courtroom 28 |

1 **TO THE HONORABLE FREDRICK E. CLEMENT, UNITED STATES BANKRUPTCY**
2 **JUDGE, AND ALL OTHER INTERESTED PARTIES:**
3     **PLEASE TAKE NOTICE** that Southern Inyo Healthcare District ("District"),
4 Healthcare Conglomerate Associates, LLC ("HCAA"), and Vi Healthcare Finance, Inc.
5 ("Vi") have reached a settlement of all of their disputes, including the Second Amended
6 Debtor's Motion for Order Estimating Contingent or Unliquidated Claims Under 11 U.S.C.
7 Section 502(c) ("Motion"), which is being documented. A separate stipulation will be filed
8 with the Court to continue the hearing on the Motion to allow for the settlement to be
9 documented.

    Respectfully submitted,

Dated: November 20, 2019    WEILAND GOLDEN GOODRICH LLP

By: */s/ Jeffrey I. Golden*
    JEFFREY I. GOLDEN
    Attorneys for Debtor
    Southern Inyo Healthcare District

Weiland Golden Goodrich LLP
650 Town Center Drive, Suite 600
Costa Mesa, California 92626
Tel 714-966-1000   Fax 714-966-1002