1 | **WEILAND GOLDEN GOODRICH LLP**
Jeffrey I. Golden, State Bar No. 133040
2 | jgolden@wgllp.com
Ryan W. Beall, State Bar No. 313774
3 | rbeall@wgllp.com
650 Town Center Drive, Suite 600
4 | Costa Mesa, California 92626
Telephone   714-966-1000
5 | Facsimile     714-966-1002

6 | Attorneys for Debtor
SOUTHERN INYO HEALTHCARE DISTRICT

7

8 | **UNITED STATES BANKRUPTCY COURT**

9 | **EASTERN DISTRICT OF CALIFORNIA**

10 | **SACRAMENTO DIVISION**

11 | In re | Case No. 1:16-bk-10015-FEC

12 | SOUTHERN INYO HEALTHCARE DISTRICT, | Chapter 9

13 | | WGG-2

14 |         Debtor. | **STIPULATION TO RESOLVE DEBTOR'S OBJECTION TO PROOF OF CLAIM 48-1**

15 | | **FILED BY TULARE LOCAL HEALTHCARE DISTRICT**

16

17 | | Date:     December 17, 2019
Time:    9:00 a.m.
Place:   501 I. Street

18 | |               Sacramento, CA
              Courtroom 28

19

20

21 | **TO THE HONORABLE FREDERICK E. CLEMENT, UNITED STATES BANKRUPTCY**

22 | **JUDGE AND ALL PARTIES IN INTEREST:**

23 |       Southern Inyo Healthcare District ("Debtor"), by and through its undersigned

24 | counsel, and Tulare Local Healthcare District ("Tulare," and together with Debtor, the

25 | "Parties"), enter into this Stipulation to Resolve Debtor's Objection to Proof of Claim 48-1

26 | Filed by Tulare Local Healthcare District ("Stipulation") as follows:

27

28

1245120.1                                                                STIPULATION

*(Left vertical margin text: Weiland Golden Goodrich LLP, 650 Town Center Drive, Suite 600, Costa Mesa, California 92626, Tel 714-966-1000 Fax 714-966-1002)*

## RECITALS

1.     On July 8, 2019, Debtor filed Objection ("Objection") to Proof of Claim Number 48-1 ("Claim") filed by Tulare Local Healthcare District setting the hearing on the Objection ("Hearing") for August 28, 2019 [Dkt. 619].

2.     On August 15, 2019, the Parties filed a Stipulation to Continue the Hearing on Debtor's Objection to Proof of Claim 48-1 filed by Tulare Local Healthcare District to October 22, 2019 [Dkt. 641]. The Court granted this stipulation pursuant to order entered August 22, 2019 [Dkt. 644].

3.     On October 9, 2019 [Dkt. 696], the Parties filed a stipulation to continue the Hearing on the Objection to a mutually agreed upon date of December 17, 2019, at 9:00 a.m.

4.     On October 24, 2019 [Dkt. 719], the Parties filed a stipulation to advance the Hearing on the Objection to a mutually agreed upon date of November 19, 2019, at 9:00 a.m. The Court granted this stipulation pursuant to order entered October 27, 2019 [Dkt. 724].

5.     The Parties further continued the Hearing on the Objection to December 17, 2019, at 9:00 a.m. to coincide with Tulare's Motion to Estimate Claim ("Estimation Motion") set for the same date and time.

6.     The Parties have now reached a resolution of their disputes.

## STIPULATION

NOW THEREFORE, based upon the foregoing recitals, and subject to Court approval, the Parties hereby stipulate and agree as follows:

a.     The Claim will be allowed as a general unsecured claim, with no post-petition priority or administrative status, in the amount of $996,519.19;

b.     The Objection shall be withdrawn and the Hearing taken off calendar;

c.     The Estimation Motion shall be withdrawn and the hearing taken off calendar; and

Weiland Golden Goodrich LLP
650 Town Center Drive, Suite 600
Costa Mesa, California 92626
Tel 714-966-1000  Fax 714-966-1002

1  d.    In the event that the above-captioned bankruptcy case is dismissed, the

2  provisions set forth in Paragraph (a) above shall be void and the Parties will revert to their

3  same rights, defenses, and arguments as existed prior to the time of this Stipulation.

4  **IT IS SO STIPULATED.**

5

6  Dated: November  , 2019                WEILAND GOLDEN GOODRICH LLP

7

8  By: _____

9  Jeffrey I. Golden
   Attorneys for Debtor
10  Southern Inyo Healthcare District

11  Dated: November 2̸4 2019

12

13  By: _____

14  Sandra Ormonde
   Chief Executive Officer
15  for Tulare Local Healthcare District

16

17

18

19

20

21

22

23

24

25

26

27

28

1245120.1                                    3                                    STIPULATION