WANGER JONES HELSLEY
Riley C. Walter, #91839
265 E. River Park Circle, Suite 310
Fresno, California 93720
Telephone: (559) 490-0949
E-Mail: rwalter@wjhattorneys.com

Chapter 9 Counsel for Debtor Tulare Local Healthcare District

IN THE UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| In re<br><br>SOUTHERN INYO HEALTHCARE DISTRICT<br><br>           Debtor.<br><br>Tax ID #:   95-6005450<br>Address:    PO Box 1009<br>               Lone Pine, CA 93545 | CASE NO. 16-10015<br><br>Chapter 9<br><br>DC No.: FEC-5<br><br>Date:     December 4, 2019<br>Time:    9:00 a.m.<br>Place:   501 "I" Street<br>          Sacramento, CA<br>          Courtroom 28<br>Judge:   Honorable Fredrick E. Clement |

**SUPPLEMENTAL RESPONSE OF TULARE LOCAL HEALTHCARE DISTRICT TO ORDER TO SHOW CAUSE REGARDING DISMISSAL**

TO THE HONORABLE FREDRICK E. CLEMENT, UNITED STATES BANKRUPTCY JUDGE:

Tulare Local Healthcare District ("TLHD") respectfully comes before the Court and submits this Supplemental Response to the Court's Order to Show Cause Regarding Dismissal as follows:

1.     TLHD is a creditor of the Debtor herein.

2.     On November 25, 2019 TLHD filed a Response to the Order to Show Cause (ECF-790).

3. In the Response TLHD informed the Court that it was working on an overall resolution of disputes with the Debtor herein and in that Response TLHD requested that the Court continue the hearing on the Order to Show Cause for approximately 60 days.

WHEREFORE, TLHD respectfully comes before the Court at this point to inform it that all issues between the two Districts have now been resolved and TLHD joins with the Debtor and Healthcare Conglomerate Associates in requesting that the Order to Show Cause be withdrawn.

Dated: November 27, 2019

WANGER JONES HELSLEY

By: *Riley C. Walter*
Riley C. Walter, Attorneys for
Tulare Local Healthcare District