**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**CIVIL MINUTES**

**Case Title:** Southern Inyo Healthcare District

**Case No.:** 16-10015 - A - 9

**Docket Control No.** FEC-5

**Date:** 12/04/2019
**Time:** 9:00 AM

**Matter:** [751] - Order to Show Cause [FEC-5] ; This order is Transmitted to BNC for Service. Show Cause hearing to be held on 12/4/2019 at 09:00 AM at Sacramento Courtroom 28, Department A (ltrf)

**Judge:** Fredrick E. Clement
**Courtroom Deputy:** Janice Busch
**Reporter:** Electronic Record
**Department:** A

**APPEARANCES for:**
**Movant(s):**

**Respondent(s):**
(by phone) Creditor's Attorney - Oliver W. Wanger; (by phone) Creditor's Attorney - Glen R. Segal; (by phone) Creditor's Attorney - Paul R. Glassman; (by phone) Creditor's Attorney - Eric S. Goldstein; (by phone) Creditor's Attorney - Gerald N. Sims; Debtor's Attorney - Jeffrey Golden, Ryan Beall and (by phone) Jacque Hickman, Peter Spiers; (by phone) - Interested Party Attorney - Riley C. Walter

**CIVIL MINUTES**

As more fully set forth on the record,

The order to show cause will be discharged and the case shall remain pending.

The court will issue an order.