JOSEPH RODRIGUES
State Long-Term Care Ombudsman
Office of the State Long-Term Care Ombudsman
California Department of Aging
1300 National Drive, Suite 200
Sacramento, California 95834
Telephone: (916)419-7510
Facsimile: (916)928-2503

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**FRESNO DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 16-10015-A-9 |
| | ) | |
| | ) | Chapter 9 |
| Southern Inyo Healthcare District | ) | |
| | ) | **24th REPORT OF THE** |
| | ) | **PATIENT CARE OMBUDSMAN** |
| | ) | |
| | ) | |
| Debtor. | ) | (No Hearing Required) |

    Pursuant to the order directing the appointment of a Patient Care Ombudsman entered by this court on February 17, 2016, Tracy Hope Davis, the United States Trustee, duly appointed Joseph Rodrigues, the California State Long-Term Care Ombudsman, as the Patient Care Ombudsman in this case.

    In compliance with the notice of appointment, the Patient Care Ombudsman is submitting his 24th report, covering the period October 16, 2019 to December 5, 2019.

                             Respectfully submitted,

                             */s/Joseph Rodrigues*
                             Joseph Rodrigues
                             State Long-Term Care Ombudsman

## 24th REPORT OF THE PATIENT CARE OMBUDSMAN

Eastern Sierra Area Agency on Aging is the designated Long-Term Care (LTC) Ombudsman Program for Inyo and Mono Counties and is the local representative of the Office of the State LTC Ombudsman.  As mandated by the federal Older Americans Act (42 U.S.C. 3058g), LTC Ombudsman representatives identify, investigate and resolve complaints that are made by, or on behalf of residents of LTC facilities that relate to action, inaction or decisions that may adversely affect the health, safety, welfare or rights of residents. Paulette Erwin is the local Ombudsman representatives assigned to this facility.

Southern Inyo Hospital District is located at 501 E. Locust Street, Lone Pine, California.  The California Department of Public Health (CDPH), Licensing and Certification Division, licenses this facility as a Skilled Nursing Facility (SNF).  SNFs provide housing, meals, medical care, personal care, social services, and social activities to people who have physical or behavioral conditions that prevent them from living alone.

The following information describes the number of visits made to the facility (complaint and non-complaint related), observations about privacy, food, the general status of the residents, any

complaints made by or on behalf of residents to the LTC Ombudsman Program, and any changes in the census of the facility.

The licensed capacity of the facility is 33, with a current occupancy of 25. There is no noted significant change in resident mix, such as the admission of different client groups, younger residents, etc.

The local Ombudsman Program has not received any concerns involving vendors, utilities, or external support factors that may impact resident care.

The local Ombudsman Program has conducted six visits during this reporting period. During these visits, the Ombudsman representative noted the facility appeared to be clean with no overwhelming odors. The temperature in the facility was comfortable for residents. The staff was visible and actively assisting residents. Residents appeared well-groomed and comfortable.

The local Ombudsman representative received a total of four cases and four complaints. The complaints during this reporting period include the following:

A complaint related to the safety of the vehicle being used to

transport residents to medical appointments.  Upon receiving this complaint, the Ombudsman representative met with several residents to discuss their concerns.  The Ombudsman representative spoke with the Director of Nursing, Michael Floyd, regarding the safety of the facility owned vehicle that is being used to transport residents. Per Director of Maintenance Jeff Sheffield, the vehicle received a new exhaust system and new tires.  The vehicle also received a complete inspection and routine maintenance was performed.  The residents were satisfied with the outcome of this complaint.

A complaint related to the infection control practices and policies of the facility.  The Ombudsman representative spoke with the Hospital Director of Nursing, Shannon Jimerson.  Ms. Jimerson took immediate action to ensure the facility was practicing strategies to prevent and control the spread of infections.

A complaint related to a staff member not treating a resident with dignity and respect.  The Ombudsman representative spoke with the Hospital Director of Nursing, Shannon Jimerson. Ms. Jimerson took steps to ensure the residents individual needs and preferences were accommodated.  The Ombudsman representative assisted the resident with scheduling a care conference and attended it with the resident.  The resident was satisfied with the outcome of this complaint.

A complaint related to lost personal property.  The Ombudsman representative met with the resident, but she was unable to provide consent to investigate the complaint.  The Ombudsman representative spoke to the resident's daughter, who has the durable power of attorney for health care.  The Ombudsman representative spoke with the Social Services Director, Stacy Young, about the facility's theft and loss policy.  Ms. Young scheduled an optometrist appointment for the resident and agreed the facility would pay for the replacement glasses.

The Patient Care Ombudsman has no recommendations for the court at this time.

December 6, 2019                    */s/Joseph Rodrigues*
                                   Joseph Rodrigues
                                   State Long-Term Care Ombudsman