**WEILAND GOLDEN GOODRICH LLP**
Jeffrey I. Golden, State Bar No. 133040
jolden@wgllp.com
Beth E. Gaschen, State Bar No. 245894
bgaschen@wgllp.com
Ryan W. Beall, State Bar No. 313774
rbeall@wgllp.com
650 Town Center Drive, Suite 600
Costa Mesa, California 92626
Telephone    714-966-1000
Facsimile    714-966-1002

Attorneys for Debtor
Southern Inyo Healthcare District

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| In re | Case No. 1:16-bk-10015-FEC |
| SOUTHERN INYO HEALTHCARE DISTRICT, | Chapter 9 |
| | WGG-5 |
| Debtor. | **THIRD JOINT STIPULATION REGARDING THE CONTINUED HEARING ON SECOND AMENDED DEBTOR'S MOTION FOR ORDER ESTIMATING CONTINGENT OR UNLIQUIDATED CLAIMS UNDER 11 U.S.C. SECTION 502(c)** |
| | Current Hearing Date:<br>Date:        April 14, 2020<br>Time:        9:00 a.m.<br>Place:        501 I. Street<br>            Sacramento, CA<br>            Courtroom 28 |

*(left margin, vertical text)* Weiland Golden Goodrich LLP
650 Town Center Drive, Suite 600
Costa Mesa, California 92626
Tel 714-966-1000  Fax 714-966-1002

**TO THE HONORABLE FREDRICK E. CLEMENT, UNITED STATES BANKRUPTCY JUDGE, AND ALL OTHER INTERESTED PARTIES:**

Southern Inyo Healthcare District ("District"), Healthcare Conglomerate Associates, LLC ("HCCA"), and Vi Healthcare Finance, Inc. ("Vi," collectively with the District and HCCA, the "Parties"), submit this Third Joint Status Report Regarding the Continued Hearing on the Second Amended Debtor's Motion for Order Estimating Contingent or Unliquidated Claims Under 11 U.S.C. Section 502(c) ("Status Report").

The District filed a chapter 9 bankruptcy petition in this district, commencing case number 1:16-bk-10015-FEC, on January 4, 2016. An Order for Relief Under Chapter 9 was issued by the Court on July 12, 2016.

On October 22, 2019, the District filed its Second Amended Debtor's Motion for Order Estimating Contingent or Unliquidated Claims Under 11 U.S.C. Section 502(c) ("Motion"). On October 30, 2019, HCCA and Vi filed an application to continue the hearing on the Motion ("Application to Continue"). The Application to Continue was approved by order entered on October 31, 2019, and the hearing on the Motion was continued to December 17, 2019 at 9:00 a.m.

Based upon the fact that the Parties had reached a settlement of their disputes, including the Motion, and were documenting that settlement, on November 20, 2019, the Parties filed a Stipulation to Continue the Hearing on the Motion ("Stipulation"), which was granted by order entered on November 21, 2019. The hearing on the Motion was continued to January 7, 2020. The Court then continued the hearing on the Motion to January 28, 2020 at 9:00 a.m.

At the hearing on January 28, 2020, the Parties had not finalized and documented their agreement. As a result, the Court continued the hearing on the Motion to February 25, 2020, at 9:00 a.m. and ordered the Parties to file a joint status report if the Motion had not been withdrawn.

Weiland Golden Goodrich LLP
650 Town Center Drive, Suite 600
Costa Mesa, California 92626
Tel 714-966-1000 · Fax 714-966-1002

1    On February 11, 2020, the Parties filed a joint status report requesting the Court

2  continue the Motion for another thirty days while the Parties finalize the documentation of

3  the agreement. At the hearing on February 25, 2020, the Court continued the hearing on

4  the Motion to April 14, 2020.

5    The Parties are still working on finalizing the documentation of the settlement

6  agreement. The Parties believe that another short continuance is necessary to finalize the

7  settlement agreement between the Parties.

8    Therefore, the Parties request that the hearing on the Motion be continued for thirty

9  (30) days, which will allow the Parties to complete and execute a settlement agreement.

10

11  Dated: March 31, 2020                    WEILAND GOLDEN GOODRICH LLP

12

13                                          By:  /s/ Jeffrey I. Golden
                                                 JEFFREY I. GOLDEN
14                                               BETH E. GASCHEN
                                                 RYAN W. BEALL
15                                               Attorneys for Debtor
                                                 Southern Inyo Healthcare District
16

17  Dated: March 31, 2020                    WANGER JONES HELSEY PC

18

19                                          By:  _____
                                                 OLIVER W. WANGER
20                                               Attorneys for Healthcare
                                                 Conglomerate Associates, LLC and
21                                               Vi Healthcare Finance

22

23

24

25

26

27

28

Weiland Golden Goodrich LLP
650 Town Center Drive, Suite 600
Costa Mesa, California 92626
Tel 714-966-1000 · Fax 714-966-1002

1265138.1                                   3                          STATUS REPORT