**WEILAND GOLDEN GOODRICH LLP**
Jeffrey I. Golden, State Bar No. 133040
jgolden@wgllp.com
Ryan W. Beall, State Bar No. 313774
rbeall@wgllp.com
650 Town Center Drive, Suite 600
Costa Mesa, California 92626
Telephone 714-966-1000
Facsimile 714-966-1002

Attorneys for Debtor
SOUTHERN INYO HEALTHCARE DISTRICT

**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| In re<br><br>SOUTHERN INYO HEALTHCARE DISTRICT,<br><br>Debtor. | Case No. 1:16-10015-FEC<br><br>Chapter 9<br><br>WGG-7<br><br>**MOTION TO CONFIRM SEVENTH AMENDED PLAN FOR ADJUSTMENT OF DEBTS OF SOUTHERN INYO HEALTHCARE DISTRICT**<br><br>**[Memorandum of Law and Declarations in Support Filed Concurrently]**<br><br>Hearing Date:<br>Date: May 19, 2020<br>Time: 1:30 p.m.<br>Place: 501 I. Street<br>Sacramento, CA 95814<br>Courtroom 28 |

Southern Inyo Heathcare District ("Debtor" or "District") moves ("Motion") for an order confirming its Seventh Amended Plan for Adjustment of Debts of Southern Inyo Healthcare District (the "Plan") as the Plan satisfies all of the requirements of the Bankruptcy Code for confirmation and has been accepted by all creditors who timely voted. In support of the Motion, the District relies upon the following being filed concurrently with this Motion:

Weiland Golden Goodrich LLP
650 Town Center Drive, Suite 600
Costa Mesa, California 92626
Tel 714-966-1000 Fax 714-966-1002

(i)     Memorandum Law in Support of Confirmation of Seventh Amended Plan for Adjustment of Debts of Southern Inyo Healthcare District;

(ii)     Declaration of Jeffrey I. Golden in Support of Confirmation of Seventh Amended Plan for Adjustment of Debts of Southern Inyo Healthcare District;

(iii)     Declaration of Jaque Hickman in Support of Confirmation of Seventh Amended Plan for Adjustment of Debts of Southern Inyo Healthcare District;

(iv)     Declaration of Peter Spiers in Support of Confirmation of Seventh Amended Plan for Adjustment of Debts of Southern Inyo Healthcare District;

(v)     Declaration of Don Fife in Support of Confirmation of Seventh Amended Plan for Adjustment of Debts of Southern Inyo Healthcare District; and

(vi)     Declaration of Kelly Adele Regarding the Tabulation and Analysis of Ballots Cast in Acceptance or Rejection of the Seventh Amended Plan for Adjustment of Debts of Southern Inyo Healthcare District;

The District also relies upon the following previously filed pleadings:

(vii)     The Plan;

(viii)     Seventh Amended Disclosure Statement with Respect to the Seventh Amended Plan for Adjustment of Debts of Southern Inyo Healthcare District;

(ix)     Exhibits to Seventh Amended Plan for Adjustment of Debts of Southern Inyo Healthcare District;

(x)     Declaration of Ed Rodieck re Service of (1) Seventh Amended Plan for Adjustment of Debts of Southern Inyo Healthcare District; (2) Seventh Amended Disclosure Statement with Respect to the Seventh Amended Plan for Adjustment of Debts of Southern Inyo Healthcare District; (3) Exhibits to Seventh Amended Plan for Adjustment of Debts of Southern Inyo Healthcare District; (4) Order Approving Seventh Amended Plan for Adjustment of Debts of Southern Inyo Healthcare District and Plan Confirmation Scheduling Order; and (5) Ballot for Accepting or Rejecting

Weiland Golden Goodrich LLP
650 Town Center Drive, Suite 600
Costa Mesa, California 92626
Tel 714-966-1000   Fax 714-966-1002

Seventh Amended Plan for Adjustment of Debts of Southern Inyo Healthcare District; and

(xi) Supplemental Proof of Service for (1) Seventh Amended Plan for Adjustment of Debts of Southern Inyo Healthcare District; (2) Seventh Amended Disclosure Statement with Respect to the Seventh Amended Plan for Adjustment of Debts of Southern Inyo Healthcare District; (3) Exhibits to Seventh Amended Plan for Adjustment of Debts of Southern Inyo Healthcare District; (4) Order Approving Seventh Amended Plan for Adjustment of Debts of Southern Inyo Healthcare District and Plan Confirmation Scheduling Order; and (5) Ballot for Accepting or Rejecting Seventh Amended Plan for Adjustment of Debts of Southern Inyo Healthcare District.

Dated: April 21, 2020

WEILAND GOLDEN GOODRICH LLP

By: */s/ Jeffrey I. Golden*
JEFFREY I. GOLDEN
Attorneys for Debtor
SOUTHERN INYO HEALTHCARE DISTRICT

Weiland Golden Goodrich LLP
650 Town Center Drive, Suite 600
Costa Mesa, California 92626
Tel 714-966-1000 Fax 714-966-1002