Elizabeth Green (admitted *pro hac vice* per Dkt. 853)
**BAKER & HOSTETLER LLP**
200 South Orange Avenue Ste 2300
Orlando, FL 32801-3432
Telephone:   407.649.4000
Facsimile:   407.841.0168
Email:   egreen@bakerlaw.com

Attorneys for Debtor
SOUTHERN INYO HEALTHCARE DISTRICT

# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| In re | Case No.: 16-10015 |
| SOUTHERN INYO HEALTHCARE DISTRICT, | Chapter 9 |
| Debtor. | **REQUEST FOR DETERMINATION OF REASONABLENESS OF PROFESSIONAL FEES OF BAKER & HOSTETLER LLP**<br><br>**Hearing Date, Time, and Location**<br>Date:   May 20, 2020<br>Time:   1:30 p.m.<br>Dept:   A<br>Ctrm:   11 (Fresno) |

1. In December 2015, due to financial difficulties, the Debtor closed its hospital operations and its CEO and board resigned. A reconstituted board determined that it was in the best interests of the Debtor and its creditors to retain restructuring counsel, and retained Baker & Hostetler LLP ("Baker") to be its general bankruptcy counsel at the outset of this case in January 2016. Through this case, the Debtor has been able to resume operations.

2. The rigorous fee review required in a Chapter 7 or 11 case does not apply to this Chapter 9 proceeding. Instead, section 943(b)(3) of the Bankruptcy Code requires only that "all amounts to be paid by the debtor . . . for services or expenses in the case or incident to the plan have been fully disclosed and are reasonable[.]"

3. As set forth in the Declaration of Elizabeth Green, filed concurrently, Baker is a national law firm with expertise in bankruptcy law and specifically in health care bankruptcies, and charged its customary rates for bankruptcy and non-bankruptcy matters for its professional services in this case. Baker ceased to be general bankruptcy counsel in April 2018, when lead counsel joined a new firm, and performed limited work thereafter. Baker worked approximately 2,300 hours on this bankruptcy. As a result of that work, the Debtor incurred fees and expenses owed to Baker in the amounts of $1,081,104.50 and $125,098.54 respectively.

4. Pursuant to an agreement between the Debtor and Baker, Baker has agreed to treatment and payment as set forth in the Seventh Amended Plan of Adjustment (Dkt. 915, p. 12). This agreement is reasonable. The invoices for which Baker requests payment are summarized below. Baker reserves the right to introduce the underlying invoices at the confirmation hearing.

| Invoice Date | Invoice Period | Fees | Expenses | Fees Paid | Expenses Paid |
|---|---|---|---|---|---|
| October 20, 2016 | January 2, 2016 – September 30, 2016 | $366,276 | $33,627.36 | $0 | $0 |
| December 28, 2017 | October 1, 2016 - December 8, 2017 | $512,403.50 | $47,896.67 | $0 | $0 |
| April 30, 2018 | December 9, 2017 - April 25, 2018 | $170,756.50 | $43,349.89 | $0 | $0 |
| December 27, 2018 | April 26 - November 30, 2018 | $31,668.50 | $224.62 | $0 | $0 |
| | | $1,081,104.50 | $125,098.54 | $0 | $0 |

- 2 -

BAKER & HOSTETLER FEE APPLICATION

5. Wherefore, Baker requests an order determining that the amounts it is to be paid have been fully disclosed and are reasonable.

Dated: April 24, 2020

Respectfully submitted,

**BAKER & HOSTETLER LLP**

By: /s/ *Elizabeth Green*
Elizabeth Green

Attorneys for Debtor
SOUTHERN INYO HEALTHCARE DISTRICT