Elizabeth Green (admitted *pro hac vice* per Dkt. 853)
**BAKER & HOSTETLER LLP**
200 South Orange Avenue Ste 2300
Orlando, FL 32801-3432
Telephone: 407.649.4000
Facsimile: 407.841.0168
Email: egreen@bakerlaw.com

Attorneys for Debtor
SOUTHERN INYO HEALTHCARE DISTRICT

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| In re<br><br>SOUTHERN INYO HEALTHCARE DISTRICT,<br><br>Debtor. | Case No.: 16-10015<br><br>Chapter 9<br><br>**DECLARATION OF ELIZABETH GREEN IN SUPPORT OF REQUEST FOR DETERMINATION OF REASONABLENESS OF PROFESSIONAL FEES OF BAKER & HOSTETLER LLP**<br><br>**Hearing Date, Time, and Location**<br>Date: May 20, 2020<br>Time: 1:30 p.m.<br>Dept: A<br>Ctrm: 11 (Fresno) |

1. I am more than 18 years of age and of sound mind.

2. I am a Partner with Baker & Hostetler LLP ("Baker") counsel to the Southern Inyo Healthcare District, the Debtor in the above-captioned bankruptcy case (the "Debtor"). I know the facts herein stated of my own personal knowledge and if called upon to do so, I could competently testify to them under oath. I submit this declaration in support of Baker's Request for Determination of Reasonableness of Professional Fees, filed concurrently.

3. Baker is a national law firm with expertise in bankruptcy law and extensive experience in health care bankruptcies.

4. The rates Baker charged for its professional services in this case were its customary rates and similar to those Baker charged for professional services in comparable bankruptcy and non-bankruptcy cases in California.

5. Baker worked approximately 2,300 hours on this bankruptcy. As a result of that work, the Debtor incurred fees and expenses owed to Baker in the amounts of $1,081,104.50 and $125,098.54 respectively. Baker has agreed to treatment and payment as set forth in the Seventh Amended Plan of Adjustment (Dkt. 915, p. 12).

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: April 24, 2020

/s/ *Elizabeth Green*
Partner, Baker & Hostetler LLP
Executed in Orlando, Florida