**WEILAND GOLDEN GOODRICH LLP**
Jeffrey I. Golden, State Bar No. 133040
jgolden@wgllp.com
Ryan W. Beall, State Bar No. 313774
rbeall@wgllp.com
650 Town Center Drive, Suite 600
Costa Mesa, California 92626
Telephone    714-966-1000
Facsimile    714-966-1002

Attorneys for Debtor
SOUTHERN INYO HEALTHCARE DISTRICT

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| In re<br><br>SOUTHERN INYO HEALTHCARE DISTRICT,<br><br>    Debtor. | Case No. 1:16-bk-10015-FEC<br><br>Chapter 9<br><br>WGG-10<br><br>**LIST OF UNCLAIMED PROPERTY** |

1333786.1

**TO THE HONORABLE FREDERICK E. CLEMENT, UNITED STATES BANKRUPTCY JUDGE AND ALL PARTIES IN INTEREST:**

Southern Inyo Healthcare District ("Debtor" or "District") hereby submits the following *List of Unclaimed Property* pursuant to Section IX.C.2. of the *Modified Seventh Amended Plan for the Adjustment of Debts of Southern Inyo Healthcare District* ("Plan") filed as Docket No. 997 and the Court's Findings of Fact and Conclusions of Law Approving Plan for the Adjustment of Debts of Southern Inyo Healthcare District Dated as of June 8, 2020 and its Order Confirming Modified Seventh Amended Plan for the Adjustment of Debts of Southern Inyo Healthcare District Dated as of June 8, 2020, filed as Docket Nos. 1027 and 1028 respectively on June 19, 2020:

**LIST OF UNCLAIMED PROPERTY**

| CREDITOR NAME | LAST KNOWN ADDRESS | AMOUNT OF PAYMENT |
|---|---|---|
| Ability Network | PO Box 856013 Minneapolis,MN 55485-601 | $435.24 |
| Alere North America | PO Box 846153 Boston, MA 02284-6153 | $160.11 |
| Antelope Valley Flue Cleaning | PO Box 0265 Rosamond, CA 93560 | $33.60 |
| Asana Heritage Telemed | 5016 Chesebro Road Ste 200 Agoura Hills, CA 913001 | $1,700.16 |
| Briggs Corporation | PO Box 1355 Des Moines, IA 50305-1355 | $239.26 |
| Carlton Financial Corp | 1907 Wayzata Blvd Ste 180- Wayzata, MN 55391 | $1,197.59 |
| CBI Craigsbook | PO Box 1764- Bishop, CA 93515 | $136.08 |
| Celleration INC | Dept CH19325- Palatine, IL 60055-9325 | $975.90 |
| Cendecon | PO Box 995- Frazier Park, CA 93225 | $100.80 |
| Centurion Medical Producrs | PO Box 842816 Boston, MA 02284-2816 | $97.82 |
| CTN CA Telehealth Network | 2001 P Street Ste 100 - Sacramento,CA 95811 | $6,360.00 |
| Definiti | 26445 Rancho Parkway S- Lake Forrest, CA 92630 | $21.60 |
| Dr Douglas Bushell | 3722 Las Vegas Blvd South # 907 East -Las Vegas, NV 89158 | $2,376.00 |

Weiland Golden Goodrich LLP
650 Town Center Drive, Suite 600
Costa Mesa, California 92626
Tel 714-966-1000 Fax 714-966-1002

