**WEILAND GOLDEN GOODRICH LLP**
Jeffrey I. Golden, State Bar No. 133040
jgolden@wgllp.com
Ryan W. Beall, State Bar No. 313774
rbeall@wgllp.com
650 Town Center Drive, Suite 600
Costa Mesa, California 92626
Telephone　　714-966-1000
Facsimile　　714-966-1002

Attorneys for Debtor
SOUTHERN INYO HEALTHCARE DISTRICT

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| In re<br><br>SOUTHERN INYO HEALTHCARE DISTRICT,<br><br>　　　　Debtor. | Case No. 1:16-bk-10015-FEC<br><br>Chapter 9<br><br>WGG-11<br><br>**ORDER GRANTING AMENDED MOTION FOR ENTRY OF FINAL DECREE CLOSING DEBTOR'S CHAPTER 9 CASE**<br><br>Date:　　1:30 p.m.<br>Time:　　September 1, 2021<br>Place:　　501 I. Street<br>　　　　　Sacramento, CA<br>　　　　　Courtroom 28 |

At the above captioned date and time, the Court held a hearing on the Amended Motion for Entry of Final Decree Closing Debtor's Chapter 9 Case ("Motion") filed by Southern Inyo Healthcare District ("Debtor") on October 1, 2021 [Docket No. 1064]. Appearances were as stated on the record. The Court, having considered the Motion, the

1332212.1

RECEIVED
November 05, 2021
CLERK, U.S BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0007034040

declaration and memorandum of points and authorities filed in support thereof, and the argument of counsel, and there being no opposition to the Motion, finds that : (a) the court has jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. § 157 and 1334 and 11 U.S.C. § 945; (b) the Court is authorized to grant the relief requested under 11 U.S.C. § 945(b); (c) Debtor provided proper and adequate notice of the Motion, the date and time of the hearing, the opportunity to object, and the requirements of the local rules to file timely written objections; (d) the relief sought in the Motion is in the best interests of the Debtor and parties-in-interest; and (e) the legal and factual basis set forth in the Motion establishes good and sufficient cause for the relief sought in the Motion. Accordingly, it is

ORDERED that the Motion is granted and that the above-captioned case is closed effective as of the date of entry of this order; and it is further

ORDERED that the Findings of Fact and Conclusions of Law Approving Plan for the Adjustment of Debts of Southern Inyo Healthcare District Dated as of June 8, 2020 (Docket No. 1027), the Order Confirming Modified Seventh Amended Plan for the Adjustment of Debts of Southern Inyo Healthcare District Dated as of June 8, 2020 (Docket No. 1028), and the Modified Seventh Amended Plan for the Adjustment of Debts of Southern Inyo Healthcare District (Docket No. 1010) remain in full force and effect; and it is further

ORDERED that this Court retains jurisdiction with respect to all matters arising from or related to the implementation of this order.

Dated: November 05, 2021

_____
Fredrick E. Clement
United States Bankruptcy Judge

1332212.1

2

APPROVED AS TO FORM:

Dated: November 5, 2021

STRADLING YOCCA CARLSON & RAUTH, P.C.

By: /s/ Paul R. Glassman
Paul R. Glassman
Attorneys for Medsphere
Systems Corporation

1332212.1