Weiland Golden Goodrich LLP
650 Town Center Drive, Suite 600
Costa Mesa, California 92626
Tel 714-966-1000  Fax 714-966-1002

|  | | | |
|---|---|---|---|
| 1 | 1 ECRI Institute | 5200 Butler Pike- Plymouth Meeting, PA 19462-1298 | $88.08 |
| 2 | El Sol De La Sierra | PO Box 507- Bishop, CA 93515 | $40.80 |
| 3 | Fusion Medical Staffing INC | 11506 Nicholas St Ste 110 - Omaha, NE 68154 | $720.00 |
| 4 | Global Services | C/o Barclays Bank PLC 200 Park Ave- New York 10166 | $100.00 |
| 5 | Home Depot Credit Services | Dept 32-253289413 PO Box 9055- Des Moines, IA 50368-9055 | $126.56 |
| 6 | Labsco Supply Co. | PO Box 670269 Dallas, TX 75267-0269 | $238.00 |
| 7 | Leonard Olive | c/o Joan Olive 312 S Washington- Independence, CA 93526 | $829.22 |
| 8 | Lisa Gorlick | 1335 Rocking W Drive- Bishop, CA93514 | $324.30 |
| 9 | Med Assets | PO Box 405652 Atlanata, GA 30384-5652 | $1,036.80 |
| 10 | Medical Solutions | 9101 Western Ave Ste 101 Omaha, NE 68114 | $16,075.01 |
| 11 | MIT LLC | PO Box 39 - Medford, OR 97501 | $197.40 |
| 12 | MXR Source Healthcare INC | 4444 Viewridge Av Ste A- San Diego, CA 9213 | $384.15 |
| 13 | Narco Services Corporation | PO Box 1330 Nevada City , CA 95959 | $18,300.00 |
| 14 | NARHC | 2 East Main St- Fremont, MI 49412 | $54.00 |
| 15 | Ossur Americas INC | PO Box 51942 Los Angeles, CA 90051-6242 | $98.79 |
| 16 | Prognosis Innovation Healthcare | 808 Travis Ste 415- Houston, TX 77002 | $6,495.52 |
| 17 | The Sierra Reader | 236 N Warren St  PO Box 507- Bishop, CA 93515 | $187.92 |
| 18 | Satcom Global INC | 325 E Elliot Rd Ste 25- Chandler, AZ 85225 | $60.19 |
| 19 | Sean Cianfarano | C/o Toni Ciafarano PO Box 433 Lonepine, CA 93545 | $20.00 |
| 20 | SISC | PO Box 80308 Salinas, CA 93212 | $100.00 |
| 21 | Sierra Fire Sprinkler | PO Box 1766 Bishop, CA 93515 | $48.00 |
| 22 | Source One Healthcare Technology | 444 Vieridge Ave A- San Diego, CA 92123 | $204.15 |
| 23 | Southwest Publications | 7676-B Peteres Rd- Plantation, Fl 33324 | $146.16 |
| 24 | Staples Cresit Plan | PO Box 183174 - Columbus, OH 43218-3174 | $494.58 |
| 25 | Telequality Communications | 21232 Gathering Oaks Ste 107- San Antonio, TX 78260 | $132.00 |
| 26 | Tiger Direct INC | 7795 West Flagler Street Ste 35- Miami, Fl 33144 | $801.61 |

1333786.1          3          LIST OF UNCLAIMED PROPERTY

| | | |
|---|---|---|
| Tulare Local Healthcare District | Walter Wilhelm Law Group 205 E River Park Cir 410- Fresno, CA 93720 | $119,582.30 |
| United Healthcare | Recovery Services PO Box 3078 - Salt Lake City, UT 84130 | $113.96 |
| Verizon California | PO Box 920041 Dallas, TX 75392-0041 | $528.55 |

Dated: July 8 , 2020　　　　　　　　　　WEILAND GOLDEN GOODIRCH LLP

　　　　　　　　　　　　　　　　　By:　　*/s/ Jeffrey I. Golden*
　　　　　　　　　　　　　　　　　　　　Jeffrey I. Golden
　　　　　　　　　　　　　　　　　　　　Attorneys for Debtor
　　　　　　　　　　　　　　　　　　　　Southern Inyo Healthcare District

Weiland Golden Goodrich LLP
650 Town Center Drive, Suite 600
Costa Mesa, California 92626
Tel 714-966-1000　Fax 714-966-1002

1333786.1　　　　　　　　4　　　　　LIST OF UNCLAIMED PROPERTY